# EXHIBIT 1:

# DECLARATION OF JENNY S. REDESKY, M.D.

1    ROB BONTA
     Attorney General of California
2    LARA HADDAD, State Bar No. 319630
     Supervising Deputy Attorney General
3    JENNIFER E. ROSENBERG, State Bar No. 275496
     SHIWON CHOE, State Bar No. 320041
4    CHRISTOPHER J. KISSEL, State Bar No. 333937
     Deputy Attorneys General
5      300 South Spring Street, Suite 1702
       Los Angeles, CA  90013-1230
6      Telephone:  (213) 269-6388
       Fax:  (916) 731-2124
7      E-mail:  Christopher.Kissel@doj.ca.gov
     *Attorneys for Defendant Rob Bonta, in his official*
8    *capacity as Attorney General of California*

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13   **NETCHOICE,**                        5:24-cv-07885-EJD

                              Plaintiff,    **DECLARATION OF JENNY S.**
14                                          **RADESKY, M.D., IN SUPPORT OF**
                                            **DEFENDANT'S OPPOSITION TO**
15            v.                            **PLAINTIFF'S MOTION FOR**
                                            **PRELIMINARY INJUNCTION**
16   **ROB BONTA, in his official capacity as**
     **Attorney General of California,**    Date:        December 17, 2024
17                                          Time:        9 a.m.
                              Defendant.    Courtroom:   4, 5th Floor
18                                          Judge:       Honorable Edward J. Davila
                                            Trial Date:  None Set
19                                          Action Filed: November 12, 2024

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF JENNY S. RADESKY, M.D.

I, Jenny S. Radesky, M.D., declare and state as follows:

1.      I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction.

### BACKGROUND & QUALIFICATIONS

2.      I am a tenured Associate Professor of Pediatrics and Director of the Division of Developmental Behavioral Pediatrics at University of Michigan Medical School and C.S. Mott Children's Hospital. In this role, I lead a team of 11 clinicians and researchers who aim to understand, treat, and advocate for children's developmental, emotional, and educational needs. This work requires theoretical and practical knowledge about child development, parent-child relationships, and the ways children's individual differences – such as mood regulation, executive functioning, trauma exposure, or social skills – shape the way they interact with their families and environments.

3.      I am a board-certified practicing Developmental Behavioral Pediatrician with clinical expertise in developmental delays, autism spectrum disorder, attention deficit hyperactivity disorder, mood dysregulation, disruptive behavior disorders, learning disabilities, intellectual disability, parent-child relational problems, and trauma/stressor-related disorders. I have helped build clinical programs that address the growing behavioral health needs of children in Michigan, including a multidisciplinary autism assessment clinic, an early autism recognition program in primary care offices, and a school advocacy team. I work closely with legal advocates, clinical psychologists, special educators, and outpatient therapists to coordinate care for complex patients, and therefore understand the multiple levels of children's experiences that contribute to their health and well-being.

4.      I have been researching and publishing in the field of child social-emotional development and digital media for the past 15 years. My research areas include: 1) how early childhood media use is linked with emotion regulation and executive functioning; 2) how parent smartphone use affects parenting stress, parent-child interaction, and child social-emotional

1

development; 3) how parents and children use mobile devices, which we study using passive sensing methods to capture data directly from smartphones and tablets; 4) analysis of educational content/interactive design, including manipulative "dark pattern" design, in apps and platforms popular with children; 5) assessment of the amount, type, and design of advertising in apps and platforms used by children; 6) examination of data collection by apps used by young children, and how this differs by child socioeconomic status; and 7) interviewing parents and children about their conceptualizations of digital privacy and persuasive design. I also mentor a number of pediatric trainees and doctoral students who study topics including smart home design, child-computer interaction (i.e., how different design affordances influence child behavior and parent-child interaction), and children's interactions with artificial intelligence.

5.       I have published 73 peer-reviewed articles (in addition to 4 under review or in press), many in high-impact journals such *as Journal of the American Medical Association, Pediatrics, JAMA Pediatrics,* and *Pediatric Research.* I have also published 18 non-peer-reviewed articles, 9 book chapters, and am the editor of a developmental behavioral pediatrics textbook, *Encounters with Children, Fifth Edition* (to be published in 2025). My published research has been cited 12,983 times, and my current h-index is 40 (i10-index 61).

6.       I founded and run a research program on children and media at the University of Michigan Medical School, studying how modern forms of digital media—including smartphones, tablets, interactive apps, mobile games, advertising, and video-sharing platforms like YouTube—and their unique design features influence child social-emotional development. I have a strong track record of funding from the Eunice Kennedy Shriver National Institute of Child Health and Development (NICHD), including a K23 Career Development Award in 2017 ($831,232), which is a 5-year award providing research training; an R03 award ($155,584) in 2018 examining how design features of interactive media shape parent-toddler verbal and social interactions; an R21 award ($427,750) in 2018 examining mobile device use and social-emotional development in 3-4-year-olds; and an R41 Scientific Technology Transfer Research award from NICHD ($150,000) to develop a passive sensing app, Chronicle, which I use in my research to measure app and device usage by children and parents. I currently am funded by two large-scale

2

grants from NICHD, including an R01 award ($3,538,615) that examines associations of media use with executive functioning development in toddlers, and a P01 multi-site award ($279,142) and supplement ($28,409). Over the past 8 years, I have also received funding from several internal university grants, nonprofit organizations like Common Sense Media and the Boston Children's Hospital Digital Wellness Lab, and the Blue Cross Blue Shield Foundation. As a researcher, I understand the ethical and privacy standards around collection, storage, and destruction of sensitive data about children.

7. Throughout my research career, I have sought cross-disciplinary collaborations with computer engineers, information scientists, privacy researchers, developmental psychologists, public health researchers, and policy-oriented researchers in the United States and internationally, so that my research can reflect the complex ways children interact with modern media. Through these collaborations, my knowledge has extended beyond pediatrics into understanding data collection and marketing methods, how app-based data is collected and stored, monetization practices (e.g., in-app purchases, advertising) used in digital products, and how policy changes might impact business practices.

8. I have intentionally designed my research studies so that they can easily be translated into practical parenting approaches or policies. My research has directly informed the Bright Futures Guidelines for Pediatric Health Supervision, multiple American Academy of Pediatrics (AAP) policy statements, petitions and complaints to the Federal Trade Commission (FTC) regarding manipulative advertising and interactive design in children's apps, and has been cited in U.S. Congressional testimony.

9. I have also served in a leadership role at the AAP since 2015, when I was recruited to join the Executive Committee of the AAP Council on Communications and Media. I was lead author on two AAP policy statements—*Media and Young Minds* (2016)[1] and *Digital Advertising to Children* (2020)[2] —which included exhaustive reviews of the research literature on children

---

[1] Radesky, J.S. and Christakis, D. (2016) "Media and young minds." *Pediatrics* 138.5.

[2] Radesky, J.S, et al. (2020) "Digital advertising to children." *Pediatrics* 146.1.

3

and digital media. I am Chair of the Council on Communications and Media. Under my leadership, the AAP has broadened its digital media guidance to not only recommend behavior change by pediatric clinicians and families, but also recommend changes in technology policy and digital design.

10.     Through the AAP and as an independently-solicited research and clinical expert, I have provided guidance to parents about healthy relationships with technology through my work with HealthyChildren.org, PBS Parents, Common Sense Media, and CNN. I also designed the AAP Family Media Plan, an online tool to help parents develop balanced relationships with media. My work has been referenced in U.S. and international media outlets, including Time Magazine, the New York Times, WIRED, CBS News and NPR, among others, and I have been a guest on the TODAY Show twice to discuss my expertise.  I offered guidance specific to families coping during the COVID-19 pandemic through my work with Noggin, Scary Mommy, Common Sense Media, and the University of Michigan C.S. Mott Children's Hospital.

11.     I also serve as the Co-Medical Director of the AAP's Center of Excellence on Social Media and Youth Mental Health. This Center was founded in 2022 and funded by the Substance Abuse and Mental Health Services Administration to create and disseminate resources on healthy social media use to teens, caregivers, teachers, clinicians, and others who support youth wellbeing. However, resources are not enough. As a Center of Excellence leader, I have heard repeatedly from parents, academics, and other experts that **technology design change is needed to improve children and teens' mental health online**, rather than expecting children and families to shoulder all of the burden.  This message is prominent in the 2023 National Academies of Science report *Social Media and Adolescent Health*,[3] the U.S. Surgeon General's

---

[3] National Academies of Sciences, Engineering, and Medicine. 2024. Social media and adolescent health. Washington, DC: The National Academies Press. https://doi.org/10.17226/27396.

4

Advisory on social media and mental health,[4] and the Biden-Harris Interagency Task Force on Kids Online Health and Safety report published in July 2024.[5]

12.    Since July 2024, I have served as a Behavioral Expert for the U.S. Federal Trade Commission (FTC) through an Intergovernmental Personnel Agreement with the University of Michigan. In this governmental role, I advise FTC teams on enforcement of the Children's Online Privacy Protection Act and Section 5 of the FTC Act. Through this experience, I have built greater understanding of the policy landscape and how design decisions—or lack of appropriate oversight or transparency of digital products used by minors—impact user health and wellbeing.

13.    Based on my expertise in children and digital technology, I am regularly invited to speak at both medical and technological conferences nationally and internationally. I have been invited to give Grand Rounds at children's hospitals around the U.S., regularly give plenary lectures at pediatric conferences in the U.S. and internationally (Switzerland, Slovenia), and have been asked to train early childhood providers throughout the U.S. and internationally (Canada, Italy, Denmark, Hong Kong, United Arab Emirates). I have also been invited to speak at conferences with technology industry audiences, including Common Sense Media and the MIPCOM Conference (Cannes, France).

14.    I am regularly asked to speak to government bodies on issues related to children's health and technology. My experience providing testimony includes Michigan State Senate Committee on Education in April 2021 regarding children's mental health and remote schooling; U.S. House of Representatives Subcommittee on Health of the Committee on Energy and Commerce in October 2021 regarding children's health and technology; and an informational hearing for California Assembly Committee on Privacy and Consumer Protection and Arts,

---

[4] Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory (2023). https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf

[5] Online Health and Safety for Children and Youth: Best Practices for Families and Guidance for Industry. Kids Online Health and Safety Task Force (2024). https://www.samhsa.gov/sites/default/files/online-health-safety-children-youth-report.pdf

5

Entertainment, Sports, Tourism, and Internet Media in March 2022 about children and digital technology. I have been an invited speaker at Federal Trade Commission Workshops about children's online privacy (October 2019), dark patterns (April 2021), and stealth advertising (October 2022).

15.     I am on the Steering Committee for Designed with Kids in Mind, a coalition of groups committed to the wellbeing of children and online users across the U.S. This work puts me in frequent contact with other experts in my field. I also collaborate with experts in the United Kingdom (U.K.), European Union (E.U.), and colleagues who work in the technology industry.

16.     I also was recently appointed to the Board on Children Youth and Families for the National Academies of Science, Medicine, and Engineering.

17.     I have served on advisory boards for two for-profit companies, the scientific advisory board for Noggin/CBS and the Board of Directors for Melissa & Doug toys. This work required understanding the ways companies identify their audiences/consumers, child-centered approaches in digital and non-digital product design, and how companies approach marketing and data collection.

18.     My medical training at Harvard Medical School prepared me to understand complex social, cultural, psychological, and technological determinants of health in parents and children. At Harvard, I completed additional coursework in public health and epidemiology and an honors thesis focusing on preventive health. I completed my pediatrics residency at Seattle Children's Hospital between 2007 and 2010, when mobile technologies were first bursting onto the market and into family life. I witnessed smartphones, tablets, and mobile apps being introduced into family communication and routines as a primary care pediatrician in 2010-2011, working at a clinic that served many families working in Seattle's tech sector. I then completed subspecialty fellowship training in Developmental Behavioral Pediatrics at Boston Medical Center, New England's largest safety-net hospital, from 2011-2014, which solidified my expertise in child development, parent-child relationships, and the systems that shape child wellbeing.

19.     My *curriculum vitae*, which sets forth my experience and credentials more fully, is attached as Exhibit A.

20. I am being compensated in the above-entitled case at an hourly rate of $400/hour for preparing this declaration. My compensation is not in any way dependent on the outcome of this or any related proceeding.

21. The opinions in this declaration are my expert opinions, which are based on my clinical and research expertise in developmental behavioral pediatrics, public health, and media research; my experience reviewing the scientific literature about children and digital technology and writing AAP policy statements; my experience translating the scientific literature for teaching parents and professionals nationally and internationally; my experience as a board member at for-profit companies; and my conversations with domestic and international experts doing work at the intersection of technology and child development. My testimony represents my expertise as a pediatrician and researcher, not the views of the University of Michigan, American Academy of Pediatrics, or U.S. Federal Trade Commission.

22. Portions of this declaration are taken from a declaration I authored for the California Attorney General's Office in another matter, *NetChoice v. Bonta* (N.D. Cal., Case No. 5:22-cv-08861-BLF). I include those portions here in case they aid the Court in understanding the issues presented in this case.

23. If called to testify, I could and would testify competently to the truth of the matters discussed in this declaration.

## OPINIONS

24. I have reviewed California's Protecting Our Kids from Social Media Addiction Act ("the Act" or SB 976). In my expert opinion, it is an essential piece of legislation to provide minors more autonomy over what they see online, eliminate unnecessary and distracting notifications during times when youth sleep and learning are more important than companies' goals for 'user engagement,' and to reduce design features that contribute to negative social comparison and extended use of digital products that interferes with youth wellbeing.

### I. ONLINE HARMS TO MINORS

#### A. Global Consensus About Online Harms

25. It is widely accepted in pediatric communities that online harms to minors occur

7

and need to be mitigated. In this section, I describe several different harm frameworks that have

informed policy decisions globally. In subsequent sections, I will describe the frequency of these

harms in U.S. minors and how harms are brought about by specific design features on digital

platforms.

26.    The Organization for Economic Cooperation and Development (OECD), of which

the U.S. is a member, has established a leading framework for recognizing harms online sources.[6]

Its framework is also recognized by the European Commission.[7] Most recently, the OECD

published a report on *Children in the Digital Environment* stating that the digital world exposes

children to a range of harms and design safeguards are needed.[8]

27.    The World Economic Forum's Global Coalition for Digital Safety released a

taxonomy of online harms in 2023 that describes how digital products amplify preexisting social

harms for adult and child users. These harms include threats to personal and community safety;

harm to health and well-being; hate and discrimination; violation of dignity; invasion of privacy;

_____

[6] Organization for Economic Cooperation and Development (2020). Protecting Children
Online: An Overview of Recent Developments in Legal Frameworks and Policies. OECD Digital
Economy Papers, No. 295. Available at:
https://www.oecd.org/content/dam/oecd/en/publications/reports/2020/06/protecting-children-
online_0c385619/9e0e49a9-en.pdf.

[7] Livingstone, S., & Stoilova, M. (2021). The 4Cs: Classifying Online Risk to Children.
(CO:RE Short Report Series on Key Topics). Hamburg: Leibniz-Institut für Medienforschung |
Hans-Bredow-Institut (HBI); CO:RE - Children Online: Research and Evidence.
https://doi.org/10.21241/ssoar.71817.

[8] Organization for Economic Cooperation and Development. Children in the Digital
Environment. Available at: https://www.oecd.org/en/topics/children-in-the-digital-
environment.html.

and deception and manipulation.[9]

28.    In advisories in spring 2023, the American Psychological Association[10] and the Office of the U.S. Surgeon General[11] released advisories regarding social media and youth mental health. These reports reviewed research on several harms related to social media use, including, among other things, problematic/excessive social media use and sleep disruption.

29.    The National Academies of Sciences, Engineering, and Medicine (NASEM) conducted a consensus study released in December 2023 (*Social Media and Adolescent Health*) that involved an in-depth review of published research and input from international scholars.[12] The adolescent health and wellbeing harms enumerated in this report included: 1) negative social comparison, 2) displacement of healthy activities, 3), sleep disruption, 4) interference with attention and learning, 5) overuse and problematic use, 6) sexual exploitation, and 7) digital abuse such as cyberbullying.

30.    The Biden-Harris Interagency Task Force on Kids Online Health and Safety involved a review of research literature in addition to listening sessions with families, youth, and experts across the U.S. The Task Force Report, released in July 2024, affirmed the child harm risks described in the NASEM report and provided additional focus on several topic areas that

---

[9] World Economic Forum. Toolkit for Digital Safety Design Interventions and Innovations: Typology of Online Harms. Insight Report, August 2023. Available at: https://www3.weforum.org/docs/WEF_Typology_of_Online_Harms_2023.pdf.

[10] American Psychological Association (2023). Health Advisory on Social Media Use in Adolescence. Available at: https://www.apa.org/topics/social-media-internet/health-advisory-adolescent-social-media-use.pdf.

[11] Social Media and Youth Mental Health: The U.S. Surgeon General's Advisory (2023). https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf.

[12] National Academies of Sciences, Engineering, and Medicine (2024). Social media and adolescent health. Washington, DC: The National Academies Press. https://doi.org/10.17226/27396.

9

were raised during their nationwide information gathering: 1) problematic/excessive use,
2) cyberbullying and online harassment, 3) bias and discrimination, 4) sexual exploitation and
abuse, and 5) privacy risks.

31.     **Thus, there is national and global consensus that harm can result from digital platform use in minors.** Although harm categories differ slightly between global and U.S. health frameworks, they encompass the same child and teen experiences. In the testimony that follows, I focus on the harms to minors that can be tied to design features relevant to the Act.

**B.      Frequency of Relevant Online Harms to Minors**

32.     Online harms to minors vary in their **prevalence** and the **magnitude of effect** that they have on a child or teen's mental health. For example, experiences such as negative social comparison during social media use have a smaller effect on a child's depressed or anxious feelings,[13] but are highly prevalent. Since these harms are more common, they may cause small but meaningful shifts in minors' wellbeing. Moreover, some teens with mental health vulnerabilities will be more negatively impacted by negative social comparison than others.[14] On the other hand, experiences such as sexual exploitation have a large negative impact on a child's or teen's mental health but have lower prevalence throughout the population. Both lower-impact high-prevalence harms and high-impact lower-prevalence harms are important to address because they shift the trajectory of child and teen wellbeing.  The following paragraphs address the frequency of relevant specific harms that have been linked to online activity.

33.     **Problematic, compulsive, addiction-like** use of digital media, video games, and social media is defined as use that impairs functioning, over which the user has no control, and which gets in the way of other daily activities and/or causes problems such as interpersonal

---

[13] Cunningham, S., Hudson, C. C., & Harkness, K. (2021). Social media and depression symptoms: a meta-analysis. *Research on child and adolescent psychopathology, 49*(2), 241-253.

[14] National Academies of Sciences, Engineering, and Medicine. 2024. Social media and adolescent health. Washington, DC: The National Academies Press. https://doi.org/10.17226/27396.

conflict, poor grades, or health problems. Problematic internet use (i.e., internet use that gets in the way of daily functioning such as completing schoolwork, socializing, physical activity or sleep) has been estimated to occur in 4-6% of children 5-9 years old,[15] up to 19% of teens,[16] and 9-11% of a college-aged sample.[17]

34.     In a nationally representative U.S. sample of 11-to-15-year-old girls, over one-third stated that they felt "addicted" to social media.[18] When validated rating scales are used, addiction-like social media use has been found in 5-7% of teens globally.[19]

35.     Problematic, compulsive, addiction-like use of media is highly disruptive to child wellbeing and family functioning. In my clinical experience, these children and teens show significant difficulty stopping technology use or detaching from digital platforms and devices when asked. They frequently argue with their caregivers about time limits and consequences of

---

[15] Rega, V., Gioia, F., & Boursier, V. (2023). Problematic media use among children up to the age of 10: a systematic literature review. *International Journal of Environmental Research and Public Health*, *20*(10), 5854.

[16] Pontes, H. M., Kuss, D. J., & Griffiths, M. D. (2015). Clinical psychology of Internet addiction: a review of its conceptualization, prevalence, neuronal processes, and implications for treatment. *Neuroscience and Neuroeconomics*, 11-23.

[17] Moreno, M. A., Eickhoff, J., Zhao, Q., Young, H. N., & Cox, E. D. (2019). Problematic internet use: a longitudinal study evaluating prevalence and predictors. *The journal of pediatrics: X*, *1*, 100006.

[18] Nesi, J., Mann, S. and Robb, M. B. (2023). Teens and mental health: How girls really feel about social media. San Francisco, CA: Common Sense. Retrieved from https://www.commonsensemedia.org/sites/default/files/research/report/ how-girls-really-feel-about-social-media-researchreport_final_1.pdf.

[19] Boer, M., Van Den Eijnden, R. J., Boniel-Nissim, M., Wong, S. L., Inchley, J. C., Badura, P., . . . & Stevens, G. W. (2020). Adolescents' intense and problematic social media use and their well-being in 29 countries. *Journal of adolescent health*, *66*(6), S89-S99.

11

1    excessive media use, such as poor sleep, missed homework, or refusal to take part in other

2    activities.

3        36.    Even among teens who do not meet criteria for problematic media use, 46% report

4    being online "almost constantly," which has roughly doubled since 2014-2015, when rates were

5    24%.[20]

6        37.    **Sleep disruption** or poor sleep quality is extremely common in the U.S.

7    According to data from the Centers for Disease Control and Prevention from 2021, 35% of

8    children under 14 years have insufficient sleep.[21] The prevalence of sleep disruption increases in

9    the teen years: the same 2021 CDC data shows 77% of U.S. high schoolers do not sleep the

10    recommended 8-10 hours overnight.[22] Eight to ten hours of sleep per night is crucial to child

11    health to support neurological development, bone growth, and regulated endocrine system.

12    Children and adolescents with insufficient sleep have a higher risk of obesity, diabetes, injuries,

13    poor mental health, and attention problems.

14        38.    A large body of observational evidence links longer digital media use to shorter

15    sleep duration, later bedtimes, more overnight awakenings, and daytime sleepiness.[23] A key

16    mechanism is thought to be mental stimulation from engaging with design features such as push

17

18

19    _____

20        [20] Pew Research Center (2024). Teens and Internet, Device Access Fact Sheet. Available

21    at: https://www.pewresearch.org/internet/fact-sheet/teens-and-internet-device-access-fact-sheet/

22        [21] Centers for Disease Control and Prevention: https://www.cdc.gov/sleep/data-

23    research/facts-stats/children-sleep-facts-and-stats.html.

24        [22] Centers for Disease Control and Prevention: https://www.cdc.gov/sleep/data-

25    research/facts-stats/high-school-students-sleep-facts-and-stats.html.

26        [23] Brautsch, L. A., Lund, L., Andersen, M. M., Jennum, P. J., Folker, A. P., & Andersen,

27    S. (2023). Digital media use and sleep in late adolescence and young adulthood: A systematic

28    review. *Sleep medicine reviews*, *68*, 101742.

1    notifications.[24],[25]

2         39.    In our study tracking 11-to-17-year-olds' smartphones, over half (59%) of

3    participants used their phones overnight on school nights, some of which was initiated by

4    notifications from digital platforms: we found that apps pushed a total of 1 to 12 notifications per

5    hour to teens' phones between midnight and 5 a.m. The most used apps overnight on school

6    nights (when teens should be resting to prepare for school the next day) were social media,

7    mobile games, and YouTube.[26]

8         40.    In this study, we interviewed teens to ask about their overnight technology use,

9    and many discussed the negative spiral between technology use and poor sleep – for example, one

10   10th grader reported the following: "*I might say that for certain apps, like TikTok, it's really hard*

11   *to fall asleep once you use it close to when you're gonna go to sleep. I can't use it within an hour,*

12   *or else I'd struggle … and then I'll just get back on the app 'cause I'm not sleeping anyway.*"

13        41.    Research shows that teens who already have poor sleep experience more

14   disruption to sleep from social media.[27] A large-scale experiment in 12-19-year-olds found that

15   _____

16        [24] Alonzo, R., Hussain, J., Stranges, S., & Anderson, K. K. (2021). Interplay between

17   social media use, sleep quality, and mental health in youth: A systematic review. *Sleep medicine*

18   *reviews*, *56*, 101414.

19        [25] Scott, H., Biello, S. M., & Woods, H. C. (2019). Identifying drivers for bedtime social

20   media use despite sleep costs: The adolescent perspective. *Sleep Health, 5 (6), 539-545*.

21        [26] Radesky, J., Weeks, H.M., Schaller, A., Robb, M., Mann, S., and Lenhart, A. (2023).

22   Constant Companion: A Week in the Life of a Young Person's Smartphone Use. San Francisco,

23   CA: Common Sense. Available at:

24   https://www.commonsensemedia.org/sites/default/files/research/report/2023-cs-smartphone-

25   research-report_final-for-web.pdf.

26        [27] Shimoga, S. V., Erlyana, E., & Rebello, V. (2019). Associations of social media use

27   with physical activity and sleep adequacy among adolescents: Cross-sectional survey. *Journal of*

28   *medical Internet research*, *21*(6), e14290.

Decl. of Jenny S. Radesky, M.D. (5:24-cv-07885-EJD)

1   reducing the use of screen media after 9 pm for two weeks improved teens' sleep onset, total

2   sleep duration, and daytime attention.[28] These findings demonstrate a causal link between

3   nighttime media use and poor sleep.

4       42.     **Privacy invasions** can take the form of interpersonal privacy violations—for

5   example, when a minor's location or activities are revealed through their activities on a digital

6   platform—or data privacy invasions.

7       43.     Interpersonal privacy violations occur due to features such as being tagged in a

8   post without providing consent, automated geotagging, or real-time location-based display or

9   features. Teens have developed a repertoire of defensive usage behaviors to try to control how

10  much is displayed about them online.[29]

11      44.     In comparison, research shows that teens are less aware of institutional or

12  commercial data privacy, and focus instead on interpersonal privacy online.[30] However,

13  commercial data collection about minors' online activities is widespread. For example, recent

14  enforcement action by the Department of Justice and Federal Trade Commission have shown that

15  large digital platforms have collected and shared data on children and teens. For example, in a

16  complaint against TikTok, the U.S. Department of Justice reported that TikTok profiled teens by

17  grade level for advertising purposes and retained data about minors including IP addresses, device

18

19

20  _____

21      [28] Perrault, A. A., Bayer, L., Peuvrier, M., Afyouni, A., Ghisletta, P., Brockmann, C., ... &

22  Sterpenich, V. (2019). Reducing the use of screen electronic devices in the evening is associated

23  with improved sleep and daytime vigilance in adolescents. *Sleep*, *42*(9), zsz125.

24      [29] Chou, H. L., & Chou, C. (2023). How teens negotiate privacy on social media

25  proactively and reactively. *New Media & Society*, *25*(6), 1290-1312.

26      [30] Stoilova, M., Nandagiri, R., & Livingstone, S. (2021). Children's understanding of

27  personal data and privacy online–a systematic evidence mapping. *Information, Communication &

28  Society*, *24*(4), 557-575.

Decl. of Jenny S. Radesky, M.D. (5:24-cv-07885-EJD)

IDs, device models, and advertising IDs.[31] The U.S. Federal Trade Commission's recent Staff Report about social media and video streaming platforms,[32] summarizing information provided by companies in response to a 6b request, described widespread practices of collecting data about users, such as demographic information, location, engagement with content/ads, and audiences— all with the purpose of targeting users with ads. Companies also make inferences about users such as relationship status, education level, household income, or "lifestyle details" that can lead to sensitive inferences about users (e.g., sexuality). The FTC reported that companies generally offered no controls over their use of data and treated teens the same as adult users.

45.     Even under age 13, when children's data should be protected by the Children's Online Privacy Protection Act (COPPA), it often is collected by mobile apps[33] and shared with marketers. It has been estimated that ad tech companies collect an average of 72 million data points about a child before they turn 13.[34] Because online behaviors and mobile gameplay patterns can reveal much about users' psychological characteristics, such data collection means that children are being profiled for the purposes of marketing before they can even understand their emerging identities.

46.     **Eating disorders** have a lifetime prevalence of 2.7% in children and teens in the

---

[31] Complaint at 12, *United States v. Bytedance Ltd.*, No. CV 24-06525-OWD (RAO) (C.D. Cal. August 2, 2024).

[32] United States Federal Trade Commission. (2024). *A Look Behind the Screens: Examining the Data Practices of Social Media and Video Streaming Services.* Available at: https://www.ftc.gov/system/files/ftc_gov/pdf/Social-Media-6b-Report-9-11-2024.pdf.

[33] Zhao, F., Egelman, S., Weeks, H. M., Kaciroti, N., Miller, A. L., & Radesky, J. S. (2020). Data collection practices of mobile applications played by preschool-aged children. *JAMA pediatrics*, *174*(12), e203345-e203345.

[34] Based on an analysis by SuperAwesome's ad exchange Rex. See https://www.thedrum.com/news/2017/12/13/adtech-firms-collecting-vast-amounts-data-kids-despite-online-regulations.

U.S.[35] Experts suggest that there is a bidirectional relationship between a minor's predisposition to eating disorders and their use of social media, possibly to seek out information about diets and thinness, which can be accentuated through algorithmic feedback. Teens with eating disorders use social media for both recovery support and a source of rumination.[36]

47.    **Body dysmorphia,** characterized by distressing, negative evaluations of one's appearance, is estimated to occur in about 4% of teens.[37]

48.    **Body dissatisfaction** is even more prevalent among teens. In a meta-analysis of 34 papers, prevalence of body dissatisfaction globally ranged from 18.0 to 56.6% in both sexes (10.8-82.5% among boys and 19.2-83.8% among girls).[38]

49.    **Negative social comparison** of popularity, appearance, and happiness commonly occurs in youth using social media, and research suggests it may explain associations between social media use and negative affect[39] or depression symptoms.[40] Some teens are more

_____

[35] National Institutes of Health. Eating Disorders. Available at: https://www.nimh.nih.gov/health/statistics/eating-disorders.

[36] Pruccoli, J., De Rosa, M., Chiasso, L., Perrone, A., & Parmeggiani, A. (2022). The use of TikTok among children and adolescents with Eating Disorders: experience in a third-level public Italian center during the SARS-CoV-2 pandemic. *Italian Journal of Pediatrics*, *48*(1), 138.

[37] Collison, J., & Harrison, L. (2020). Prevalence of body dysmorphic disorder and predictors of body image disturbance in adolescence. *Adolescent Psychiatry*, *10*(3), 206-218.

[38] Martini, M. C. S., Assumpção, D. D., Barros, M. B. D. A., Mattei, J., & Barros Filho, A. D. A. (2022). Prevalence of body weight dissatisfaction among adolescents: a systematic review. *Revista Paulista de Pediatria*, *41*, e2021204.

[39] Nesi, J., & Prinstein, M. J. (2015). Using social media for social comparison and feedback-seeking: Gender and popularity moderate associations with depressive symptoms. *Journal of abnormal child psychology*, *43*, 1427-1438.

[40] Cataldo, I., Lepri, B., Neoh, M. J. Y., & Esposito, G. (2021). Social media usage and

(continued...)

Decl. of Jenny S. Radesky, M.D. (5:24-cv-07885-EJD)

1  susceptible to negative social comparison after browsing social media, and are also most helped

2  by interventions to reduce this phenomenon.[41] Negative social comparison is relatively common

3  in teens; in surveys collected as part of internal research at Meta, released by a whistleblower and

4  compiled by the Harvard Kennedy School Shorenstein Center on Media, Politics and Public

5  Policy, at least 20% of teens experienced negative social comparison on Instagram "often" or

6  "very often."[42]

7  **II.    WHY MINORS ARE VULNERABLE ONLINE**

8      50.    Children and teens differ from adults in several developmental domains. To briefly

9  summarize here, children and teens have underdeveloped executive functions, meaning they have

10  less impulse control, perspective taking, or critical thinking about digital media. They are more

11  susceptible to rewards, both concrete/token-type rewards (e.g., coins, badges, likes) as well as

12  social rewards from peers or parasocial relationships. In this declaration, I provide context for

13  why children and teens are more vulnerable to specific digital design features than adults.

14      51.    During the late school-age (8-10 years) and adolescent years (11-17 years), minors

15  start showing more risk-taking and exploration behaviors. This helps them individuate from their

16  parents and come to a sense of their own identity. Some teens are more prone to risky behaviors

17  because of sensation-seeking or pleasure-seeking personalities. Because of the general sense of

18  invulnerability teens experience, they often do not pay attention to the risks or future

19  _____

20  development of psychiatric disorders in childhood and adolescence: a review. *Frontiers in*

21  *Psychiatry*, *11*, 508595.

22      [41] Weinstein, E. (2017). Adolescents' differential responses to social media browsing:

23  Exploring causes and consequences for intervention. *Computers in Human Behavior*, *76*, 396-

24  405.

25      [42] Harvard Kennedy School Shorenstein Center on Media, Politics and Public Policy.

26  (2023). *Discussion Paper: Case Study on Youth Online Harms – Project Daisy*, Appendix A

27  (p.13). Available at: https://shorensteincenter.org/wp-content/uploads/2023/11/Discussion-

28  Paper_Youth-Online-Harms-and-Project-Daisy_For-Shorenstein-Publication.pdf.

17

1  consequences of their immediate behavior,[43] such as spending money or sending a sexually

2  intimate image.

3      52.    Children and teens' behavior is more reinforced by immediate gratification from

4  rewards or high-pleasure experiences, which can lead to unhealthy habit formation.[44]

5      53.    Children and teens may also over-focus on popularity metrics such as likes and

6  follower counts as an indicator of their self-worth.[45] This is due to their sensitivity to social status

7  as described above, and because relatively more concrete thinking about quantifiable

8  popularity counts.

9  **III.    ONLINE HARMS OCCUR DUE TO DESIGN FEATURES THAT EXTEND MINORS' TIME
       ON DIGITAL PRODUCTS AND FOSTER COMPULSIVE USE**

10

11      54.    **Minors spend more time online than they intend, feel pressure to engage, and
    find it hard to stop using platforms**.[46] [47] This leads to problems for children and teens such as

12  not getting a good night's sleep and displacement of other activities like physical activity or in-

13  person activities with family or friends. Youth point to design features like infinite scroll,

14  autoplay, and push notifications as mechanisms that extend their use, make them feel compelled

15  _____

16      [43] National Academies of Sciences, Engineering, and Medicine (2024). Social media and

17  adolescent health. Washington, DC: The National Academies Press.

18  https://doi.org/10.17226/27396.

19      [44] De Decker, Annelies, et al. "Associations of reward sensitivity with food consumption,

20  activity pattern, and BMI in children." *Appetite* 100 (2016): 189-196.

21      [45] American Psychological Association. (2024). Potential risks of content, features, and

22  functions: The science of how social media affects youth. Available at:

23  https://www.apa.org/topics/social-media-internet/youth-social-media-2024.

24      [46] Weinstein, Emily, and Carrie James. *Behind their screens: What teens are facing (and

25  adults are missing)*. MIT Press, 2022.

26      [47] 5Rights Foundation. (2021). *Pathways: How digital design puts children at risk.*

27  Available at: https://5rightsfoundation.com/uploads/Pathways-how-digital-design-puts-children-

28  at-risk.pdf.

Decl. of Jenny S. Radesky, M.D. (5:24-cv-07885-EJD)

to return to media and displace other things they meant to do.[48] Nearly three-quarters of teenagers believe that technology companies manipulate users to spend more time on their products.[49]

55.     **Research backs up these teen perceptions: studies show that more time online is associated with lower child and teen wellbeing** such as poorer sleep,[50,51] more sedentary behaviors,[52] more parent-child relationship difficulties,[53] and more behavior problems.[54]

---

[48] OfCom. (2022). *Research into risk factors that may lead children to harm online.* Available at: https://www.ofcom.org.uk/siteassets/resources/documents/research-and-data/online-research/keeping-children-safe-online/risk-factors-that-may-put-children-at-harm-online/children-risk-factors-report.pdf?v=328565

[49] Rideout, V., & Robb, M. B. (2018). Social media, social life: Teens reveal their experiences. San Francisco, CA: Common Sense Media. Retrieved from https://www.commonsensemedia. org/sites/default/files/research/report/2018-social-mediasocial-life-executive-summary-web.pdf.

[50] Janssen, Xanne, et al. "Associations of screen time, sedentary time and physical activity with sleep in under 5s: A systematic review and meta-analysis." *Sleep medicine reviews* 49 (2020): 101226.

[51] Carter, Ben, et al. "Association between portable screen-based media device access or use and sleep outcomes: a systematic review and meta-analysis." *JAMA pediatrics* 170.12 (2016): 1202-1208.

[52] Wang, Xiao, Yuexuan Li, and Haoliang Fan. "The associations between screen time-based sedentary behavior and depression: a systematic review and meta-analysis." *BMC public health* 19 (2019): 1-9.

[53] Sampasa-Kanyinga, H., Goldfield, G. S., Kingsbury, M., Clayborne, Z., & Colman, I. (2020). Social media use and parent–child relationship: A cross-sectional study of adolescents. *Journal of Community Psychology*, *48*(3), 793-803.

[54] Eirich, Rachel, et al. "Association of screen time with internalizing and externalizing

(continued…)

19

56.    **Design features play a role in extending users' time online and re-engaging them repeatedly with digital products.** Although engagement-promoting designs can make digital products more fun and satisfying to use, when they are used to excess to extend minors' time online, there is more potential for harm.[55] Moreover, the use of too many engagement-promoting designs in digital products makes teens frustrated and reduces their sense of control and autonomy.[56]

57.    Higher user engagement with digital products is a business goal of companies that generate revenue through advertising. In fact, companies such as Meta and Google report metrics such as 'daily active users' and advertising sales in their quarterly earnings reports to shareholders. Therefore, design teams are instructed to maximize engagement metrics such as time spent and how often users open the app.[57] The effectiveness of different designs at reaching these goals are tested through A/B testing (a process in which two versions of a design are released to different users at random; the more engaging or higher-performing design is retained).

58.    In this section, I will describe the digital product design features that contribute to extended use, feelings of compulsion to return to the product frequently, and/or difficulties disengaging when the user intends. This list of design features is informed by the Biden-Harris

_____

behavior problems in children 12 years or younger: a systematic review and meta-analysis." *JAMA psychiatry* (2022).

[55] Montag, C., & Elhai, J. D. (2023). On Social Media Design,(Online-) Time well-spent and addictive behaviors in the age of surveillance capitalism. *Current Addiction Reports*, *10*(3), 610-616.

[56] 5 Rights Foundation. (2023). Disrupted Childhood: The cost of persuasive design. Available at: https://5rightsfoundation.com/wp-content/uploads/2024/08/5rights_DisruptedChildhood_G.pdf.

[57] Lubin, N. and Iyer, R. (2023). How tech regulation can leverage product experimentation results. Lawfare. Available at: https://www.lawfaremedia.org/article/how-tech-regulation-can-leverage-product-experimentation-results.

1  Interagency Task Force on Kids Online Health and Safety report,[58] extensive academic research

2  that explores how young people interact with digital design, and published experiments that alter

3  digital design and test effects on user wellbeing.

4       59.    It is important to note that companies that operate digital products hold vast

5  amounts of experimental data about the effectiveness of the below design features in prolonging

6  usage sessions or keeping users coming back. Other than the internal research revealed in the files

7  from Facebook whistleblower Frances Haugen, these experimental results are not currently

8  available to the public.

9       **A.    Algorithmic Recommendation Feeds**

10       60.    In the recent FTC social media 6b Staff Report,[59] companies reported using a

11  broad range of algorithms for content recommendation, personalization, search functionality, and

12  to boost and measure user engagement; to target advertising to users; and to infer information

13  about users. To meet business goals of increasing time spent on the platform, algorithms are

14  trained to "predict the probability that content is likely to be interesting or relevant to a particular

15  user." In response to the 6b request, companies described complex algorithmic machine learning

16  models that weighed or ranked a large number of data points, also called "signals," with the end

17  goal of boosting user engagement. Data points included user profile information, viewing history

18  and engagement (e.g., what the user clicked on, liked, commented, on, followed, searched for,

19  etc.), device/location information, attributes such as age/gender, engagement patterns of other

20  users (including users with similar characteristics), and popularity of the content (e.g., volume of

21  views, comments, time other viewers spent watching). The FTC noted that "several Companies

22  _____

23      [58] Online Health and Safety for Children and Youth: Best Practices for Families and

24  Guidance for Industry. Kids Online Health and Safety Task Force (2024).

25  https://www.samhsa.gov/sites/default/files/online-health-safety-children-youth-report.pdf.

26      [59] United States Federal Trade Commission. (2024). *A Look Behind the Screens:*

27  *Examining the Data Practices of Social Media and Video Streaming Services.* Available at:

28  https://www.ftc.gov/system/files/ftc_gov/pdf/Social-Media-6b-Report-9-11-2024.pdf.

acknowledged that User Engagement and activity history (including of similar users) often were

heavily weighted or carried the most weight in content recommendation Algorithms."[60]

61.    **Algorithmic recommendations trained to prioritize user engagement create**

**more problematic experiences for minors**. When algorithms rank user engagement over other

factors, it can lead to problems such as:

a.   More time spent: The more platforms tailor their recommendations to users'
     profiles, the longer users stay on over time, shown by recent analysis of data
     donated by young adult TikTok users: viewing amounts increased from 107
     videos per day at baseline to 233 videos per day after 80 days.[61]

b.   Recommendation of dangerous online challenges, which can trend rapidly and
     reach a large number of users before being identified and taken down by
     platforms.[62] Children and teens may be attracted to risky behavior in online
     challenges and use performance of these challenges as a way to reaffirm
     belonging and achieve public recognition.[63]

c.   Recommendation of violent and frightening videos,[64] which may trend at times of
     war or social unrest. For example, Black teens report being recommended more

---

[60] *Ibid.*

[61] Zannettou, S., Nemes-Nemeth, O., Ayalon, O., Goetzen, A., Gummadi, K. P., Redmiles, E. M., & Roesner, F. (2024, May). Analyzing User Engagement with TikTok's Short Format Video Recommendations using Data Donations. In *Proceedings of the CHI Conference on Human Factors in Computing Systems* (pp. 1-16).

[62] Bonifazi, G., Cecchini, S., Corradini, E., Giuliani, L., Ursino, D., & Virgili, L. (2024). Investigating community evolutions in TikTok dangerous and non-dangerous challenges. *Journal of Information Science*, *50*(5), 1170-1194.

[63] Ferreira Deslandes, S., Coutinho, T., Ramos de Souza Costa Ferreira, T., & Matassoli Duran Flach, R. (2021). Online challenges among children and adolescents: Self-inflicted harm and social media strategies. *Salud colectiva*, *16*, e3264.

[64] Boyd, R. W., & Swanson, W. S. (2016). The evolution of virtual violence: how mobile screens provide windows to real violence. *Pediatrics*, *138*(2).

22

racialized violence on their social media feeds,[65] which is distressing and contributes to trauma symptoms.[66]

    d.   Recommendation of eating disorder-related content through a process some companies call "preference amplification." In other words, when teens with a tendency toward poor body image engage with posts about dieting or fitness, this content can be amplified in their feed. Teens have reported that they have a hard time getting eating disorder content out of their recommendation feed once they have engaged with it.[67]

    e.   More negative social comparison through recommendations for "unconnected content" (i.e., accounts the user doesn't follow) that is trending due to high engagement. Often, such trending content contains celebrities or features women's bodies and can become concentrated in the feeds of most vulnerable teens. For example, in an internal survey of over 50,000 Instagram users in 2020, it was found that negative comparison was driven more by top accounts, which appeared in teen girls' feeds 5 times as often as friends' posts.[68]

    f.   Feeds can start to be filled with creators competing for attention through use of

---

[65] Hopelab, Common Sense Media, and NORC. *A Double-edged Sword: How diverse communities of youth people think about the multifaceted relationship between social media and mental health.* Common Sense Media. Available at: https://www.commonsensemedia.org/sites/default/files/research/report/2024-double-edged-sword-hopelab-report_final-release-for-web-v2.pdf.

[66] Tynes, B. M., Willis, H. A., Stewart, A. M., & Hamilton, M. W. (2019). Race-related traumatic events online and mental health among adolescents of color. *Journal of Adolescent Health*, *65*(3), 371-377.

[67] Farthing, R. (2022) "Designing for Disorder." Fairplay: https://fairplayforkids.org/wp-content/uploads/2022/04/designing_for_disorder.pdf.

[68] Harvard Kennedy School Shorenstein Center on Media, Politics and Public Policy. (2023). *Discussion Paper: Case Study on Youth Online Harms – Project Daisy*, Appendix A (p.14). Available at: https://shorensteincenter.org/wp-content/uploads/2023/11/Discussion-Paper_Youth-Online-Harms-and-Project-Daisy_For-Shorenstein-Publication.pdf.

violent, scary, or sexualized images[69] and teens themselves endorse posting more extreme content to get more followers.[70]

g.  Arguments between caregivers and children: In interviews, parents report feeling frustrated with the unpredictable negative content that appears in their child's social media feed, the embedded links in content that can take minors to unsafe activities (e.g., pornography), and the rude/unrealistic norms that trending creators can instill in viewers.[71]

62.     In addition, algorithmic recommendation feeds have several design features that prolong use, which I describe in the following sections.

63.     **Low-friction infinite scroll** has been found to keep users on digital products longer, in part because it induces *normative dissociation,* a mental "flow" state in which people feel "spaced out" and have reduced self-awareness or memory for what they perceived during the state of normative dissociation.[72] Many people use digital products to seek out normative

---

[69] Radesky, J., Bridgewater, E., Black, S., O'Neil, A., Sun, Y., Schaller, A., ... & Campbell, S. W. (2024). Algorithmic Content Recommendations on a Video-Sharing Platform Used by Children. *JAMA Network Open*, *7*(5), e2413855-e2413855.

[70] OfCom. (2022) Research into risk factors that may lead children to harm online. Available at: https://www.ofcom.org.uk/siteassets/resources/documents/research-and-data/online-research/keeping-children-safe-online/risk-factors-that-may-put-children-at-harm-online/children-risk-factors-report.pdf?v=328565.

[71] Radesky, J.S., Bradley, B., Martin, E., Williams, E., Kearney, C., Kistin, C. (2024). *Harnessing Parent Wisdom: Community-informed solutions for social media and youth mental health.* American Academy of Pediatrics Center of Excellence on Social Media and Youth Mental Health. Available at: https://downloads.aap.org/AAP/PDF/Community_Informed_Solutions_for_Social_Media_and_Youth_Mental_Health.pdf.

[72] Baughan, A., Zhang, M. R., Rao, R., Lukoff, K., Schaadhardt, A., Butler, L. D., & Hiniker, A. (2022, April). "I Don't Even Remember What I Read": How Design Influences

(continued…)

dissociation as an escape from stress (e.g., by reading or listening to music), but in studies about digital products, an extended time spent in such dissociation leads to regret and self-blame that has been called the "30-minute Ick Factor"[73] – meaning that after about 30 minutes, users feel that their scrolling is less meaningful and they are less in control of disengaging. This aligns with internal TikTok documents suggesting that approximately 35 minutes of scrolling is needed before users have trouble disengaging, as reported by National Public Radio after reviewing the unredacted Kentucky Attorney General's October 2024 complaint against TikTok.[74]

64.    **Autoplay** is a design in which videos automatically play when the prior video ends, or the user scrolls and hovers over the video. Research on autoplay suggests that it reduces users' sense of agency because it distracts them from searching or finding the video they initially intended.[75] In interview studies, parents report that autoplay contributes to conflict with their children when they try to get their child to stop using media.[76] In an experimental study, children showed more negative behavior when asked to transition away from an app with autoplay

_____

Dissociation on Social Media. In *Proceedings of the 2022 CHI Conference on Human Factors in Computing Systems* (pp. 1-13).

[73] Tran, J. A., Yang, K. S., Davis, K., & Hiniker, A. (2019, May). Modeling the engagement-disengagement cycle of compulsive phone use. In *Proceedings of the 2019 CHI conference on human factors in computing systems* (pp. 1-14).

[74] National Public Radio, Oct 11 2024: TikTok executives know about app's effect on teens, lawsuit documents allege. Available at: https://www.npr.org/2024/10/11/g-s1-27676/tiktok-redacted-documents-in-teen-safety-lawsuit-revealed.

[75] Lukoff, K., Lyngs, U., Zade, H., Liao, J. V., Choi, J., Fan, K., ... & Hiniker, A. (2021, May). How the design of youtube influences user sense of agency. In *Proceedings of the 2021 CHI Conference on Human Factors in Computing Systems* (pp. 1-17).

[76] Hiniker, Alexis, et al. "Screen time tantrums: How families manage screen media experiences for toddlers and preschoolers." *Proceedings of the 2016 CHI conference on human factors in computing systems*. 2016.

25

1   compared to apps without autoplay or a print book.[77]

2       65.    To summarize, algorithmic recommendation feeds with infinite scroll and autoplay

3   extend minors' time online through using user data to predict what they are likely to click on or

4   watch next, making it more likely that users will keep consuming content (and thereby generate

5   advertising revenue).

6   **B.    Design Features That Promote Engagement: Notifications, Time-Limited**
        **Features, and Social Quantification**

7

8       66.    **Notifications from digital products are distracting and occur at unnecessary**
    **times of day.**

9

10      67.    Notifications from digital products alert the user to new communication, content,

    or other new activity on the platform via audio, visual, and/or haptic stimuli. Notifications cause

11  an involuntary orienting response, bringing the user's attention to a digital product and causing

12  delayed responses to whatever else the user is doing. Multiple studies in college classrooms have

13  demonstrated that phone notifications cause higher error rates and lower recall of taught

14  material.[78] In experiments, teens show particularly more distractibility and physiologic changes in

15  response to phone notifications, compared to adults.[79]

16      68.    In our study tracking the smartphones of over 200 11-to-17-year-olds,[80] we

17  _____

18      [77] Munzer, Tiffany G., et al. "Tablets, toddlers, and tantrums: The immediate effects of

19  tablet device play." *Acta paediatrica (Oslo, Norway: 1992)* 110.1 (2021): 255.

20      [78] Rosen, L. D. (2017). The distracted student mind—enhancing its focus and

21  attention. *Phi Delta Kappan*, *99*(2), 8-14.

22      [79] Whiting, W. L., & Murdock, K. K. (2021). Notification alert! Effects of auditory text

23  alerts on attention and heart rate variability across three developmental periods. *Quarterly*

24  *Journal of Experimental Psychology*, *74*(11), 1900-1913.

25      [80] Radesky, J., Weeks, H.M., Schaller, A., Robb, M., Mann, S., and Lenhart, A. (2023).

26  Constant Companion: A Week in the Life of a Young Person's Smartphone Use. San Francisco,

27  CA: Common Sense. Available at:

28                                                                          (continued…)

measured the frequency and timing of notifications from different apps. On a typical day, participants received a median of 237 notifications, with a maximum of 4500 per day in one participant. About a quarter (23%) of notifications arrived during school hours, and about 5% during school night hours, two times of day that are more disruptive to wellbeing. Very few participants received no notifications at all during school hours or school night hours. Snapchat and Discord ranked highest in the number of notifications sent to participants in a typical day, with some participants receiving hundreds of messages from these platforms.

69.    Teens interviewed for this study did not find notifications to necessarily be a positive thing, and they exerted energy to manage and mute notifications. Some teens recognized how platforms tried to get their attention through adding new types of irrelevant notifications. One 11th grader made the following observation: *"Another thing with notifications, one thing I've noticed with Instagram is, over time, they keep adding new, different types of notifications. Like when they rolled out reels, they had a notification like, 'Check out the most watched reels for today.' So over time, you have to keep turning off those specific notifications because I still wanna receive messages from my friends through DMs. I don't wanna receive those kind of unimportant messages."*

70.    **Designs that elicit Fear of Missing Out (FoMO)** are common on social platforms. FoMO is defined as "pervasive apprehension that others might be having rewarding experiences from which one is absent and is characterised by the desire to stay continually connected with what others are doing."[81] Researchers have interviewed teens and young adults

---

https://www.commonsensemedia.org/sites/default/files/research/report/2023-cs-smartphone-research-report_final-for-web.pdf.

[81] Przybylski, A. K., Murayama, K., DeHaan, C. R., & Gladwell, V. (2013). Motivational, emotional, and behavioral correlates of fear of missing out. *Computers in human behavior*, *29*(4), 1841-1848.

1  about design features that contribute to FoMO, which include:[82]

2

3    a.  Tagging that leads to a fear of missing the ability to interact through social
        reciprocity with someone who tagged them

4

5    b.  Ephemeral content that leads to a fear of missing information

6    c.  Recommendations to build network that leads to fears of not having a big enough
        friend group and taps into the need for belonging and popularity

7

8    d.  Social traces that show when others are online, such as indicators that someone is
        active on a platform but is not reacting to the user's posts or messages, that lead
        to fears of missing important interactions

9

10   e.  Impression and like counts that trigger pressure to increase popularity or be
        interesting to other people

11   f.  Notifications that can trigger a fear of missing important information

12   71.    Users who experience more FoMO have higher rates of problematic social media

13   use and addiction-like behaviors.[83]

14   72.    **Social quantification and quantified approval** such as likes, hearts, friend

15   numbers, scores, and streaks have been linked with negative social comparison in Meta's internal

16   research and independent studies.[84] In Project Daisy, an internal Meta experiment in which

17   Instagram users were randomly assigned to visible or hidden Like counts, there was a reported

18   2% reduction in negative social comparison in the users with hidden Like counts. Teen users

19   reported that hiding Like counts made them less likely to care about likes or compare the number

20   _____

21   [82] Alutaybi, A., Arden-Close, E., McAlaney, J., Stefanidis, A., Phalp, K., & Ali, R. (2019,

22   October). How can social networks design trigger fear of missing out?. In *2019 IEEE*

23   *International Conference on Systems, Man and Cybernetics (SMC)* (pp. 3758-3765). IEEE.

24   [83] Elhai, J. D., Yang, H., & Montag, C. (2020). Fear of missing out (FOMO): overview,

25   theoretical underpinnings, and literature review on relations with severity of negative affectivity

26   and problematic technology use. *Brazilian Journal of Psychiatry*, *43*(2), 203-209.

27   [84] Wallace, E., & Buil, I. (2021). Hiding Instagram Likes: Effects on negative affect and

28   loneliness. *Personality and Individual Differences*, *170*, 110509.

28

of Likes they received with others.[85]

73.     Socially anxious teens report that quantifying relationships increases their anxiety: *"It becomes almost stressful to post anything, because the amount of likes you get is your social standing. Your popularity or how much you're liked is based upon numbers on a screen."* reported a 16-year-old interviewed by 5 Rights Foundation.[86] Rather than focusing on the quality of burgeoning relationships in the teen years, an essential step in identity development, many teens over-focus on quantity of approval from online contacts, many of whom they may not know.  As one 13-year-old stated: "*[There is] pressure of losing your friends and endling lifelong friendships if you forget to send a streak one day."*

74.     In summary, engagement-prolonging designs such as push notifications and designs that elicit social comparison and quantification are leveraging psychological mechanisms to keep users engaged so that companies can meet their business objectives. However, as reviewed in Section II of this declaration, children and teens are in a developmental phase in which they are highly susceptible to these psychological mechanisms and therefore feel pressured to engage for longer, and more frequently, than they would have otherwise planned. This leads to feelings of regret and displacement of healthy behaviors.

## IV.   STRATEGIES TO MITIGATE ONLINE HARMS

75.     Digital products have a responsibility to mitigate the harms that occur to minors.

76.     Although some social media platforms have made attempts to mitigate harms by creating teen accounts with more privacy features, filtered content, or time limits, without

_____

[85] Harvard Kennedy School Shorenstein Center on Media, Politics and Public Policy. (2023). *Discussion Paper: Case Study on Youth Online Harms – Project Daisy*, Appendix A (p.15-16). Available at: https://shorensteincenter.org/wp-content/uploads/2023/11/Discussion-Paper_Youth-Online-Harms-and-Project-Daisy_For-Shorenstein-Publication.pdf.

[86] 5 Rights Foundation. (2023). Disrupted Childhood: The cost of persuasive design. Available at: https://5rightsfoundation.com/resource/updated-report-disrupted-childhood-the-cost-of-persuasive-design/.

1    transparency and accountability, we don't know whether these measures actually mitigate harms.

2    We also don't know how many youth users turn these settings off.

3         77.    There are now several global initiatives embracing safety-by-design and privacy-

4    by-design approaches for minors. These include several approaches such as preventing profiling

5    of minors, reducing extended use, reducing product features that quantify approval, and

6    increasing accountability so that users know what the risks are and that their flags or reports are

7    responded to.

8         78.    Youth, parents, the Biden-Harris Interagency Task Force on Kids Online Health

9    and Safety, and the National Academies of Science and Medicine (NASEM) report recommend

10   that such features be uniform across products. Specifically, NASEM recommended age-

11   appropriate design features including:

12

13         a.   Enhanced privacy protections

14         b.   Auditing features, identifying their risks, and mitigating them

15         c.   Discouraging persuasive design features that extend use or re-engagement

16         d.   Algorithmic responsibility for what content is promoted

17        79.    Digital literacy interventions are necessary but insufficient. As the NASEM report

18   notes, "the complexity and pace of the online environment far exceed what adolescents—or any

19   layperson—could be reasonably expected to understand."

20        80.    Solutions are feasible. For example, experiments described in the academic

21   literature reviewed above include innovative designs such as

22

23         a.   Options to increase the time that ephemeral content is available, or event/content
                recorders that allow a user to see ephemeral content the next time they are online

24
25         b.   Batching and muting of push notifications at particular times of day (school
                hours, overnight hours)

26         c.   Status settings that normalize being away from platforms.

27         d.   Hiding social quantification (e.g., likes, follower counts) for minors

28

                                              30

     e.  Platform home pages that remove recommendation feeds and promote user agency

## V.   CALIFORNIA'S PROTECTING OUR KIDS FROM SOCIAL MEDIA ADDICTION ACT

81.     The Protecting Our Kids from Social Media Addiction Act would prevent online services and mobile apps from offering an addictive feed to minors.

82.     Restricting the ability of companies to furnish such feeds to minors, and giving minors alternate feeds that are shaped by the accounts they follow (not algorithmically predicting what they might engage with next), would accomplish two important outcomes.

83.     First, it would provide children and teens more autonomy to search for and follow what they want online, rather than decisions about what they should watch being made for them by a computer that is acting in the interest of more advertising revenue. Youth advocacy groups have called for improved control over what they see on social media feeds,[87] to prevent the negative experiences that come with unwanted, upsetting content showing up on their feed.

84.     Second, minors would be able to more easily disengage from a feed that is not actively trying to engage them for longer periods of time, and go pursue the activities that are healthy, support their education, and/or give them a sense of purpose.

85.     The Act restricts the ability of these companies to send notifications to minors during overnight or school hours. This is an important step toward reducing unnecessary sleep disruption and helping students feel focused and engaged the next school day. It also sets community norms that social media and other highly engaging digital services can be put down at night. Teens report feeling pressure to be available when they know their friends are on social media at night;[88] under this Act, teens would no longer receive frequent alerts about friends' overnight online activities and pressure to respond would be reduced.

86.     Student smartphone and social media use in the classroom are a major source of stress to U.S. teachers due to their negative impact on student engagement and the extra work it

---

[87] See Design It For Us campaign: https://designitforus.org/.

[88] Weinstein, Emily, and Carrie James. *Behind their screens: What teens are facing (and adults are missing)*. MIT Press, 2022.

31

1    takes to enforce phone policies.[89] This Act will make enforcement of school phone policies easier

2    by removing the ability of unnecessary apps to ping for students' attention.

3        87.    The Act also allows parents of minors to turn off notifications during specific

4    hours and set time limits on use of algorithmic feeds. This would help provide boundaries that

5    parents say can be very difficult to enforce when they are essentially fighting against an algorithm

6    that has learned everything their child is attracted to.[90]

7        88.    The Act would also limit minors' viewing of the number of likes, follower counts,

8    or other forms of feedback by default. As reviewed in my declaration above, this would help

9    reduce negative social comparison and would prevent minors from seeking high levels of

10   feedback through posting extreme or risky content. From a mental health standpoint, it would

11   reduce the false quantification of self-worth that 'likes' represent, and upon which children and

12   teens can over-focus. Feeling self-worth from the inside out, not based on reactions from others,

13   is a core aspect of mental wellbeing.

14       89.    Finally, the Act would set minors' accounts to private by default. This is a critical

15   step in preventing exploitation of children and teens.

16                                    **CONCLUSIONS**

17       90.    Children and teens have generated billions of dollars in revenue for internet

18   _____

19       [89] Hatfield, J. (2024). 72% of U.S. high school teachers say cellphone distraction is a

20   major problem in the classroom. Pew Research Center. Available at:

21   https://www.pewresearch.org/short-reads/2024/06/12/72-percent-of-us-high-school-teachers-say-

22   cellphone-distraction-is-a-major-problem-in-the-classroom/.

23       [90] Radesky, J.S., Bradley, B., Martin, E., Williams, E., Kearney, C., Kistin, C. (2024).

24   *Harnessing Parent Wisdom: Community-informed solutions for social media and youth mental*

25   *health.* American Academy of Pediatrics Center of Excellence on Social Media and Youth Mental

26   Health. Available at:

27   https://downloads.aap.org/AAP/PDF/Community_Informed_Solutions_for_Social_Media_and_Y

28   outh_Mental_Health.pdf.

1   services and mobile apps that keep them engaged through addictive feeds and design features that

2   capture and hold onto their attention. These design features—including algorithmic feeds

3   designed to increase user engagement, notifications that ping for attention without regard for

4   whether a young user is trying to sleep or focus on classwork, and designs that make users afraid

5   of losing social status if they don't return to the platform again and again—contribute to extended

6   use and feelings of frustration and regret. In our individualistic society, users typically blame

7   themselves for being "addicted" or wasting their time online; yet this is not a matter of individual

8   weakness in children and teens. At a digital ecosystem level, the designs at the root of these

9   feelings are pervasive, are purposeful, and are wholly changeable.

10      91.    In my years as a clinician and expert on digital media and children, I have

11   repeatedly heard from families that automated, algorithm-driven feeds make parenting harder

12   because they introduce emotionally arousing content and prolong media use. Parents describe

13   their children stumbling upon frightening videos or dangerous challenges; teens describe being

14   fed violent content or beauty influencers who make them feel "less than;" and many wonder why

15   a computer should be making decisions about how they spend their time. This raises important

16   questions about autonomy; this Act allows young users to have more control over what appears in

17   their feed and families to place boundaries around how these technologies consume young

18   peoples' valuable time and attention.

19      92.    Over the past few years, investigations into the internal research conducted by

20   large online platforms have revealed fascinating insights about experiments run on design

21   features and how they engage users. Design choices such as likes, time-limited ephemeral posts,

22   and notifications have been created with clear business objectives, but come with collateral

23   damage to child and teen sleep, social pressure, and distraction.

24      93.    California has an opportunity to ensure that children and teens have access to

25   internet services and mobile apps that provide them opportunities to learn and connect with

26   friends (not strangers), seek out their interests without being taken on a detour by algorithmic

27   recommendations, and then disengage from technology as they wish. I appreciate your

28   consideration of this declaration.

33

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Executed on December 1, 2024, at Ann Arbor, Michigan.

4

5

6

7    _____

8    Jenny S. Radesky, M.D.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Jenny Radesky
## Associate Professor
### 734-647-3759 - jradesky@umich.edu

## Education and Training

### Education

| | |
|---|---|
| 08/1997-05/2001 | BA, Johns Hopkins University, Baltimore, MD |
| 08/2002-06/2007 | MD, Harvard Medical School, Boston, MA |

### Postdoctoral Training

| | |
|---|---|
| 07/2007-06/2010 | Residency, Pediatrics, University of Washington/Seattle Childrens Hospital, Pediatrics, Seattle, WA |
| 07/2011-06/2014 | Clinical Fellow, Developmental Behavioral Pediatrics, Boston University School of Medicine, Pediatrics, Boston, MA |

## Certification And Licensure

### Certification

| | |
|---|---|
| 10/2010-12/2020 | American Board of Pediatrics, General |
| 01/2015-12/2025 | American Board of Pediatrics, Developmental Behavioral Pediatrics |

### Licensure

| | |
|---|---|
| | Michigan, Controlled Substance |
| | Michigan, Medical License |
| 01/2016-Present | Michigan, Medical License |
| 01/2016-Present | Michigan, DEA License |
| 01/2016-Present | Michigan, Controlled Substance |

## Work Experience

### Academic Appointment

| | |
|---|---|
| 07/2014-01/2016 | Assistant Professor, Pediatrics, Boston University School of Medicine, Boston |
| 01/2016-08/2022 | Assistant Professor, Pediatrics, University of Michigan - Ann Arbor, Ann Arbor |
| 09/2022-Present | Associate Professor in Pediatrics - Development - Behavioral, Pediatrics, University of Michigan - Ann Arbor, Ann Arbor, (Tenured) |

### Clinical Appointments

| | |
|---|---|
| 08/2010-06/2011 | Pediatrician, Pediatric Associates Inc, Bellevue, WA |

## Research Interests

• My research examines parent mobile device use, young children's use of mobile and interactive media, parent-child interaction, and social-emotional development.

## Clinical Interests

• Advocacy, underserved populations, autism spectrum disorder, early childhood

Jenny Radesky                              1                              11/22/2024

## Grants

### Current Grants

*Children and Technology Advisor - Jenny Radesky - FTC IPA:*
PI
FTC-US
07/2024 - 06/2025
$63,115

P01HD109907:*Growing up in a Digital World: A synergistic approach to understanding media use in children ages 1-8:*
PI
NIH-DHHS-US-SubK sourced funding through Georgetown University
09/2022 - 08/2025
$279,142

K23HD105988:*Longitudinal associations of maternal mobile device use and maternal-infant wellbeing:*
Consultant on (Principal Investigator:Tiffany Munzer)
NIH-DHHS-US
07/2022 - 06/2027
$837,000

R01HD102370:*Technology Use and Emerging Executive Functioning in Early Childhood:*
PI
NIH-DHHS-US
04/2021 - 03/2026
$2,873,938

### Submitted - Open

R01:*Thriving in a Digital World: Examining Trajectories of Healthy and Problematic Media use from Childhood to Early Adolescence:*
PI
NIH-DHHS-US-SubK sourced funding through Brigham Young University
04/2025 - 03/2030
$53,367

### Past Grants

P01HD109907:*Growing up in a Digital World: A synergistic approach to understanding media use in children ages 0-8:*
PI
NIH-DHHS-US-SubK sourced funding through Georgetown University
09/2023 - 08/2024
$28,409

*SAMHSA Center of Excellence on Social Media and Mental Health:*
PI
SAMHSA-DHHS-US-SubK sourced funding through American Academy of Pediatrics
09/2022 - 09/2024
$224,795

*Planning the Metaverse for Kids: Social Gaming Walk-Through Study:*
PI
Children's Hospital Corporatio
06/2022 - 05/2024
$121,830

*Teen Smartphone Pilot:*
PI
Common Sense Media
02/2022 - 05/2023
$60,798

*Pediatric Early Autism Recognition System: PEARS:*
Mentor (Principal Investigator:Nicole Hamp)
BCBSM
09/2021 - 12/2022
$9,100

R21NR019402:*Healthy Digital Habits in Parents of Infants:*
PI
NIH-DHHS-US-SubK sourced funding through Parkview Hospital, Inc
05/2021 - 04/2023
$57,255

*YouTube Content Analysis:*
PI
Common Sense Media
02/2021 - 04/2022
$45,600

*YouTube Content Analysis:*
PI
Common Sense Media
01/2020 - 01/2021
$21,386

R41HD:*Beyond Screen Time: Developing an objective mobile media measurement tool:*
PI
NIH-DHHS-US-SubK sourced funding through Open Lattice, Inc.
10/2019 - 08/2020
$51,166

R41HD100230:*Beyond Screen Time: Developing an objective mobile media measurement tool:*
Funded by
Eunice Kennedy Shriver National Institute of Child Health and Human Development
09/2019 - 08/2020
$150,000

R21HD094051:*Longitudinal associations between preschooler emotion regulation, executive function, and digital media use.:*
PI
NIH-DHHS-US
08/2018 - 07/2021
$429,000

Jenny Radesky                    3                    11/22/2024

R03HD094077:*Parent-toddler interactions during electronic versus print book reading:*
PI
NIH-DHHS-US
08/2018 - 07/2020
$156,000

K23HD092626:*Parent Mobile Device Use and Parent-Child Interaction:*
PI
NIH-DHHS-US
08/2017 - 05/2022
$793,103

*Electronic versus print books: Differences in parent-toddler interactions and toddler behavioral regulation:*
Mentor (Principal Investigator:Tiffany Munzer)
Academic Pediatric Association
03/2017 - 10/2018
$14,780

## Honors and Awards

### National

| | |
|---|---|
| 2017 | AAP Communication and Collaboration Award, American Academy of Pediatrics |
| 2019 | Student Research Award, Academic Pediatric Association, Mentor, Marisa Meyer |
| 2023 | AAP Innovation Award, American Academy of Pediatrics, For the Family Media Plan |

### Institutional

| | |
|---|---|
| 2001 | Phi Beta Kappa, Johns Hopkins University |
| 2007 | New England Pediatric Society Prize, Harvard Medical School |
| 2007 | Presidential Scholars Program, Public Service Initiative, Harvard Medical School, Provided loan forgiveness for graduates who worked in subspecialties focusing on public service |
| 2013 - 2014 | Zuckerman Fellowship, Boston University School of Medicine, Pediatrics |
| 2017 - 2018 | Elizabeth Caroline Crosby Award, University of Michigan, ADVANCE Program |
| 2018 | Top Teacher Award, University of Michigan Medical School, Pediatrics |

## Study Sections, Editorial Boards, Journal & Abstract Review

### Study Sections

#### International

| | |
|---|---|
| 2020 - Present | Advisory Board (supported by UNICEF), Power of Zero Anti-Bullying Initiative, (Standing Member) |

#### National

| | |
|---|---|
| 2019 - 2022 | Study Section, NICHD Study Section, (Ad Hoc) |
| 2020 - Present | Advisory Board, Common Sense Media Early Childhood Initiative, (Standing Member) |
| 2021 - Present | Advisory Board, Child Trends News Service for 2 NSF grants, Child Trends, (Standing Member) |

| 2023 - 2024 | Rudd Center Healthy Eating Research Digital Advertising Expert Panel, (Standing Member) |
| 2024 - Present | Board on Children Youth and Families, National Academies of Science, Engineering, and Medicine, (Standing Member) |
| 2024 | SBIR Study Section, NICHD Study Section, (Ad Hoc) |

## Editorial Boards / Journal & Abstract Reviews

### Editorial Boards

| 2017 - 2020 | Editor, Developmental Behavioral Pediatrics, New England Journal of Medicine Journal Watch: Pediatrics and Adolescent Medicine |
| 2018 - 2019 | Editor, Challenging Cases, Journal of Developmental Behavioral Pediatrics |
| 2019 - 2020 | Guest Editor, Cyberpsychology, Behavior, and Social Networking special issue on Children and Smartphones |

### Journal Review

| 2011 - 2023 | JAMA Pediatrics |
| 2012 | Archives of Disease in Childhood |
| 2013 | International Journal of Affective Disorders |
| 2014 - 2023 | Pediatrics |
| 2015 | Infancy |
| 2015 | Early Human Development |
| 2015 - 2017 | Maternal Child Health Journal |
| 2015 - 2024 | Journal of Developmental Behavioral Pediatrics |
| 2017 | PLOS One (Ad Hoc) |
| 2017 - 2020 | Computers in Human Behavior (Ad Hoc) |
| 2018 - 2019 | Child Development (Ad Hoc) |
| 2019 | BMJ Open |
| 2020 | Infant Behavior and Development |
| 2020 - 2023 | Acta Paediatrica |
| 2021 | Journal of Children and Media |
| 2021 | New England Journal of Medicine (Ad Hoc) |
| 2021 | Journal of Medical Internet Research (Ad Hoc) |
| 2021 - 2024 | JAMA Network Open |

# Teaching

## Mentorship

### Resident

| 07/2018-05/2019 | Rebecca Lane, University of Michigan Medical School, Publication of review/commentary |
| 08/2022-Present | Sarah Frankl, University of Michigan Medical School, Pediatric Neurology, Manuscript in preparation |

**Faculty Member**

| | |
|---|---|
| 07/2019-Present | Tiffany Munzer, University of Michigan Medical School, Multiple publications and national presentations |
| 09/2022-Present | Elizabeth Milkovich, Children's Mercy Hospital, Applying for K23 award |
| 09/2023-Present | Sarah DeHaan, University of Michigan Medical School, General Pediatrics, Mentoring as mini-fellow in DBP; Project in progress |

**Clinical Fellow**

| | |
|---|---|
| 07/2016-06/2019 | Tiffany Munzer, University of Michigan Medical School, Multiple publications and conference presentations |
| 07/2018-06/2021 | Chioma Torres, University of Michigan Medical School, 3 publications |
| 08/2019-Present | Nicole Hamp, University of Michigan Medical School, 1 publication, 1 national presentation, 1 manuscript in preparation |
| 01/2020-06/2021 | Kimberley Levitt, University of Michigan Medical School, 1 publication, 1 manuscript in preparation |

**Medical Student**

| | |
|---|---|
| 09/2021-09/2023 | Nirmeen Chouaib, Michigan State University, Manuscript |

**Graduate Student**

| | |
|---|---|
| 07/2019-Present | Kaiwen Sun, University of Michigan School of Information, Multiple publications and international presentations |

**Undergraduate Student**

| | |
|---|---|
| 10/2017-01/2021 | Marisa Meyer, University of Michigan, 2 publications; 2 national presentations; 2019 APA best abstract award; Mentee won Dept of Psychology award for her thesis, which I mentored |
| 07/2019-09/2020 | Fangwei Zhao, University of Michigan, Publication |
| 09/2019-09/2022 | Caroline McLaren, University of Michigan, 2 publications |
| 05/2024-Present | Madalynn Woods, University of Michigan, Psychology, SRCD abstract, manuscript in submission |

## Teaching Activity

**International**

| | |
|---|---|
| 01/2024-01/2024 | Keynote at Early Childhood Conference, VIA University, Denmark |

**National**

| | |
|---|---|
| 04/2015-04/2015 | Pediatric Academic Societies State-of-the-Art Plenary: "Parent media use and parent-child interaction." (San Diego, CA) |
| 04/2016-04/2016 | 2016 Pediatric Academic Societies Topic Symposium: "Digital Technology and the Word Gap: Barrier or Opportunity?" (Baltimore, MD) |
| 05/2017-05/2017 | 2017 Pediatric Academic Societies, Developmental Behavioral Pediatrics Special Interest Group. "Digital Media and Child Development: Policy Perspectives." (San Francisco, CA) |
| 05/2017-05/2017 | 2017 Pediatric Academic Societies Plenary Lecture. "Digital Media Use and Cognitive Self-Regulation." (San Francisco, CA) |
| 10/2017-10/2017 | 2017 Society for Developmental Behavioral Pediatrics, Annual Conference. "Autism Spectrum Disorder and Digital Media." (Cleveland, OH) |
| 11/2017-11/2017 | Obesity Week Conference. "Using technology to measure technology." (Washington D.C.) |

Jenny Radesky                                     6                                     11/22/2024

| | |
|---|---|
| 05/2018-05/2018 | 2018 Pediatric Academic Societies, Invited Science Chair, "Digital Media and Vulnerable Populations." (Toronto, Canada) |
| 11/2018-11/2018 | 2018 American Academy of Pediatrics National Conference and Exhibition: "Digital Media and Early Childhood:  The Good, The Bad, and the Unknown." (Orlando, FL) |
| 04/2019-04/2019 | Pediatrics Academic Societies Annual Conference, Topic Symposium "Digital Natives: The Changing Nature of Children's Media Use" (Baltimore MD) |
| 10/2019-10/2019 | American Academy of Pediatrics National Conference and Exhibition. "Social Media: The Good, Bad, and Unknown" (New Orleans, LA) |
| 10/2019-10/2019 | American Academy of Pediatrics National Conference and Exhibition. "Advertising in Apps for Young Children." (New Orleans, LA) |
| 10/2019-10/2019 | American Academy of Pediatrics National Conference and Exhibition Plenary Presentation: "Gamified Childhood" (New Orleans, LA) |
| 10/2020-10/2020 | 2020 American Academy of Pediatrics National Conference an Exhibition, "Digital Health: Helping Families Navigate Digital Media." (Virtual Conference) |
| 03/2023-03/2023 | Lecture regarding social media, technology, and youth mental health, Fairfax School Health Advisory Council, Guest Lecturer |
| 07/2023-07/2023 | Training on children and media for social workers and child welfare professionals in California, Center for Innovation and Resources, Inc |
| 09/2023-11/2023 | ECHO 6-week course on Social Media and Youth Mental Health, American Academy of Pediatrics, ECHO Course Director |
| 09/2023-09/2023 | Expert roundtable on social media and youth mental health, White House Interagency Task Force on Kids Online Safety, Roundtable member |
| 11/2023-11/2023 | Training for educators on child/adolescent social media use, National Center for Safe Secure Learning Environments, Panelist |
| 11/2023-02/2024 | ECHO 6-week course on Social Media and Youth Mental Health, American Academy of Pediatrics, ECHO Course Lead |
| 12/2023-12/2023 | Web-based Workshop on Healthy Media Use, Boston Public Schools |
| 09/2024-Present | Workshop: Strengths-based approaches to supporting healthy media use in primary care, American Academy of Pediatrics, Workshop director |

**Regional**

| | |
|---|---|
| 03/2014-03/2014 | Steven J. Parker Memorial CME Course in Developmental Behavioral Pediatrics. "Smartphone: Friend or Foe?" (Boston, MA) |
| 03/2015-03/2015 | Steven J. Parker Memorial CME Course in Developmental Behavioral Pediatrics. "Colic, Tantrums, and Sleep: Self-regulation Problems in Early Childhood" (Boston, MA) |
| 05/2015-05/2015 | New England School Nurse Association Annual Continuing Education Conference. "Digital Technology Use and Child Development." (Portsmouth, NH) |
| 04/2016-04/2016 | Michigan Head Start Medical Advisory Committee. "Mobile Media Use and Child Social-Emotional Development." (Lansing, MI) |
| 09/2016-09/2016 | Michigan Chapter, American Academy of Pediatrics 2016 Annual Conference. "The ABCs of IEPs." (Boyne, MI) |
| 11/2016-11/2016 | Saint Joseph's Hospital Pediatric Grand Rounds. "Digital Technology and the Word Gap: Barrier or Opportunity?" (Ypsilanti, MI) |
| 04/2017-04/2017 | HighScope International Conference. "Family Technology Use: How to Implement Evidence-based Family-Centered Practices" (Detroit, MI) |
| 06/2017-06/2017 | Saint Joseph's Hospital Pediatric Grand Rounds. "The ABCs of IEPs." (Ypsilanti, MI) |

| | |
|---|---|
| 08/2017-08/2017 | Washtenaw Intermediate School District Early Childhood Conference. "Digital Media and Early Childhood: The New AAP Guidelines and Early Childhood Education." (Ann Arbor, MI) |
| 03/2018-03/2018 | Michigan Head Start Association annual meeting. "Preschoolers and Touchscreens." (Ann Arbor, MI) |
| 10/2018-10/2018 | Michigan Department of Health and Human Services Autism Training Program: "The ASD Team: Perspective from a Developmental Behavioral Pediatrician" (Michigan statewide webinar) |
| 03/2019-03/2019 | Michigan Head Start Association Annual Conference. "Apps and Young Brains." (Ann Arbor, MI) |
| 08/2019-08/2019 | Hurley Children's Hospital Grand Rounds "Digital Media and Early Childhood: The Good, The Bad, and the Unknown." (Flint, MI) |
| 01/2020-01/2020 | Osher Lifelong Learning Institute. "Digital Media and Parent-Child Interaction." (Ann Arbor, MI) |
| 07/2020-07/2020 | Ascension Hospital Pediatrics Grand Rounds: "Beyond Screen Time: The Importance of Relationships, Design, and Disparities." (Detroit, MI - presented virtually) |
| 10/2020-10/2020 | Ann Arbor Public Schools, Lawton Elementary School Parent-Teacher Organization. "Surviving Remote Learning" (Ann Arbor, MI - presented virtually) |
| 10/2022-10/2022 | Media and Child Wellbeing: Thinking Beyond Screen Time, Ann Arbor Public Schools PTO, Guest Lecturer |
| 11/2022-11/2022 | Screen Media and Child Wellbeing, Michigan Medicine Project Healthy Schools, Guest Lecturer |
| 01/2023-01/2023 | Pediatric Early Autism Recognition System, UM Collaborative Office Rounds, Guest Lecturer |
| 05/2023-05/2023 | Parent workshop about media and child development, Unified Child and Family Head Start |
| 08/2023-08/2023 | Professional Training on Children and Media - Early Childhood and Elementary Teachers, Oakland Intermediate School District |
| 10/2023-10/2023 | Workshop for parents about healthy media use, Saline Public Schools, Workshop Leader |
| 02/2024-02/2024 | Workshop for parents about healthy digital relationships with media, Emerson School |
| 02/2024-02/2024 | Webinar on Digital Media and Child Mental Health, MC3 |
| 03/2024-Present | Webinar for early child care providers about media use, Child Care Network of Southeast Michigan, Guest lecturer |
| 04/2024-Present | Webinar for parents about healthy screen use, Monroe Intermediate School District, Guest lecturer |
| 05/2024-Present | Webinar on social media and youth mental health, Coalition for a Drug-Free Baltimore, Guest lecturer |

### Institutional

| | |
|---|---|
| 04/2012-04/2012 | Pediatric Grand Rounds, Boston Medical Center: "Unsoothable infant crying and risk of maternal depression." |
| 11/2012-11/2012 | Pediatric Case of the Week, Boston Medical Center: "We don't want meds: Nonpharmacologic approaches to ADHD management." |
| 04/2013-04/2013 | Pediatric Grand Rounds, Boston Medical Center: "Behavioral antecedents of early media exposure." |
| 01/2014-01/2015 | Fellow Support Rounds (monthly), Boston Medical Center Division of Developmental Behavioral Pediatrics |

| 01/2014-01/2015 | Media and Early Childhood Development lecture, pediatric interns |
|---|---|
| 04/2014-04/2014 | Pediatric Grand Rounds, Boston Medical Center. "Patterns of Mobile Device Use by Caregivers of Young Children During Fast Food Meals"/"Are Children with Self-Regulation Problems Differentially Susceptible to Early Parenting?" |
| 07/2015-07/2015 | Pediatric Grand Rounds, University of Michigan. "Mobile Media Use, Parent-Child Interaction, and Child Social-emotional Development." |
| 09/2015-09/2015 | Pediatric Grand Rounds, Boston University School of Medicine. "Mobile Media Use, Parent-Child Interaction, and Child Social-emotional Development." |
| 12/2015-12/2015 | Harvard Combined Neonatology Fellowship Research Lecture Series. "Mobile Media Use, Parent-Child Interaction, and Child Development." |
| 12/2016-12/2016 | University of Michigan Interactive and Social Computing Consortium. "Early Childhood Media Use." |
| 03/2017-03/2017 | University of Michigan Autism Spectrum Disorder CME. "After ASD Diagnosis: IEPs, Non-ABA Treatment Options, and Parent Support" |
| 07/2017-07/2017 | University of Michigan Department of Pediatrics Grand Rounds. "Digital Media and Early Childhood: Update on the New AAP Guidelines." |
| 09/2017-09/2017 | University of Michigan CHEAR (Child Health Evaluation and Research) Unit conference. "Using apps to measure parent and child mobile device use: Opportunities and Limitations." |
| 10/2017-10/2017 | University of Michigan Child Psychology Trainee Lunch Series. "Digital Media and Early Childhood." |
| 12/2018-12/2018 | University of Michigan T32 Training Program in Developmental Science: "Digital Media and Early Childhood: Clinical Cases and Evidence Base" |
| 03/2019-03/2019 | University Center for Child and Family, Ann Arbor, MI – Trainee case conference: "Media and Mental Health." |
| 01/2020-01/2020 | University of Michigan School of Communication and Media invited lecture. "Naturalistic Methods for Studying Child and Parent Media Use." |
| 01/2020-01/2020 | Michigan Privacy Symposium, University of Michigan School of Information. "Children and Technology." |
| 01/2020-01/2020 | Center for Human Growth and Development T32 seminar, "Working with the Media" |
| 05/2020-05/2020 | Michigan Medicine Department of Pediatrics Grand Rounds: "Beyond Screen Time: The Importance of Relationships, Design, and Disparities." |
| 09/2020-09/2020 | Michigan Medicine Pediatrics Residency, "Attachment and Parenting in Early Childhood" |
| 04/2021-04/2021 | Child Psychology Practicum Lecture, Department of Psychiatry, Michigan Medicine |
| 08/2023-08/2023 | Autism Bootcamp, Developmental Behavioral Pediatrics Fellowship |
| 12/2023-12/2023 | Noon conference: Strategic Science to Inform Child Policy, University of Michigan Medical School, Pediatrics, Division of Child Neurology |

## Dissertation Committees

| 01/2021-Present | Kaiwen Sun, Interactive Media and Child Development, University of Michigan, School of Information, Committee Member |
|---|---|
| 10/2021-Present | Olivia Richards, University of Michigan, School of Information, Committee Member |

**Preliminary Committee**

| | |
|---|---|
| 06/2024-Present | Cami Goray, Public perceptions of digital privacy and age assurance, University of Michigan, School of Information, Committee Member |

## Memberships in Professional Societies

| | |
|---|---|
| 2002 - 2020 | Member, Massachusetts Medical Society |
| 2007 - Present | Fellow, American Academy of Pediatrics |
| 2012 - Present | Member, Academic Pediatric Association |
| 2012 - Present | Member, Society for Developmental Behavioral Pediatrics |
| 2014 - 2016 | Member, Contextual Influences Working Group, Bridging the Word Gap National Research Network |
| 2018 - Present | Member, Society for Pediatric Research |

## Committee/Service

### International

| | |
|---|---|
| 2019 - 2023 | Board of Directors, Melissa and Doug, LLC, Board of Directors |

### National

| | |
|---|---|
| 2015 - Present | Council on Communications and Media, American Academy of Pediatrics, Member |
| 2016 | National Conference and Exhibition Peds21 Planning Committee, American Academy of Pediatrics, Other, Abstract Chairperson |
| 2017 | Council on Communications and Media, Media Visiting Professor Selection Committee, American Academy of Pediatrics, Member |
| 2018 | NICHD Strategic Planning Committee, National Institutes of Child Health and Development, Member |
| 2021 - 2023 | Council on Communications and Media, American Academy of Pediatrics, Vice Chair |
| 2023 - Present | Council on Communications and Media, American Academy of Pediatrics, Chair |
| 2023 | Interagency Task Force on Social Media and Youth Mental Health, United States Government, Other, Scientific subject matter expert |

### Regional

| | |
|---|---|
| 2016 - Present | Medical Advisory Board, Autism Alliance of Michigan, Member |
| 2017 - 2023 | Board of Directors, Child Care Network of Southeast Michigan, Secretary |
| 2019 | Flint Water Crisis Community Advisory Board, University of Michigan, Member |
| 2019 - 2020 | Autism Evaluation and Treatment Working Group, Michigan Department of Health and Human Services, Member |

### Institutional

| | |
|---|---|
| 2007 - 2010 | Residency curriculum planning committee, University of Washington/Seattle Children's Hospital, Member |
| 2008 - 2009 | Intern selection committee, University of Washington/Seattle Children's Hospital, Member |
| 2015 | Department of Pediatrics, Chair's Strategic Planning Committee, Boston University School of Medicine, Member |
| 2018 | Zero to Thrive Faculty Selection Committee, University of Michigan Medical School, Member |

| 2020 - 2022 | Admissions Interviewer, University of Michigan Medical School, Member |
| 2020 - 2023 | Department of Pediatrics Research Symposium Planning Committee, University of Michigan Medical School, Officer |
| 2023 | Health Equity Steering Committee, University of Michigan, Member |

**Departmental**

| 2022 - Present | Tenure Track Promotions Committee, University of Michigan Medical School Department of Pediatrics, Member |

## Scholarly Activities

## Presentations

**Visiting Professorship**

**Keynote**

1.   Digital Media and Parent-Child Relationships, University of Lille, 11/2019, Lille, France

**Extramural Invited Presentation**

**Keynote**

1.   AAP Council on Communications and Media Visiting Professorship, University of Illinois, Chicago, 05/2016, Chicago

2.   Digital Media and Literacy/Social-Emotional Development., Akron Children's Hospital, 05/2017, Akron, OH

3.   Commercialism is the Missing Link, Children's Screen Time Action Network, 04/2018, Boston, MA

4.   Empowering Parents in the Digital Age: Supporting Parent-Child Interactions, Denver Health (Early Childhood Lectureship), 04/2018, Denver, CO

5.   Digital Media and the Dyad, World Association of Infant Mental Health, 05/2018, Rome, Italy

6.   Digital Media and Parent-Child Interaction, Hospital for Sick Kids Infant Mental Health Program, 02/2019, Toronto, Canada

7.   (Keynote Presentations) "Practical Strategies for Addressing Digital Media in Primary Care" and "Digital Media and Early Childhood Outcomes.", University of Wisconsin - Madison, 09/2019, Madison, WI

8.   The Digital Playground, MIPJunior, 10/2020, Cannes, France (Presented virtually)

9.   Keynote Lecture: Moving Beyond "Screen Time:" Advocating for a Child-Centered Digital Environment, ACM Interaction Design and Children, 06/2021, Athens, Greece (virtual)

10.   Digital Media and Child Development: Beyond Screen Time, **Radesky J**, Slovenian Pediatric Society, 09/2022, Bled, Slovenia

11.   Stretching Beyond Your Comfort Zone: How Different Lenses and Methods Can Improve Child Health Research, **Radesky J**, Georgetown University Medical Center - Collaborative for Research and Education to Advance Children's Health, 12/2022, Washington, DC

12.   Social Media and Adolescent Mental Health, **Radesky J**, Hassenfeld Child Health Innovation Institute, 05/2023, Providence, RI

13.   Assessing and Managing the Effects of Social Media on Children, **Radesky J**, Lecture for pediatricians on social media and child mental health, Inaugural Rucola Lecture in Pediatrics, 11/2023, Chicago, IL (virtual)

14.   Digital Media and Early Childhood, **Radesky J**, Presentation to early childhood practitioners in Denmark, Danish Early Childhood Annual Conference (Smabornekonferencen), 01/2024, Nyborg, Denmark

15.   Digital Wellbeing in Early Childhood: Research Updates, **Radesky J**, Digital wellbeing advisory board keynote, Sesame Workshop, 02/2024, New York, NY

16.  Screens and Young Children: Strengths-based approaches to support early mental and relational health, **Radesky J**, New York State Early Childhood Technical Assistance Center, 05/2024, New York, NY (virtual)

17.  The 5 Cs of Media Use: Early Childhood, **Radesky J**, American Academy of Pediatrics, 05/2024, Washington, DC

18.  What Ever Happened to Children's Television?, Radesky J, International Conference on Infant Studies, 07/2024, Glasgow, Scotland

19.  Social Media and Student Mental Health, **Radesky J**, Mental Health America – New York State. 2024 Summer Academy for Mental Health, 08/2024, New York, NY (virtual)

20.  New approaches to address social media and youth mental health, **Radesky J**, American Academy of Pediatrics National Conference and Exhibition, 09/2024, Orlando, FL

21.  Healthy relationships with social media, from birth to adolescence, Radesky J, Montana Chapter AAP, 10/2024, Helena, MT

22.  Social Media and Adolescent Mental Health, **Radesky J**, Vermont Child Health Improvement Program, 10/2024, Burlington, VT

**Speaker**

1.  Digital Media and Parent-Child Interaction., Reach Out and Read, 05/2017, Denver, CO

2.  A Pediatric Perspective on the Impact of Early Media Exposure, National Institute of Child Health and Development, 01/2018, Bethesda, MD

3.  Differences in parent-toddler interactions when reading electronic versus print books, Reach Out and Read National Leadership Conference, 05/2018, Cincinnati, OH

4.  Digital Media and Parent-Child Interaction, University of California - San Francisco Department of Pediatrics Grand Rounds, 06/2018, San Francisco, CA

5.  Parent Technology Use and Parent-Child Interaction, Digitaler Alltag mit Kindren (Digital Everyday Life with Children) conference, Universitats-Kinderspital, 08/2018, Zurich, Switzerland

6.  Parent Technology Use and Parent-Child Interaction, Public Health Ontario - Infant Mental Health, 10/2018, Ontario, Canada

7.  How Early Childhood Programs Can Support Media Literacy Education, National Leadership Forum, Alliance for Media Literacy in Early Childhood. Erikson Institute, 01/2019, Chicago, IL

8.  Screen Media Best Practices: Integrating Media Guidance into Parent-Child Work, ZERO TO THREE, 10/2019, Fort Lauderdale, FL

9.  The Digital Playground: App Design, Data Collection, and Policy Implications, U.S. Federal Trade Commission COPPA Workshop, 10/2019, Washington, DC

10.  Early use of old (and new) Media and Children's Cognitive Development., University of California - San Diego Department of Pediatrics (Welsh Lectureship), 01/2020, San Diego, CA

11.  Digital Media and Parent-Child Interaction, Connecticut Children's Hospital Grant Rounds, 04/2020, Hartford, CT

12.  How Digital Media are Shaping Children's Relationships with Parents and the World, ZERO TO THREE Board of Directors Annual Meeting, 05/2020, Washington, DC

13.  Advocating for Children's Digital Environments, Reach Out and Read, 06/2020, Webinar

14.  Digital Media, Parent-Child Interaction, and Social-emotional Development, Mind HK (Hong Kong Mental Health Conference), 11/2020, Hong Kong (virtual)

15.  Advertising and Children, Institute for Digital Media and Child Development, 11/2020, New York, NY (virtual)

16.  Demystifying Digital Design and its Impact on Parent-Child Interaction, ZERO TO THREE New York, 01/2021, New York, NY (virtual)

17.  Families and Digital Media Use During COVID-19, Connecticut Children's Hospital, 03/2021, Hartford, CT

18. "Optimal Defaults" in Children's Digital Spaces: Relevance for Policy, Research, and Clinical Guidance, Children's Hospital of Philadelphia Grand Rounds, 04/2021, Philadelphia, PA

19. The Science Behind Why Pediatricians Prescribe Play, US Play Coalition National Conference, 04/2021, Virtual

20. The Digital Environment and Child Development: Sorting Facts from Fears, Pediatric Academic Societies, 05/2021, Virtual

21. The role of design and monetization in media's effect on child wellbeing, **Radesky J**, National Academy of Science, 02/2023, Washington, DC (virtual)

22. Strategic Science for Child Technology Policy, **Radesky J**, Designed with Kids in Mind Advocacy Coalition, 02/2023, Washington, DC

23. Spokesperson Training: Social Media and Mental Health, **Radesky J**, Training for AAP spokespeople, American Academy of Pediatrics, 08/2023, Washington, DC (virtual)

24. Social Media and Mental Health in Children and Adolescents, **Radesky J**, Training for pediatricians and mental health professionals, North Dakota Child Psychiatry Access Program, 09/2023, North Dakota, US (virtual)

25. Important Concepts in Social Media and Youth Mental Health, **Radesky J**, AAP COCM H-session, American Academy of Pediatrics, 10/2023, Washington, DC

26. Digital Media, Causality, and Mental Health, **Radesky J**, Invited workshop on social media, child wellbeing, and the law, Columbia Knight First Amendment Institute, 01/2024, New York, NY

27. The Evidence Base for Child Technology Regulation, **Radesky J**, Training for AAP leaders, American Academy of Pediatrics, 03/2024, Washington, DC (virtual)

28. Beyond Screen Time: Researching Child media Use Through Relational and Design Lenses, Radesky J, New York University, 05/2024, New York, NY (virtual)

29. Social Media and Youth Mental Health, **Radesky J**, Ascension Hospital Pediatric Grand Rounds, 06/2024, New Jersey (virtual)

30. Child Development in a Virtual World, **Radesky J**, National Academies of Science Engineering and Medicine, 09/2024, Washington, DC (virtual)

31. Social Media and Youth Mental Health, Radesky J, Tecnologico de Monterrey Medical School, 11/2024, Monterrey, Mexico (virtual)

**Panel**

1. Children and Technology, Common Sense Media, 02/2018, Washington, DC

2. What do children understand about IoT, and how are they vulnerable?, IoT of Toys Conference - Developing a US-EU Public Interest Strategy, 02/2018, Washington, DC

3. Hooked on Tech?, Family Online Safety Institute, 11/2018, Washington, DC

4. Senate Roundtable: Children and Media Research Advancement Act, United States Senate, 02/2019, Washington, DC

5. NSFK: Getting to Quality Content, Common Sense Media, 05/2019, Mountain View, CA

6. Mobile and Interactive Media Use by Children: Design and Policy Implications, Seton Hall Law School Privacy Conference, 11/2019, Newark, NJ

7. House of Representatives Round Table regarding the Children and Media Research Advancement Act, United States House of Representatives, 05/2020, Washington, DC

8. Thinking Beyond Screen Time: Developmental Processes and Design, New York Academy of Sciences, 07/2020, New York, NY (webinar)

9. How Do Dark Patterns Target Kids and Teens?, Federal Trade Commission Workshop on Dark Patterns in Technology Design, 04/2021, Washington, DC

10. Children with Special Needs During COVID-19, New York University, 05/2021, Virtual

11. Stealth Advertising and Children: Developmental Considerations, **Radesky J**, U.S. Federal Trade Commission, 10/2022, Washington, DC (virtual)

12.   Roundtable with Surgeon General Vivek Murthy regarding Social Media and Youth Mental Health, **Radesky J**, U.S. Surgeon General's Office, 03/2023, Washington, DC (virtual)

13.   New York Child Mental Health Summit: Keynote Panel on Youth and Social Media, **Radesky J**, New York State Governor's Office, 06/2023, New York, NY

14.   Children and Social Media, **Radesky J**, Children's Health Fund, 07/2023, New York, NY (virtual)

15.   Parenting and Media, **Radesky J**, Research presentation on parent-child relationships and media, Children and Screens: Institute for Digital Media and Child Development, 09/2023, Washington, DC

16.   Commercialism and Childhood, **Radesky J**, Presentation on commercial influences in media, Children and Screens: Institute for Digital Media and Child Development, 09/2023, Washington, DC

17.   Commercial Determinants of Child Health, **Radesky J**, Annual PRISM Social Media Research Conference, PRISM Institute, University of California San Francisco, 12/2023, San Francisco, CA

18.   SAMHSA Mental Health Conference: School mental health panel, **Radesky J**, Substance Use and Mental Health Services Administration, 05/2024, Washington, DC

### Seminar

1.   Digital Media and Parent-Child Interaction, Georgetown University Developmental Science Colloquia, 04/2018, Washington, DC

2.   Youth-centered approaches to researching media and child wellbeing, **Radesky J**, National Institutes of Mental Health Director's Innovation Speaker Series, 11/2024, Bethesda, MD

### Intramural Invited Presentation

### Keynote

1.   Promoting Mental Wellbeing and Healthy Relationships with Social Media, **Radesky J**, University of Michigan Fundamentals of Nursing Conference, 05/2024, Ann Arbor, MI

### Panel

1.   Enhancing Your National Reputation, Michigan Medicine, Faculty Development, 09/2023, Ann Arbor, Michigan

## Publications/Scholarship

(Co-First Author *; Corresponding author **; Co-Last author ***)

## Peer-Reviewed

### Journal Article

1.   Danet M, Miller A, Weeks H, Kaciroti NA, **Radesky J**: Children aged 3-4 years were more likely to be given mobile devices for calming purposes if they had weaker overall executive functioning. *Acta Paediatrica*.111(7): 1383-1389, PM35238076

2.   Suh B, Kirkorian H, Kucher S, Barr R, Torres C, **Radesky J**: Measuring Parents' Regulatory Media Use for Themselves and Their Children. *Frontiers in Developmental Psychology*. ,(In Press)

3.   Sun K, Gelman S, **Radesky J**, Yip J, Schaub F: "Why is Everything in the Cloud?":Co-Designing Visual Cues Representing Data Processes with Children. *Interaction Design for Children*. ,(In Press)

4.   Baughan A, Alsabeh D, **Radesky J**, Rich M, Hiniker A: Investigating Attention and Normative Dissociation in Children's Online Social Games. *Interaction Design for Children*. ,(In Press)

5.   Oken E, Ning Y, Rifas-Shiman SL, **Radesky JS**, Rich-Edwards JW, Gillman MW: Associations of physical activity and inactivity before and during pregnancy with glucose tolerance. *Obstet Gynecol*.108(5): 1200-1207, 11/2006. PM17077243

6.   **Radesky JS**, Oken E, Rifas-Shiman SL, Kleinman KP, Rich-Edwards JW, Gillman MW: Diet during early pregnancy and development of gestational diabetes. *Paediatr Perinat Epidemiol*.22(1): 47-59, 01/2008. PM18173784

7.    Oken E, **Radesky JS**, Wright RO, Bellinger DC, Amarasiriwardena CJ, Kleinman KP, Hu H, Gillman MW: Maternal fish intake during pregnancy, blood mercury levels, and child cognition at age 3 years in a US cohort. *Am J Epidemiol*.167(10): 1171-1181, 05/2008. PM18353804

8.    Johnson L, **Radesky J**, Zuckerman B: Cross-cultural parenting: reflections on autonomy and interdependence. *Pediatrics*.131(4): 631-633, 04/2013. PM23509169

9.    **Radesky JS**, Zuckerman B, Silverstein M, Rivara FP, Barr M, Taylor JA, Lengua LJ, Barr RG: Inconsolable infant crying and maternal postpartum depressive symptoms. *Pediatrics*.131(6): e1857-e1864, 06/2013. PM23650295

10.    Kistin CJ, **Radesky J**, Diaz-Linhart Y, Tompson MC, O'Connor E, Silverstein M: A qualitative study of parenting stress, coping, and discipline approaches among low-income traumatized mothers. *J Dev Behav Pediatr*.35(3): 189-196, 04/2014. PM24633062

11.    **Radesky JS**, Kistin CJ, Zuckerman B, Nitzberg K, Gross J, Kaplan-Sanoff M, Augustyn M, Silverstein M: Patterns of mobile device use by caregivers and children during meals in fast food restaurants. *Pediatrics*.133(4): e843-e849, 04/2014. PM24616357

12.    **Radesky JS**, Silverstein M, Zuckerman B, Christakis DA: Infant self-regulation and early childhood media exposure. *Pediatrics*.133(5): e1172-e1178, 05/2014. PM24733868

13.    **Radesky JS**: The social-ecological context of media use and school success. *J Pediatr (Rio J)*.91(4): 318-319, 01/2015. PM25976266

14.    **Radesky JS**, Schumacher J, Zuckerman B: Mobile and interactive media use by young children: the good, the bad, and the unknown. *Pediatrics*.135(1): 1-3, 01/2015. PM25548323

15.    **Radesky JS**, Kistin C, Eisenberg S, Gross J, Block G, Zuckerman B, Silverstein M: Parent Perspectives on Their Mobile Technology Use: The Excitement and Exhaustion of Parenting While Connected. *J Dev Behav Pediatr*.37(9): 694-701, 01/2016. PM27802256

16.    **Radesky JS**, Peacock-Chambers E, Zuckerman B, Silverstein M: Use of Mobile Technology to Calm Upset Children: Associations With Social-Emotional Development. *JAMA Pediatr*.170(4): 397-399, 04/2016. PM26928293

17.    **Radesky JS**, Carta J, Bair-Merritt M: The 30 Million-Word Gap: Relevance for Pediatrics. *JAMA Pediatr*.170(9): 825-826, 09/2016. PM27379489

18.    **Radesky JS**, Christakis DA: Increased Screen Time: Implications for Early Childhood Development and Behavior. *Pediatr Clin North Am*.63(5): 827-839, 10/2016. PM27565361

19.    Reid Chassiakos YL, **Radesky J**, Christakis D, Moreno MA, Cross C, COUNCIL ON COMMUNICATIONS AND MEDIA: Children and Adolescents and Digital Media. *Pediatrics*.138(5)11/2016. PM27940795

20.    COUNCIL ON COMMUNICATIONS AND MEDIA: Media Use in School-Aged Children and Adolescents. *Pediatrics*.138(5)11/2016. PM27940794

21.    COUNCIL ON COMMUNICATIONS AND MEDIA: Media and Young Minds. *Pediatrics*.138 (5)11/2016. PM27940793

22.    **Radesky JS**, Eisenberg S, Kistin CJ, Gross J, Block G, Zuckerman B, Silverstein M: Overstimulated Consumers or Next-Generation Learners? Parent Tensions About Child Mobile Technology Use. *Ann Fam Med*.14(6): 503-508, 11/2016. PM28376436

23.    Peacock-Chambers E, **Radesky JS**, Parker SE, Zuckerman B, Lumeng JC, Silverstein M: Infant Regulatory Problems and Obesity in Early Childhood. *Acad Pediatr*.17(5): 523-528, 07/2017. PM28669453

24.    Coyne SM, **Radesky J**, Collier KM, Gentile DA, Linder JR, Nathanson AI, Rasmussen EE, Reich SM, Rogers J: Parenting and Digital Media. *Pediatrics*.140(Suppl 2): S112-S116, 11/2017. PM29093044

25.    **Radesky JS**, Leung C, Appugliese D, Miller AL, Lumeng JC, Rosenblum KL: Maternal mental representations of the child and mobile phone use during parent-child mealtimes. *Journal of Developmental Behavioral Pediatrics*.39(4)01/2018

26.    McDaniel BT, **Radesky JS**: Technoference: Parent Distraction With Technology and Associations With Child Behavior Problems. *Child Dev*.89(1): 100-109, 01/2018. PM28493400

27. Cliff DP, Howard SJ, **Radesky JS**, McNeill J, Vella SA: Early Childhood Media Exposure and Self-Regulation: Bidirectional Longitudinal Associations. *Acad Pediatr*.18(7): 813-819, 01/2018. PM29704999

28. **Radesky J**, Leung C, Appugliese D, Miller AL, Lumeng JC, Rosenblum KL: Maternal Mental Representations of the Child and Mobile Phone Use During Parent-Child Mealtimes. *J Dev Behav Pediatr*.39(4): 310-317, 05/2018. PM29485515

29. Munzer TG, Miller AL, Peterson KE, Brophy-Herb HE, Horodynski MA, Contreras D, Sturza J, Lumeng JC, **Radesky J**: Media Exposure in Low-Income Preschool-Aged Children Is Associated with Multiple Measures of Self-Regulatory Behavior. *J Dev Behav Pediatr*.39(4): 303-309, 05/2018. PM29538186

30. McDaniel BT, **Radesky JS**: Technoference: longitudinal associations between parent technology use, parenting stress, and child behavior problems. *Pediatr Res*.84(2): 210-218, 08/2018. PM29895837

31. Yogman M, Garner A, Hutchinson J, Hirsh-Pasek K, Golinkoff RM, COMMITTEE ON PSYCHOSOCIAL ASPECTS OF CHILD AND FAM, COUNCIL ON COMMUNICATIONS AND MEDIA: The Power of Play: A Pediatric Role in Enhancing Development in Young Children. *Pediatrics*.142(3)09/2018. PM30126932

32. **Radesky J**, Moreno MA: How to Consider Screen Time Limits…for Parents. *JAMA Pediatr*.172(10): 996, 10/2018. PM30177990

33. Domoff SE, **Radesky JS**, Harrison K, Riley H, Lumeng JC, Miller AL: A Naturalistic Study of Child and Family Screen Media and Mobile Device Use. *J Child Fam Stud*.28(2): 401-410, 02/2019. PM31105418

34. Hiniker A, **Radesky JS**, Livingstone S, Blum-Ross A: Moving Beyond" The Great Screen Time Debate" in the Design of Technology for Children. *Extended Abstracts of the 2019 CHI Conference on Human Factors in Computing Systems*.n/a: 1-6, 05/2019

35. Lane R, **Radesky J**: Digital Media and Autism Spectrum Disorders: Review of Evidence, Theoretical Concerns, and Opportunities for Intervention. *J Dev Behav Pediatr*.40(5): 364-368, 06/2019. PM30973425

36. Munzer TG, Miller AL, Weeks HM, Kaciroti N, **Radesky J**: Parent-Toddler Social Reciprocity During Reading From Electronic Tablets vs Print Books. *JAMA Pediatr*.173(11): 1076-1083, 11/2019. PM31566689

37. Barr R, Kirkorian H, **Radesky J**, Coyne S, Nichols D, Blanchfield O, Rusnak S, Stockdale L, Ribner A, Durnez J, Epstein M, Heimann M, Koch F-S, Sundqvist A, Birberg-Thornberg U, Konrad C, Slussareff M, Bus A, Bellagamba F, Fitzpatrick C: Beyond Screen Time: A Synergistic Approach to a More Comprehensive Assessment of Family Media Exposure During Early Childhood. *Front Psychol*.11: 1283, 01/2020. PM32754078

38. **Radesky J**, Chassiakos YL R, Ameenuddin N, Navsaria D, COUNCIL ON COMMUNICATION AND MEDIA: Digital Advertising to Children. *Pediatrics*.146(1)07/2020. PM32571990

39. **Radesky JS**, Weeks HM, Ball R, Schaller A, Yeo S, Durnez J, Tamayo-Rios M, Epstein M, Kirkorian H, Coyne S, Barr R: Young Children's Use of Smartphones and Tablets. *Pediatrics*.146(1)07/2020. PM32482771

40. Kiefner-Burmeister A, Domoff S, **Radesky J**: Feeding in the Digital Age: An Observational Analysis of Mobile Device Use during Family Meals at Fast Food Restaurants in Italy. *Int J Environ Res Public Health*.17(17)08/2020. PM32825541

41. Domoff SE, Borgen AL, **Radesky JS**: Interactional theory of childhood problematic media use. *Human Behavior and Emerging Technologies*.2(4)10/2020. PM36381426

42. Zhao F, Egelman S, Weeks HM, Kaciroti N, Miller AL, **Radesky JS**: Data Collection Practices of Mobile Applications Played by Preschool-Aged Children. *JAMA Pediatr*.174(12): e203345, 12/2020. PM32897299

43. Torres C, **Radesky JS**, Levitt KJ, McDaniel BT: Is it fair to simply tell parents to use their phones less? A qualitative analysis of parent phone use. *Acta Paediatrica*.110: 2594-2596, 04/2021. PM33905125

44. Yeo SL, Schaller A, Robb MB, **Radesky JS**: Frequency and Duration of Advertising on Popular Child-Directed Channels on a Video-Sharing Platform. *JAMA Netw Open*.4(5): e219890, 05/2021. PM33983402

45. Sun K, **Radesky JS**, Gelman S, Sugatan C, Schaub F: They see you're a girl if you pick a pink robot with a skirt": How Children Conceptualize Data Processing and Digital Privacy Risks. *Proceedings of the 2021 CHI Conference on Human Factors in Computing Systems*.2021: 1-34, 05/2021

46. **Radesky JS**: Establishing Early Literacy Habits in a Profit-Driven Digital World. *Pediatrics*.147 (6)06/2021. PM34031230

47. Hiniker A, Wang A, Tran J, Zhang M, **Radesky J**, Sobel K, Hong S: Can Conversational Agents Change the Way Children Talk to People?. *Proceedings of Interaction Design and Children Conference 2021*.2021: 338-349, 06/2021

48. DeHudy A, **Radesky J**, Schellpfeffer N, Ambrose M, Hashikawa AN: Exploring Camp Policies and Leadership Opinions on Digital Media Use in Camps. *Journal of Youth Development*.16(4): 88-102, 10/2021

49. Sun K, Zou Y, **Radesky J**, Brooks C, Schaub F: Child Safety in the Smart Home: Parents' Perceptions, Needs, and Mitigation Strategies. *Proceedings of the ACM on Human-Computer Interaction*.5 (CSCW2)10/2021

50. Munzer TG, Miller AL, Yeo S, Wang Y, McCaffery H, Kaciroti N, **Radesky J**: Parent Verbalizations and Toddler Responses With Touchscreen Tablet Nursery Rhyme Apps. *Pediatrics*.148(6)12/2021. PM34841433

51. **Radesky J**, Hiniker A: From Moral Panic to Systemic Change: Making Child-Centered Design the Default. *Int J Child Comput Interact*.3103/2022. PM35340408

52. **Radesky JS**, Seyfried JL, Weeks HM, Kaciroti N, Miller AL: Video-Sharing Platform Viewing Among Preschool-Aged Children: Differences by Child Characteristics and Contextual Factors. *Cyberpsychol Behav Soc Netw*.25(4): 230-236, 04/2022. PM35426731

53. Levitt KJ, Munzer T, Torres C, Schaller A, McCaffery H, **Radesky JS**: Remote and Hybrid Schooling During COVID-19: Associations with Child Behavior and Sleep. *J Dev Behav Pediatr*.43(5): e288-e295, 06/2022. PM35583945

54. **Radesky J**, Hiniker A, McLaren C, Akgun E, Schaller A, Weeks HM, Campbell S, Gearhardt AN: Prevalence and Characteristics of Manipulative Design in Mobile Applications Used by Children. *JAMA Netw Open*.5(6): e2217641, 06/2022. PM35713902

55. Meyer MF, Broman AT, Gnadt SE, Sharma S, Antony KM: A standardized post-cesarean analgesia regimen reduces postpartum opioid use. *J Matern Fetal Neonatal Med*.35(25): 8267-8274, 12/2022. PM34445918

56. Munzer T, Torres C, Domoff SE, Levitt KJ, McCaffery H, Schaller A, **Radesky JS**: Child Media Use During COVID-19: Associations with Contextual and Social-Emotional Factors. *J Dev Behav Pediatr*.43(9): e573-e580, 12/2022. PM36106745

57. **Radesky JS**, Kaciroti N, Weeks HM, Schaller A, Miller AL: Longitudinal Associations Between Use of Mobile Devices for Calming and Emotional Reactivity and Executive Functioning in Children Aged 3 to 5 Years. *JAMA Pediatr*.177(1): 62-70, 01/2023. PM36508199

58. Hamp N, DeHaan SL, Cerf CM, **Radesky JS**: Primary Care Pediatricians' Perspectives on Autism Care. *Pediatrics*.151(1)01/2023. PM36550067

59. Kucirkova NI, Livingstone S, **Radesky JS**: Faulty screen time measures hamper national policies: here is a way to address it. *Front Psychol*.14: 1243396, 01/2023. PM37575444

60. Gale M, Shawcroft J, Coyne SM, Brown S, **Radesky J**: McDonalds, Mom, Media, and Me: An Observational Study of Parent and Adolescent Media Use During Public Family Mealtime. *Translational Issues in Psychological Science*.9(3): 216-227, 01/2023

61. Moreno MA, **Radesky J**: Putting Forward a New Narrative for Adolescent Media: The American Academy of Pediatrics Center of Excellence on Social Media and Youth Mental Health. *J Adolesc Health*.73 (2): 227-229, 08/2023. PM37227337

62. McDaniel BT, Pater J, Cornet V, Mughal S, Reining L, Schaller A, **Radesky J**, Drouin M: Parents' Desire to Change Phone Use: Associations with Objective Smartphone Use and Feelings About Problematic Use and Distraction. *Comput Human Behav*.14811/2023. PM37842187

63. **Radesky J**: AI, Parenting, and Child Development. *J Dev Behav Pediatr*.45(1): e2-e3, 01/2024. PM38347670

64. Kucirkova N, Livingstone S, **Radesky J**: Advancing the understanding of children's digital engagement: responsive methodologies and ethical considerations in psychological research. *Front Psychol*.15: 1285302, 01/2024. PM38716271

65.    Griffith SF, Hart KC, Casanova SM, Goodman AC, **Radesky JS**, Forehand R, Bagner DM: Promoting Healthy Screen Media Use in Young Children With Externalizing Behavior Problems Through an Adapted Parenting Intervention: Results of an Open Trial. *Cognitive and Behavioral Practice*.01/2024

66.    McDaniel BT, Uva S, Pater J, Cornet V, Drouin M, **Radesky J**: Daily smartphone use predicts parent depressive symptoms, but parents' perceptions of responsiveness to their child moderate this effect. *Front Dev Psychol*.201/2024. PM39391205

67.    McDaniel BT, **Radesky J**, Pater J, Galovan AM, Harrison A, Cornet V, Reining L, Schaller A, Drouin M: Heavy users, mobile gamers, and social networkers: Patterns of objective smartphone use in parents of infants and associations with parent depression, sleep, parenting, and problematic phone use. *Hum Behav Emerg Technol*.2024(1)01/2024. PM39483684

68.    Sun K, Li J, Zou Y, **Radesky J**, Brooks C, Schaub F: Unfulfilled Promises of Child Safety and Privacy: Portrayals and Use of Children in Smart Home Marketing. *Proceedings of the ACM on Human-Computer Interaction*.8(CSCW1)04/2024

69.    **Radesky J**, Bridgewater E, Black S, O'Neil A, Sun Y, Schaller A, Weeks HM, Campbell SW: Algorithmic Content Recommendations on a Video-Sharing Platform Used by Children. *JAMA Netw Open*.7 (5): e2413855, 05/2024. PM38809550

70.    Torres C, Schaller A, Munzer T, Levitt KJ, **Radesky JS**: Experience of Children With Special Education Needs During COVID-19. *Journal of Developmental and Behavioral Pediatrics*.45(3): e251-e256, 05/2024

71.    Munzer TG, Miller AL, Weeks HM, Kaciroti N, **Radesky J**: Greater mobile device-prompted phone pickups are associated with daily parent stress. *Acta Paediatr*.113(8): 1868-1875, 08/2024. PM38698532

72.    Moreno MA, **Radesky JS**: Benefits and Harms of Proposed Social Media Legislation. *JAMA Pediatr*.178(9): 857-858, 09/2024. PM39037793

73.    **Radesky JS**, Weeks HM, McCaffery H, Kaciroti N, Lumeng JC, Miller AL: Maternal Mobile Device Use and Mealtime Interactions With Children. *J Dev Behav Pediatr*.10/2024. PM39377734

## Books

1.    Barr R, Kirkorian H, Coyne S, **Radesky J**. *Early Childhood and the Digital World*. Cambridge University Press, Cambridge, (In Press)

2.    **Radesky JS**, Kistin CE. *Dixon and Stein's Encounters With Children, 5th Ed*. 5, Elselvier, Amsterdam, Netherlands, (2024)

## Chapters

1.    **Radesky JS**, Zuckerman B: Preventing Early Infant Sleep and Crying Problems and Postnatal Depression. In Cabana MD *2015 Year Book of Pediatrics*.,Elsevier, Philadelphia, PA, (2015)

2.    **Radesky J**, Kucirkova N: Digital media and young children's learning: How early is too early and why? Review of research on 0–2-year-olds.. In Sheehy K, Holliman A Ed. *Education and New Technologies*,Routledge, Oxford UK, (2017)

3.    **Radesky JS**, Zuckerman B: Learning from apps in the home: Parents and play.. In Kucirkova N *Apps, Technology, and Younger Learners*.,Routledge, Oxford UK, (2017)

4.    Chassiakos YL R, **Radesky J**, Dimitri C, Moreno MA, Cross C: Children and Adolescents and Digital Media. *Pediatric Clinical Practice Guidelines & Policies*,American Academy of Pediatrics (AAP), (2017), 567 -584

5.    **Radesky JS**: Digital Media. In Augustyn M, Zuckerman B Ed. *Zuckerman Parker Handbook of Developmental Behavioral Pediatrics*.,Wolters Kluwer, (2018)

6.    **Radesky JS**, Domoff S: Mobile Media and Parenting.. In Hobbs R, Mihailidis P Ed. *The International Encyclopedia of Media Literacy*.,Wiley-Blackwell, (2019)

7.    **Radesky JS**: Mobile Media and Parent-Child Interaction. In Donohue C *Exploring key issues in early childhood and technology: Evolving perspectives and innovative approaches*.,Routledge, (2019)

8.    **Radesky J**: Should we give different media guidance for young children with ADHD, autism?. *Pediatric Collections: Autism Spectrum Disorder*,American Academy of Pediatrics (AAP), (2020), 372-373

9. **Radesky JS**, Rosenblum K: A relationship-based framework for early childhood media use. *Contemporary Issues in Perinatal Education: Knowledge into Practice*,(2022), 188-197

## Software / Apps

1. **Radesky J**, Tomopoulos S, Moreno M. American Academy of Pediatrics Family Media Plan. Update of American Academy of Pediatrics Family Media Plan, an evidence-informed resource for families. 07/2022

## Non-Peer Reviewed

### Case Reports

1. **Radesky JS**, Sugar NF: Femur fracture in an infant. *BMJ*.338: b1583, 05/2009. PM19439767

2. **Radesky J**, Reddy A, Steiner N, Augustyn M: "When the prescription pad is not enough": attention-deficit hyperactivity disorder management 2.0. *J Dev Behav Pediatr*.34(2): 138-140, 02/2013. PM23369960

3. Radesky J, Reddy A, Steiner N, Augustyn M: "When the Prescription Pad Is Not Enough": Attention-Deficit Hyperactivity Disorder Management 2.0. *J Dev Behav Pediatr*.38 Suppl 1: S32-S34, 01/2017. PM28141715

4. Herzig L, de Lacy N, Capone G, **Radesky J**: Intellectual Disability and Psychotropic Medications. *J Dev Behav Pediatr*.39(7): 591-593, 09/2018. PM30134288

5. Fogler J, Kuhn J, Prock L, **Radesky J**, Gonzalez-Heydrich J: Diagnostic Uncertainty in a Complex Young Man: Autism Versus Psychosis. *J Dev Behav Pediatr*.40(1): 72-74, 01/2019. PM30601773

6. Quist M, Chopp D, Wilson CM, **Radesky J**: Ineffective Homeschooling in a Child with a Learning Disability. *J Dev Behav Pediatr*.40(2): 152-153, 01/2019. PM30648985

7. Fogler JM, Stein D, Barbaresi WJ, Bridgemohan C, Steinbauer-Schütz A, Dirmhirn A, Holzinger D, **Radesky J**, Fellinger J: High-Functioning Autism, Severe Anxiety, and Bullying in a 26 Year Old. *J Dev Behav Pediatr*.40(4): 312-314, 05/2019. PM31008802

### Commentary on Website

1. **Radesky JS**: PBS Parents Blog, 01/2018

2. **Radesky JS**: The Stuck Inside Guide Blog, 01/2020. ,https://www.melissaanddoug.com/blogpost/?postId=our-best-play-ideas-for-when-kids-are-stuck-at-home

### Comparative Study

1. Kleinman KP, Oken E, **Radesky JS**, Rich-Edwards JW, Peterson KE, Gillman MW: How should gestational weight gain be assessed? A comparison of existing methods and a novel method, area under the weight gain curve. *Int J Epidemiol*.36(6): 1275-1282, 12/2007. PM17715174

### Editorial

1. **Radesky JS**, Christakis DA: Keeping Children's Attention: The Problem With Bells and Whistles. *JAMA Pediatr*.170(2): 112-113, 02/2016. PM26720712

2. Silverstein M, **Radesky J**: Embrace the Complexity: The US Preventive Services Task Force Recommendation on Screening for Autism Spectrum Disorder. *JAMA*.315(7): 661-662, 02/2016. PM26881368

3. Erkoboni D, **Radesky J**: The Elephant in the Examination Room: Addressing Parent and Child Mobile Device Use as a Teachable Moment. *J Pediatr*.198: 5-6, 07/2018. PM29936972

4. **Radesky J**: Digital Media and Symptoms of Attention-Deficit/Hyperactivity Disorder in Adolescents. *JAMA*.320(3): 237-239, 07/2018. PM30027231

5. **Radesky JS**: Smartphones and Children: Relationships, Regulation, and Reasoning. *Cyberpsychol Behav Soc Netw*.23(6): 361-362, 06/2020. PM32511012

6. **Radesky JS**: Young children's online-offline balance. *Acta Paediatr*.110(3): 748-749, 03/2021. PM33200422

**Interview**

1.   **Radesky JS**, Rosenblum K, Cousino M, Marcus S: Thrive With Your Family Webinar, 01/2020. ,https://www.mottchildren.org/thrive-with-your-family

2.   **Radesky JS**, Tribble A, Marcus S: Back2School Facebook Live, 01/2020

**Letter**

1.   Yuan N, Weeks HM, Ball R, Newman MW, Chang Y-J, **Radesky JS**: How much do parents actually use their smartphones? Pilot study comparing self-report to passive sensing. *Pediatr Res.*86(4): 416-418, 10/2019. PM31195401

**Note**

1.   Oken E, **Radesky JS**, Wright RO, Bellinger DC, Amarasiriwardena CJ, Kleinman KP, Hu H, Gillman MW: Maternal fish intake during pregnancy, blood mercury levels, and child cognition at age 3 years in a US cohort. *Obstetrical and Gynecological Survey*.63(9): 557-558, 09/2008

**Other**

1.   Henderson D, Bailes T, Sturza J, Robb MB, **Radesky JS**, Munzer TG**: YouTube for young children: what are infants and toddlers watching on the most popular video-sharing app?. *Frontiers in Developmental Psychology*.2: 1335922

2.   **Radesky JS**, Schaller A, Yeo SL, Weeks HM, Robb MB: Young kids and YouTube: How ads, toys, and games dominate viewing, 01/2020. ,https://www.commonsensemedia.org/sites/default/files/research/report/2020_youngkidsyoutube-report_final-release_forweb_1.pdf

**Patient Education Material**

1.   **Radesky JS**, Schaller A, Yeo SL, Robb MB: How to be a YouTube Sleuth, 01/2020

**Video**

1.   Albright D, Malas N, Cousino M, **Radesky J**: Thrive with your Family: Episode 5- Children with Chronic Illness During the Pandemic, 05/2020. ,https://www.youtube.com/watch?v=xAh3-ZGURCA

## Abstract/Posters

1.   Ogur BR, Hirsh D, Baumer N, Casey C, Epstein J, Foster D, Himes N, **Radesky J**, Siegel J, Wright J, Bor DH: Tales of the Cambridge integrated clerkship, *JOURNAL OF GENERAL INTERNAL MEDICINE*.20, : 36-37, 2005

2.   Ogur B, Baumer N, Casey C, Graubard M, Podgurski L, **Radesky J**, Siegel J, Tang M, Gutterson WA, Hirsh D: Themes of longitudinal learning, *JOURNAL OF GENERAL INTERNAL MEDICINE*.22, : 190-191, 2007

3.   **Radesky JS**, Zuckerman B, Silverstein M, Rivara FP, Barr M, Taylor J, Lengua LJ, Barr RG: Unsoothable infant crying and maternal postpartum depression, Oral Presentation, Pediatric Academic Societies Annual Meeting, Boston, MA, 2012

4.   **Radesky JS**, Silverstein M, Zuckerman B, Christakis DA: Behavioral antecedents of early media exposure, Oral Presentation, Pediatric Academic Societies Annual Meeting, Washington, DC, 2013

5.   **Radesky JS**, Zuckerman B, Silverstein M: Are infants with self-regulation problems differentially susceptible to early parenting?, Oral Presentation, Pediatric Academic Societies Annual Meeting, Vancouver, BC Canada, 2014

6.   **Radesky JS**, Kistin CJ, Zuckerman B, Nitzberg K, Gross J, Kaplan-Sanoff M, Augustyn M, Silverstein M: Patterns of mobile device use by caregivers and young children during fast food meals, Oral Presentation, Pediatric Academic Societies Annual Meeting, Vancouver, BC Canada, 2014

7.   **Radesky JS**, Miller AL, Rosenblum KL, Chen Y, Kaciroti N, Lumeng J: Maternal mobile device use during a parent-child interaction task, Oral Presentation, Pediatric Academic Societies Annual Meeting, Vancouver, BC Canada, 2014

8.    **Radesky JS**, Eisenberg S, Kistin C, Zuckerman B, Silverstein M: Parent views regarding mobile device use by young children: Implications for anticipatory guidance, <u>Oral Presentation</u>, Pediatric Academic Societies Annual Meeting, San Diego, CA, 2015

9.    **Radesky JS**, Domoff S, Sturza J, Lumeng J, Miller A: Modifiers of parent-child interaction during digital media use, <u>Oral Presentation</u>, Pediatric Academic Societies Annual Meeting, Baltimore, MD, 2016

10.    McDaniel B, **Radesky JS**: Technology interference in parent-child activities: Bidirectional associations with internalizing and externalizing child behavior, Poster, Society for Research in Child Development Special Topics Meeting, Irvine, CA, 2016

11.    Munzer T, **Radesky JS**: Preschooler screen media use is associated with multiple measures of self-regulation, Poster, Pediatric Academic Societies, San Francisco CA, 2017

12.    DeHudy A, Hashikawa AN, Ambrose M, **Radesky J**: Unplugging and Learning: Benefits and drawbacks of digital media use while at summer camp, Poster, Pediatric Academic Societies Annual Meeting, Toronto, CA, 2018

13.    **Radesky JS**, Weeks H, Yuan N, Ho T, Chung S, Newman M: How do parents of young children use their smartphones? Implications for parent-child interaction, <u>Oral Presentation</u>, American Psychological Association Mind, Tech, & Society Conference, Washington DC, 2018

14.    Munzer T, Miller A, Weeks H, Kaciroti N, Lumeng J, **Radesky J**: Parent-toddler reading engagement differs when reading electronic versus print books, <u>Oral Presentation</u>, Pediatric Academic Societies, Toronto, Canada, 2018

15.    Erkoboni D, Caputo C, **Radesky J**: Defining Clinician-Librarian Partnerships to Promote Constructive Digital Media Use for At-risk Youth, Poster, Pediatric Academic Societies, Toronto, Canada, 2018

16.    Hiniker A, Lee B, Kientz JA, **Radesky JS**: Let's Play! Digital and Analog Play between Preschoolers and Parents, <u>Oral Presentation</u>, CHI: Computer-Human Interaction, Montreal, Canada, 2018, *Proceedings of the 2018 CHI Conference on Human Factors in Computing Systems*.: 1-13

17.    Meyer M, Adkins V, Yuan N, Chang S, **Radesky J**: Advertising in young children's apps: A content analysis, Poster, Pediatric Academic Societies, Toronto, Canada, 2018

18.    Munzer TG, Miller AL, Weeks HW, **Radesky JS**: Predictors of positive parent-child interactions around digital media, <u>Oral Presentation</u>, Society for Research in Child Development, Baltimore, MD, 2019

19.    McDaniel B, **Radesky JS**: The Distracted Family: Associations between Parent Distraction with Technology, Parenting, and Child Distraction with Technology, <u>Oral Presentation</u>, Society for Research in Child Development, Baltimore, MD, 2019

20.    Meyer M, McLaren C, **Radesky J**: Educational quality of children's apps: A content analysis, <u>Oral Presentation</u>, Pediatric Academic Societies, Baltimore, MD, 2019

21.    Hiniker A, **Radesky JS**, Livingstone S, Blum-Ross A: Moving Beyond" The Great Screen Time Debate" in the Design of Technology for Children, <u>Oral Presentation</u>, CHI: Computer-Human Interaction, Glasgow, UK, 2019, *Extended Abstracts of the 2019 CHI Conference on Human Factors in Computing Systems*.: 1-6

22.    **Radesky JS**, McDaniel B: Longitudinal associations between early childhood externalizing behavior, parenting stress, and media use, <u>Oral Presentation</u>, Society for Research in Child Development, Baltimore, MD, 2019

23.    Sun K, Sugatan C, Afnan T, Simon H, Gelman SA, **Radesky JS**, Schaub F: "They See You're a Girl if You Pick a Pink Robot with a Skirt": A Qualitative Study of How Children Conceptualize Data Processing and Digital Privacy Risks, *CHI*.: 687:1-687:1, 2021

24.    Torres C, Levitt K, Munzer T, Schaller A, **Radesky JS**: Experience of Michigan Children with Special Education Needs during COVID-19, Poster, Society of Developmental and Behavioral Pediatrics, Austin, TX, 2021

25.    Munzer TG, Miller A, Wang Y, Kaciroti N, **Radesky J**: Tablets, toddlers, and tantrums: The immediate effects of tablet device play, <u>Oral Presentation</u>, International Congress for Infant Studies, Virtual, 2021

26.    **Radesky J**: Parent smartphone use and parent-child interaction, <u>Oral Presentation</u>, National Council on Family Relations, Minneapolis, MN, 2022

27.    Landesman R, **Radesky J**, Hiniker A: Let Kids Wonder, Question and Make Mistakes: How the Designers of Children's Technology Think about Child Well-being, *Proceedings of IDC 2023 - 22nd Annual ACM Interaction Design and Children Conference: Rediscovering Childhood*.: 310-321, 2023

# EXHIBIT 2:

# DECLARATION OF KENNETH A. FEDER, PH.D

1  ROB BONTA
   Attorney General of California
2  LARA HADDAD, State Bar No. 319630
   Supervising Deputy Attorney General
3  JENNIFER E. ROSENBERG, State Bar No. 275496
   SHIWON CHOE, State Bar No. 320041
4  CHRISTOPHER J. KISSEL, State Bar No. 333937
   Deputy Attorneys General
5    300 South Spring Street, Suite 1702
     Los Angeles, CA 90013-1230
6    Telephone: (213) 269-6388
     Fax: (916) 731-2124
7    E-mail: Christopher.Kissel@doj.ca.gov
   *Attorneys for Defendant Rob Bonta, in his official*
8  *capacity as Attorney General of California*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12
   | | |
   |---|---|
   | **NETCHOICE,** | 5:24-cv-07885-EJD |
   | Plaintiff, | **DECLARATION OF KENNETH A. FEDER, PH.D., IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
   | **v.** | |
   | **ROB BONTA, in his official capacity as Attorney General of California,** | Date: December 17, 2024 |
   | | Time: 9 a.m. |
   | Defendant. | Courtroom: 4, 5th Floor |
   | | Judge: Honorable Edward J. Davila |
   | | Trial Date: None Set |
   | | Action Filed: November 12, 2024 |

## DECLARATION OF KENNETH A. FEDER, PH.D.

I, Kenneth A. Feder, declare and state as follows:

1.     I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction.

### BACKGROUND & QUALIFICATIONS

2.     In 2019, I received a PhD from the Johns Hopkins Bloomberg School of Public Health, Department of Mental Health. In 2012, I received a BA from Wesleyan University with a double major in Physics and Psychology.

3.     I am an epidemiologist with expertise in the causes, prevention, treatment, and amelioration of behavioral health conditions. In this capacity, I have conducted research on the relationship between adolescent social media use and behavioral health conditions. In particular, my peer reviewed article "Association between time spent using social media and internalizing and externalizing problems among adolescents" published in JAMA Psychiatry[1] has, according to Google Scholar, been cited more than 400 times (as of November 18, 2024), including by the U.S. Surgeon General's 2023 Advisory "Social Media and Youth Mental Health."

4.     I also have conducted public health and population health research focused on adolescent mental health more broadly. In addition to my work on child and adolescent mental health, I conduct research on the epidemiology of substance use disorders such as opioid use disorder, which are closely related to the science of addiction. My research has been published in leading peer reviewed journals such as JAMA Psychiatry, Pediatrics, Health Affairs, American Journal of Epidemiology, Journal of Adolescent Health, and Journal of Substance Use and Addiction Treatment.

5.     I am on the faculty of the Johns Hopkins Bloomberg School of Public Health, where I serve as an Assistant Research Professor in the Department of Mental Health. I lead an

---

[1] Riehm KE, Feder KA, Tormohlen KN, Crum RM, Young AS, Green KM, et al. Associations Between Time Spent Using Social Media and Internalizing and Externalizing Problems Among US Youth. JAMA psychiatry. 2019;1–9.

1

1   independent research portfolio focused on social and environmental risk factors for mental health

2   and substance use disorders. Much of my research is focused on evaluating policies and programs

3   intended to prevent behavioral health conditions, such as mental health or substance use

4   disorders, and their associated harms, such as overdose or HIV infection. In addition to my

5   research, I teach a doctoral level course on statistics for psychosocial research, which covers

6   advanced statistical methods used for the measurement and analysis of psychological states and

7   conditions such as depression or cognitive decline.

8       6.      My *curriculum vitae*, which sets forth my experience and credentials more fully, is

9   attached as Exhibit A.

10      7.      I am being compensated in the above-entitled case at an hourly rate of $350/hour

11  for preparing this declaration.  My compensation is not in any way dependent on the outcome of

12  this or any related proceeding.

13      8.      I have been asked by the Office of the Attorney General to provide an opinion on

14  the relationship between social media and adolescent mental and behavioral health, and on

15  whether there is a scientific basis for believing that California's Protecting Our Kids from Social

16  Media Addiction Act ("the Act:" or SB 976) may help protect children from negative mental and

17  behavioral health outcomes.

18      9.      The opinions in this declaration are my expert opinions, which are based on my

19  expertise in the epidemiology of mental and behavioral health conditions. To prepare this report, I

20  draw on my own research examining the relationship between time spent on social media and

21  subsequent mental and behavioral health outcomes in adolescents, as well as other relevant recent

22  studies and research on social media and mental health. I use this review of research to support

23  my opinions and conclusions in this declaration.

24      10.     If called to testify, I could and would testify competently to the truth of the matters

25  discussed in this declaration.

26                                  **OPINIONS**

27      11.     Based on my knowledge and review of the relevant literature, I reach the following

28  conclusions:

2

12.    First, there is a substantial and growing body of scientific research, including my own, showing that children and youth who spend more time on social media tend to experience worse mental health outcomes across multiple domains of mental health.

13.    Second, multiple randomized trials across different age groups and settings have found that temporarily limiting or restricting access to social media improves subjective wellbeing, improves self-image and body image, reduces depression and anxiety symptoms, improves sleep quality, and reduces social media use over the long term.

14.    Third, there are multiple plausible explanations for why spending more time on social media may negatively affect adolescent mental and behavioral health. These include disrupting sleep; fostering negative self-image by creating a forum where youth compare themselves to idealized images of others; exposure to harmful content such as harassment or depictions of violence or self-harm; and crowding out time spent on other activities that promote psychological wellbeing.

15.    Fourth, SB 976 imposes limits on social media applications' use of two tools on children: a) push notifications; and b) use of information provided by the child user, or garnered from the device the child uses to access the site or application, to inform algorithms that choose which media to display to that child in their social media feed (hereafter I refer to these as "personalized feeds"). Research shows that push notifications can increase engagement with mobile applications generally, and that personalized feeds increase time spent on the application as compared to feeds that simply present posts in reverse chronological order. Therefore, limiting or restricting the application of these tools to children is an evidence-supported strategy for reducing the amount of time children spend on social media.

16.    Therefore, it is my professional opinion that SB 976 could improve children's mental health in California by reducing the amount of time children spend on social media, particularly during school hours and sleep hours.

3

## I.    THE RELATIONSHIP BETWEEN SOCIAL MEDIA AND MENTAL HEALTH AMONG CHILDREN

### A.    Introduction

17.    In 2019, my colleagues and I used a large, nationally representative, publicly available survey to study the relationship between the amount of time youth spend on social media and their subsequent mental health outcomes.[2] In this section I will describe the motivations for our research. I will discuss our study methods and conclusions. I will situate my own findings in the broader literature of observational studies – those that do not have a formal "experiment" – on the relationship between social media and mental health.

### B.    Motivation for Research

18.    The primary motivation for our 2019 study was that social media use is ubiquitous among U.S. teens—a fact that remains true. For example, a 2023 nationally representative survey from Pew Research Center examined teens (age 13-17) use of five popular social media applications, YouTube, TikTok, Snapchat, Instagram, and Facebook. It found the proportion of teens who use these applications daily was 71%, 58%, 51%, 47%, and 19% respectively; and the proportion who use them "almost constantly" was 16%, 17%, 14%, 8%, and 3% respectively. The survey also assessed internet usage more broadly and found that 46% of teens say they are online "almost constantly."[3] This remarkable change in how U.S. youth spend their time from just a few decades ago, when social media did not exist, is an important area for scientific and social scientific research across a wide variety of domains.

19.    My team's study was also motivated by past research showing a positive correlation between social media use and depressive symptoms during childhood and

---

[2] Riehm KE, Feder KA, Tormohlen KN, Crum RM, Young AS, Green KM, et al. Associations Between Time Spent Using Social Media and Internalizing and Externalizing Problems Among US Youth. JAMA psychiatry. 2019;1–9.

[3] Anderson M, Faverio M, Gottfried J. Teens, Social Media and Technology 2023 [Internet]. Pew Research Center. 2023 [cited 2024 Nov 20]. Available from: https://www.pewresearch.org/internet/2023/12/11/teens-social-media-and-technology-2023/

4

adolescence,[4] and symptoms of antisocial personality disorder;[5] as well as other more broadly focused studies showing positive associations of youth screen time with symptoms of multiple emotional disorders,[6] and total media exposure in adolescents with depression in adulthood. [7] Finally, we were motivated by research showing population-wide increases in the prevalence of depressive symptoms,[8] and suicide attempts and deaths,[9, 10] among U.S. youth over the course of the 2010s, corresponding to the period when social media use increased in prevalence among U.S. youth.

## C.    Research Methods

20.    Our study used data collected as part of the larger "Population Assessment of

---

[4] McCrae N, Gettings S, Purssell E. Social Media and Depressive Symptoms in Childhood and Adolescence: A Systematic Review. Adolescent Res Rev. 2017 Dec 1;2(4):315–30.

[5] Galica VL, Vannucci A, Flannery KM, Ohannessian CM. Social Media Use and Conduct Problems in Emerging Adults. Cyberpsychology, Behavior, and Social Networking. 2017 Jul;20(7):448–52.

[6] Zink J, Belcher BR, Kechter A, Stone MD, Leventhal AM. Reciprocal associations between screen time and emotional disorder symptoms during adolescence. Preventive Medicine Reports. 2019 Mar 1;13:281–8.

[7] Primack BA, Swanier B, Georgiopoulos AM, Land SR, Fine MJ. Association Between Media Use in Adolescence and Depression in Young Adulthood: A Longitudinal Study. Archives of General Psychiatry. 2009 Feb 1;66(2):181–8.

[8] Mojtabai R, Olfson M, Han B. National Trends in the Prevalence and Treatment of Depression in Adolescents and Young Adults. Pediatrics. 2016 Dec 1;138(6):e20161878.

[9] Hedegaard  H, Curtin  SC, Warner  M.  Suicide Mortality in the United States, 1999–2017. NCHS Data Brief No. 330. Hyattsville, MD: National Center for Health Statistics; 2018.

[10] Burstein  B, Agostino  H, Greenfield  B.  Suicidal attempts and ideation among children and adolescents in US emergency departments, 2007-2015 [published online April 8, 2019]. JAMA Pediatr. doi:10.1001/jamapediatrics.2019.0464

5

Tobacco and Health" (PATH) study. The detailed methods of the PATH study are publicly available.[11] PATH was a large, nationally representative cohort study of U.S. youth and adults. A "cohort study" is a study where researchers follow up with the same participants repeatedly to see how those participants health status changes over time. The primary purpose of the PATH study was to study the prevalence and correlates of tobacco product use. Our study used publicly available, non-identifiable data collected from 6,595 youth aged 12-15 who completed the PATH study "Wave 1" interview between September 2013 and December 2014. Those participants were selected because they also participated in "Wave 2" interviews one year after enrollment (at which time they were age 13-16), and "Wave 3" interviews two years after enrollment (at which time they were age 14-17).

21.    Our study outcome was participants' self-reported symptoms of mental and behavioral health problems at Wave 3. Specifically, the outcome was based on participants responses to a scale included in the PATH survey, the "Global Appraisal of Individual Needs – Short Screener" (GAIN-SS). GAIN-SS is short screening tool for identifying youth mental health and behavioral health problems that has been previously validated and is widely used in research.[12, 13]

_____

[11] Hyland A, Ambrose BK, Conway KP, Borek N, Lambert E, Carusi C, et al. Design and methods of the Population Assessment of Tobacco and Health (PATH) Study. Tobacco control. 2017;26(4):371–8.

[12] Dennis ML, Chan YF, Funk RR. Development and Validation of the GAIN Short Screener (GSS) for Internalizing, Externalizing and Substance Use Disorders and Crime/Violence Problems Among Adolescents and Adults. The American Journal on Addictions. 2006;15(s1):s80–91.

[13] McDonell MG, Comtois KA, Voss WD, Morgan AH, Ries RK. Global Appraisal of Individual Needs Short Screener (GSS): Psychometric Properties and Performance as a Screening Measure in Adolescents. The American Journal of Drug and Alcohol Abuse. 2009 Jan 1;35(3):157–60.

22.     We used data from two sub-scales within the GAIN-SS.

23.     The first subscale assesses adolescent "internalizing problems," which are related to psychiatric disorders like depression or anxiety. Research shows internalizing problems in youth are predictive of negative mental health, social, and economic outcomes in adulthood.[14] The sub-scale specifically assesses four self-reported internalizing symptoms: "Feeling very trapped, lonely, sad, blue, depressed, or hopeless about the future;" "Sleep trouble, such as bad dreams, sleeping restlessly, or falling asleep during the day;" "Feeling very anxious, nervous, tense, scared, panicked, or like something bad was going to happen;" and "Becoming very distressed and upset when something reminded you of the past."

24.     The second subscale assesses adolescent "externalizing problems," which are related to psychiatric disorders like Attention Deficit Hyperactivity Disorder (ADHD) and Conduct Disorder. Like internalizing problems, research shows externalizing problems in youth are predictive of negative mental health, social, and economic outcomes in adulthood.[15] The sub-scale specifically assesses seven self-reported externalizing symptoms: "Lied or conned to get things you wanted or to avoid having to do something;" "Had a hard time paying attention at school, work, or home;" "Had a hard time listening to instructions at school, work, or home;" "Were a bully or threatened other people;" "Started physical fights with other people;" "Felt restless or the need to run around or climb on things;" and "Gave answers before the other person finished asking the question."

25.     Consistent with past research, we classified youth as having internalizing or externalizing problems if they endorsed four or more symptoms from each respective sub-scale,

---

[14] Vergunst F, Commisso M, Geoffroy MC, Temcheff C, Poirier M, Park J, et al. Association of Childhood Externalizing, Internalizing, and Comorbid Symptoms With Long-term Economic and Social Outcomes. JAMA Network Open. 2023 Jan 9;6(1):e2249568.

[15] Vergunst F, Commisso M, Geoffroy MC, Temcheff C, Poirier M, Park J, et al. Association of Childhood Externalizing, Internalizing, and Comorbid Symptoms With Long-term Economic and Social Outcomes. JAMA Network Open. 2023 Jan 9;6(1):e2249568.

7

and as having both internalizing and externalizing problems if they endorsed four or more items on each scale.[16],[17]

26.     The primary exposure of interest in our study was the amount of time youth said they spent on social media "on a typical day." This exposure was measured at Wave 2. Responses were: "no time" (which included not using the internet or not having a social media account), "up to 30 minutes," "more than 30 minutes, up to 3 hours," "3 to 6 hours," and "more than 6 hours."

27.     In addition, we included in our study a number of other factors measured at Wave 1 for "regression adjustment" (see description of statistical methods below). These included participant demographics (age, sex, race, and parent education level), self-reported body mass index, self-reported lifetime use of alcohol and cannabis, and self-reported mental health symptoms at Wave 1 (measured the same was as at Wave 3).

28.     Our research question was whether youth who spent more time on social media at Wave 2 were more likely to experience internalizing problems, externalizing problems, or both at Wave 3. To answer this question, we fit a multinomial logistic regression model to predict which of the four mental health categories youth fell in at Wave 3 – no problems, internalizing problems, externalizing problems, or both types of problems – based on their self-reported volume of social media use at Wave 2, and adjusting for all the factors mentioned above as having been measured at wave 1. Roughly speaking, this "regression adjustment" means that youth with high levels of social media use were compared to youth with low levels of social media use but who were otherwise similar to them on all the other factors we adjusted for. We

_____

[16] Green VR, Conway KP, Silveira ML, Kasza KA, Cohn A, Cummings KM, et al. Mental Health Problems and Onset of Tobacco Use Among 12- to 24-Year-Olds in the PATH Study. Journal of the American Academy of Child & Adolescent Psychiatry. 2018 Dec 1;57(12):944-954.e4.

[17] Riehm KE, Young AS, Feder KA, Krawczyk N, Tormohlen KN, Pacek LR, et al. Mental Health Problems and Initiation of E-cigarette and Combustible Cigarette Use. Pediatrics. 2019 Jun 3;e20182935.

8

1   also conducted a test for linear trend between more social media use and higher odds of mental

2   health problems. A significant linear trend is evidence of a "dose response;" in other words, each

3   increase in time spent on social media is associated with concomitant further increase (or

4   decrease) in the odds of later mental health problems.

5       **D.    Results**

6       29.    In our study sample, at Wave 2, 17% of youth did not use social media, 32% spent

7   30 minutes or less per day on social media, 31% used social media 30 minutes to 3 hours, 12%

8   used social media 3 to 6 hours, and 8% used social media more than 6 hours. At Wave 3, 9% of

9   participants met criteria for internalizing problems alone, 14% for externalizing problems alone,

10  and 18% for both internalizing and externalizing problems.

11      30.    We found that, as compared to youth who did not use social media, youth who

12  used social media more than six hours per day at Wave 2 had 60% higher odds of experiencing

13  internalizing problems at Wave 3 and 126% higher odds of experiencing both internalizing and

14  externalizing problems at Wave 3. This was true even after adjusting for all the factors described

15  above used in our regression adjustment. Figure 1 below shows the adjusted predicted probability

16  of each mental health outcome at Wave 3 based participants' social media use at Wave 2, using

17  our regression model. As can be seen, there is evidence for a so-called "dose response:" as time

18  spent on social media at Wave 2 went up, so did the odds of internalizing problems and co-

19  occurring internalizing and externalizing problems at Wave 3. This dose response relationship

20  was confirmed by our test for trend. Roughly speaking, this is consistent with the hypothesis that

21  "children who spend more time on social media experience progressively worse future mental

22  health outcomes, even after accounting for children's past history of mental health problems."

23      31.    Because the PATH sample was nationally representative, we were able to conduct

24  an after-the-fact simulation to see, based on our model, what proportion of mental health

25  problems at Wave 3 would have been prevented if all youth who used more than 30 minutes of

26  social media per day instead used 30 minutes or less. The simulation combines two pieces of

27  information: 1) the association between social media use and mental health outcomes observed in

28  our statistical model; and 2) the distribution of the self-reported amount of time adolescents spent

9

1    on social media (e.g., 8% > 6 hours, 12% 3 to 6 hours, etc., see above) in the nationally

2    representative survey dataset we used for our study. This is called a "population attributable

3    fraction" estimate. The simulation predicted that 9% of all internalizing problems and about 7%

4    of all externalizing problems at Wave 3 could have been prevented by reducing social media use

5    to 30 minutes or less per day.

6

7    **Figure 1. Adjusted Proportion of Internalizing Problems, Externalizing Problems, and
     Comorbid Internalizing and Externalizing Problems Stratified by Category of Time Spent
8    on Social Media per Day Among US Adolescents in the Population Assessment of Tobacco
     and Health Study, 2013-2016**



*Error bars indicate 95% confidence intervals.*

*Adapted from Riehm KE, Feder KA, Tormohlen KN, Crum RM, Young AS, Green KM, et al.
Associations Between Time Spent Using Social Media and Internalizing and Externalizing
Problems Among US Youth. JAMA psychiatry. 2019;1–9.*

10

### E.    Additional Research on Social Media and Mental Health

32.    The preceding sections focused on my own research. Our study has a number of strengths: we used a large, nationally representative sample of adolescents; the survey we drew on asked about adolescent social media use using a realistic question that allowed us to measure the very large amount of time some adolescents spend on social media (as opposed to questions like "Do you use social media, yes or no?"); the survey measurement of social media use preceded the measurement of mental health outcomes by a year; and we were able to adjust for children's pre-existing mental health problems. However, even with these strengths, our findings should be considered in the context of a growing body of literature on the relationship between children's mental and behavioral health and their use of social media. A thorough and rigorous review of this literature exceeds what is possible in this report, but I highlight here three additional reviews that I think provide useful context to this discussion, and summarize some of the key conclusions of those reviews.

33.    First, there is a Surgeon General's advisory on social media and youth mental health.[18] The report reviews the existing literature on social media and children's health and wellbeing across a variety of domains. It concludes that social media has both positive and negative impacts on children and adolescents, and that these impacts vary based on individual differences between children and based on context. It highlights several areas of particular concern, including potential exposure to harmful or inappropriate content such as hateful speech or suicide, harassment, fostering of negative self-image and body image, sleep problems, depression, and ADHD. The report reiterates the evidence that many children use social media for large portions of the day, with a sizable fraction saying they use it "almost constantly." It also highlights multiple research studies showing that a majority of children say they would have trouble stopping use if they wanted to, and a third of girls describe their use of social media as an "addiction." It also points to research showing that social media use is associated with triggering

---

[18] Murthy V. Social Media and Youth Mental Health: The US Surgeon General's Advisory; 2023.

1    of brain pathways similar to those implicated in addiction. Weighing the evidence, the report

2    concludes "Nearly every teenager in America uses social media, and yet we do not have enough

3    evidence to conclude that it is sufficiently safe for them."[19] On the basis of this research, the

4    report recommends that policymakers "strengthen protections to ensure greater safety for children

5    interacting with all social media platforms," including by "limiting the use of features that attempt

6    to maximize time, attention, and engagement; [and] developing tools that protect activities that

7    are essential for healthy development like sleep."[20]

8        34.    Second is a meta-analysis by Ivie and colleagues of 12 different research studies

9    examining the relationship between time spent on social media and depression symptoms.[21] A

10   meta-analysis is a research study that statistically combines the quantitative findings of multiple

11   other studies to try to try to pool the evidence generated by those studies to draw the most

12   rigorous possible conclusions. This is useful because study findings on social media use are not

13   consistent, and some find no association between social media use and mental health problems.[22]

14   However, after pooling information across all 12 studies, this meta-analysis found a small but

15   statistically significant correlation between time spent on social media and depression symptoms.

16   Note that my study was not included as part of this meta-analysis, so this is independent evidence

17   from 12 other studies that is, on average, consistent with the findings of my own research

18   _____

19       [19] Murthy V. Social Media and Youth Mental Health: The US Surgeon General's

20   Advisory; 2023.

21       [20] Murthy V. Social Media and Youth Mental Health: The US Surgeon General's

22   Advisory; 2023.

23       [21] Ivie EJ, Pettitt A, Moses LJ, Allen NB. A meta-analysis of the association between

24   adolescent social media use and depressive symptoms. Journal of Affective Disorders. 2020 Oct

25   1;275:165–74.

26       [22] For example, see Jelenchick LA, Eickhoff JC, Moreno MA. "Facebook Depression?"

27   Social Networking Site Use and Depression in Older Adolescents. Journal of Adolescent Health.

28   2013 Jan 1;52(1):128–30.

Decl. of Kenneth A. Feder, Ph.D. (5:24-cv-07885-EJD)

1    described above.

2        35.    Third is a systematic review and meta-analysis by Sohn and colleagues that

3    examined the relationship between "problematic smartphone usage" and mental health outcomes

4    among children and youth.[23] The authors define "problematic smartphone usage" as "smart phone

5    use associated with at least some element of dysfunctional use, such as anxiety when the phone

6    was not available, or neglect of other activities."[24] Combining the results of 41 different

7    independent scientific studies on this topic, the authors find that problematic smartphone use is

8    associated with more than three times the odds of depression and anxiety, nearly two times the

9    odds of perceived stress, and more than double the odds of poor sleep quality. Problematic

10   smartphone use and social media use are not strictly the same thing. However, since research

11   from a sample of U.S. teens suggests that 42% of time spent using smartphones is spent on social

12   media apps other than YouTube, and another 19% is spent on YouTube, these topics are closely

13   related.[25]

14   _____

15       [23] Sohn SY, Rees P, Wildridge B, Kalk NJ, Carter B. Prevalence of problematic

16   smartphone usage and associated mental health outcomes amongst children and young people: a

17   systematic review, meta-analysis and GRADE of the evidence. BMC Psychiatry. 2019 Nov

18   29;19(1):356.

19       [24] Sohn SY, Rees P, Wildridge B, Kalk NJ, Carter B. Prevalence of problematic

20   smartphone usage and associated mental health outcomes amongst children and young people: a

21   systematic review, meta-analysis and GRADE of the evidence. BMC Psychiatry. 2019 Nov

22   29;19(1):356.

23       [25] Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant

24   Companion: A week in the life of a young person's smartphone use [Internet]. Common Sense

25   Media; 2023. Available from: chrome-

26   extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.commonsensemedia.org/sites/default

27   /files/research/report/2023-cs-smartphone-research-report_final-for-web.pdf

28

13

### F.   Summary

36.     To summarize, my own research, along with the other studies described above, are consistent with the following claims. First, frequent social media use is associated with several different adverse mental health outcomes. Second, there is evidence for a "dose response" relationship whereby the more time one spends on social media, the greater the likelihood of adverse mental health outcomes on average. Third, this finding is "prospective," in the sense that this finding persists in studies where the measurement of social media use precedes the measurement of mental health outcomes by a year. Fourth, this finding persists even after adjusting for potential common causes of social media use and mental health problems, like pre-existing mental health problems. Fifth, while not all studies produce consistent findings, the collection of existing evidence across multiple population studies suggests that the average association of more frequent social media use with children's mental health is negative.

## II.   EXPERIMENTAL STUDIES ON THE EFFECTS OF LIMITING SOCIAL MEDIA USE

37.     In the first section of my declaration, I focused on observational studies examining the association of social media use with various adverse mental health outcomes. Observational studies are a critical component of epidemiology research, particularly in settings where experiments are challenging to conduct in an ethical way or in a large or representative population. However, the fact that more frequent social media use is associated with adverse mental health outcomes in observational studies does not necessarily mean that more social media use causes adverse mental health outcomes. While the results of the observational studies described above are consistent with the hypothesis that frequent social media use causes adverse mental health outcomes, their results are also consistent with other plausible alternative hypotheses: for example, is also possible that people with worse mental health use more social media, or that social media and mental health problem share a common cause. A key remaining question is the effect of interventions that actually change the amount of time children (or adults) spend on social media. Specifically, if children reduce their social media use, does this cause their mental health to improve on average?

14

38.     To address this question, I review seven experimental studies in which participants were randomly assigned to interventions that, in one way or another, resulted in them reducing their social media use. I chose these studies because they comprise the set of published studies I was able to find that were conducted as a randomized experiment where participants were randomly assigned to either a "treatment" group, where they were incentivized or required to reduce their social media or screen media use, or to a "control" group, where they continued to use social or screen media as usual. Randomized experiments are a foundational approach in medical and scientific research, because they allow researchers to estimate the causal effect of a treatment or exposure on a health outcome of interest without concern that any observed association between the exposure and outcome resulted from some common cause of the two. In other words, unlike in observational studies, in a randomized trial, correlation *does* necessarily imply causation, whereas in in observational studies alternative explanations for correlation are possible. In addition, I only included studies where one of the measured outcomes in the experiment was a psychosocial or behavioral outcome such as depression symptoms, sleep problems, self-reported well-being, or time spent on social media post-intervention.

39.     Before beginning my review, I note that my review does not meet the standards of a "systematic review." There are other experimental studies on social media and youth mental health that I was not able to review in the limited time permitted to prepare this declaration in response to Plaintiffs' motion for preliminary injunction. I want to be clear that I did not select the studies I was able to review individually because of their findings, and have noted null or contradictory findings pertaining to health when they are present within those studies. Further, in addition to my review of these individual studies, I also conclude this section with a discussion of a systematic review conducted by Plackett and colleagues (2023) that examined 23 published studies on behavioral interventions targeting social media use.[26]

---

[26] Plackett R, Blyth A, Schartau P. The Impact of Social Media Use Interventions on Mental Well-Being: Systematic Review. Journal of Medical Internet Research. 2023 Aug 11;25(1):e44922.

40.     Hunt and colleagues (2018)  recruited 143 undergraduate students to an experimental study on social media use and well-being.[27] Participants were randomly assigned to two conditions. In the treatment condition, participants were asked to limit their use of three social media applications – Facebook, Instagram, and Snapchat – to 10 minutes per day per platform, over a period of 3 weeks. In the control condition, participants were not asked to limit their social media use. Both groups were asked to send screenshots documenting their time spent on social media. At the time of enrollment in the study, and again three weeks later at the study's conclusion, participants completed commonly used and well-validated psychometric assessments of: social support, "fear of missing out" (FoMO), loneliness, anxiety, depression, self-esteem, and autonomy and self-acceptance. At the end of the study, the treatment condition experienced significant reductions in loneliness and depression as compared to the control group; there were no differences between the groups on other outcomes.

41.     Davis and Goldfield (2024) recruited a group of 220 Canadian undergraduate students who self-reported recent "emotional distress" into an experimental study on the mental health effects of social media.[28] Participants were randomly assigned to two conditions. In the treatment condition, participants were asked to limit their social media use to one hour per day over a period of three weeks, and to send daily screenshots documenting the amount of time spent on social media the previous day. In the control condition, participants were not asked to limit their social media use, but were similarly asked to send screenshots documenting their time spent on social media. At the time of enrollment in the study, and again three weeks later at the study's conclusion, participants completed assessments of depression symptoms, anxiety symptoms, "fear

[27] Hunt MG, Marx R, Lipson C, Young J. No More FOMO: Limiting Social Media Decreases Loneliness and Depression. Journal of Social and Clinical Psychology. 2018;37(10):751–68.

[28] Davis CG, Goldfield GS. Limiting social media use decreases depression, anxiety, and fear of missing out in youth with emotional distress: A randomized controlled trial. Psychology of Popular Media. 2024.

16

of missing out" (FoMO), and sleep time. At the end of the study, participants in the treatment condition experienced significantly greater reductions in depression, anxiety, and fear of missing, and significantly greater increases in sleep time, than participants in the control condition.

42.     Thai and colleagues (2024) followed the same protocol as Davis and Goldfield to study the effects of social media use on appearance esteem and weight esteem.[29] Both outcomes were assessed using the Body Esteem Scale for Adults and Adolescents. Appearance esteem questions were questions like "I'm pretty happy about the way I look." Weight esteem questions were questions like "I am satisfied with my weight." After three weeks, participants asked to reduce their social media to 1 hour per week experienced statistically significant improvements in both measures of self-image. Participants in the control condition experienced no improvement.

43.     Smith and colleagues (2024) conducted a small randomized trial of 66 female undergraduates who were randomly assigned to either take a one-week complete break from social media or continue use as usual.[30] Similar to Thai and colleagues, they found that, after one week, participants assigned to take a break from social media had higher body satisfaction and higher state self-esteem than participants in the control condition.

44.     Alcott and colleagues (2020) used Facebook advertising to recruit 2,897 adults who use Facebook for an experimental study on the welfare effects of social media.[31] Participants randomized to the experimental condition de-activated their Facebook profiles for the four weeks preceding the U.S. 2018 mid-term election. Participants in the control condition were not asked to

---

[29] Thai H, Davis CG, Mahboob W, Perry S, Adams A, Goldfield GS. Reducing social media use improves appearance and weight esteem in youth with emotional distress. Psychology of Popular Media. 2024;13(1):162–9.

[30] Smith OE, Mills JS, Samson L. Out of the loop: Taking a one-week break from social media leads to better self-esteem and body image among young women. Body Image. 2024 Jun 1;49:101715.

[31] Allcott H, Braghieri L, Eichmeyer S, Gentzkow M. The Welfare Effects of Social Media. American Economic Review. 2020 Mar;110(3):629–76.

1   change their social media use. After four weeks, participants randomized to deactivate Facebook

2   experienced small but statistically significant improvements in multiple measures of well-being:

3   happiness, life-satisfaction, depression, and anxiety as compared to the control condition.

4   Participants in the Facebook deactivation condition also spent an average of 60 minutes per day

5   less online, and reduced their use of other social media apps such as Twitter in addition to

6   Facebook. This time was instead spent on activities like watching TV alone and socializing with

7   family and friends. After the experiment ended, the treatment group's self-reported time spent on

8   Facebook remained 22% lower than the control group.

9         45.     Allcott and colleagues (2022) also conducted a second experiment to examine

10   specifically whether social media applications, along with phone-based web browsers, are habit-

11   forming, in the sense that people use social media more than they want to out of habit, and

12   struggle to stop using social media.[32] 2,000 participants were provided a customized app that

13   assisted them with tracking and setting limits on their screen time. Participants were then

14   randomly assigned to one of three experimental conditions: a) they were offered additional

15   financial incentives to limit social media and browser use; b) they were offered no financial

16   incentive, but were provided additional functionality that made it easier for them to limit their

17   social media and browser use by allowing them to block applications in a way that could not be

18   reversed; or c) neither, the control group. Among those paid a bonus to reduce social media and

19   browser use, screen time use fell as compared to the control group, and remained 19 minutes per

20   day less than the control group even after incentive payments ended. This suggests that using

21   incentives helped participants reduce an unwanted habit of using social media. Among

22   participants who were provided functionality that made it easier to limit social media use, 78%

23   used that functionality even though they were provided no incentive to do so. The result was a 22-

24   minute-per-day reduction in social media use as compared to the control group. In addition, both

25   experimental conditions resulted in improvements in measures of phone addiction and Facebook

26

27       [32] Allcott H, Gentzkow M, Song L. Digital Addiction. American Economic Review. 2022

28   Jul;112(7):2424–63.

Decl. of Kenneth A. Feder, Ph.D. (5:24-cv-07885-EJD)

1    addiction (measured using previously validated scales). The authors use mathematical models

2    based on their experimental results to estimate that close to one-third of all time spent on social

3    media is attributable to self-control problems.

4          46.    Finally, Schmidt-Persson and colleagues (2024) describe the results of a

5    randomized trial 89 Danish households with a total of 181 child participants. [33] That study

6    examined a multi-part intervention designed to reduce screen media use generally. All families

7    were, based on a prior survey, among the to 40% of Danish households in terms of screen leisure

8    time. Forty-five families with 86 children received the two-week intervention. Those who

9    received the intervention were required to hand over all smart phones used by children, as well as

10   at least one smart phone used by an adult; all participants who handed over their phones received

11   simple replacement phones capable of calling and texting for the duration of the study.

12   Participants were further asked to limit their non-phone screen leisure time, including computer

13   and television, to 3 hours per week or less. An additional 30 minutes were permitted for

14   "essential" screen activities such as schoolwork or scheduling activities. Signs were posted

15   around the house reminding residents about screen time limits. The remaining 44 families with 85

16   children assigned to the control condition did not receive any components of this intervention.

17   Children and adolescents who participated in the study completed the "Strengths and Difficulties

18   Questionnaire:" a widely used instrument that measures internalizing, externalizing, conduct,

19   hyperactivity, emotional, and peer relationship problems, as well as pro-social behavior, and also

20   provides a combined "difficulties score" that combines all these measures. (See section I-C for an

21   explanation of "internalizing" and "externalizing" problems.) After two weeks, as compared to

22   the control group, children who received the intervention experienced statistically significant

23   improvements in self-reported symptoms of both a) internalizing problems and b) peer

24   relationship problems, and an overall improvement in their difficulties score, as well as

25   _____

26        [33] Schmidt-Persson J, Rasmussen MGB, Sørensen SO, Mortensen SR, Olesen LG, Brage

27   S, et al. Screen Media Use and Mental Health of Children and Adolescents: A Secondary

28   Analysis of a Randomized Clinical Trial. JAMA Network Open. 2024 Jul 12;7(7):e2419881.

1   corresponding increases in their prosocial behavior. There were no statistically significant

2   differences in other outcomes. Finally, in a separate published analysis of the same randomized

3   trials, the authors found that the same screen time intervention above increased children's non-

4   sedentary leisure activities by an average of 46 minutes per day, but found no significant effect on

5   sleep quality.[34]

6         47.     In addition to the individual studies described above, I also want to highlight a

7   2023 "systematic review," conducted by Plackett and colleagues, of published studies evaluating

8   interventions that seek to help participants improve their mental health by reducing, eliminating,

9   or better managing social media use.[35] Unlike my review above, Plackett's review is "systematic"

10  in that it used a pre-specified search strategy intended to capture all studies related to social media

11  interventions, reviewed multiple large databases of scientific studies, and includes all relevant

12  studies found in those databases between 2004 and 2022. They identified 23 qualifying studies.

13  (One of the studies in Plackett's review was Hunt and colleagues' 2018 study noted above in my

14  testimony. None of the other studies I have described in my testimony were included in Plackett's

15  review, mostly because they were published after 2022.) Plackett and colleagues found "some

16  evidence" that social media interventions are effective in improving mental well-being, with the

17  strongest evidence for improvements in depression. Plackett and colleagues also found results of

18  interventions on other mental health outcomes were mixed across studies. Finally, they found that

19  the quality of the studies they reviewed was mostly "poor," with the primary reason for poor

20  quality being that most studies were conducted on convenience samples of college students.

21  _____

22     [34] Pedersen J, Rasmussen MGB, Sørensen SO, Mortensen SR, Olesen LG, Brønd JC, et al.

23  Effects of Limiting Recreational Screen Media Use on Physical Activity and Sleep in Families

24  With Children: A Cluster Randomized Clinical Trial. JAMA Pediatrics. 2022 Aug 1;176(8):741–

25  9.

26     [35] Plackett R, Blyth A, Schartau P. The Impact of Social Media Use Interventions on

27  Mental Well-Being: Systematic Review. Journal of Medical Internet Research. 2023 Aug

28  11;25(1):e44922.

Decl. of Kenneth A. Feder, Ph.D. (5:24-cv-07885-EJD)

48.     In summary, these experimental studies show, across a range of populations, that interventions to reduce time spent on social media (or, in one case, screen leisure time generally) result in improved mental health, in some cases self-image, and in some cases sleep. Further, these experiments show that people who receive interventions to reduce their social media use continue to do so even after interventions have ended, and that people empowered to set limits on their social media use mostly do choose to set such limits, even when they are provided no incentive to do so. These results corroborate and strengthen the implications of the population health research described above. These implications are: first, a substantial fraction of social media use is unwanted use due to habit formation; second, spending less time using social media improves mental health and wellbeing outcomes like depression, anxiety, self-image, and sleep duration.

49.     It is important to acknowledge some of the limitations of the research I reviewed above. First, none of the studies above is a perfect analog for the Act under consideration. The first four included undergraduate students as research participants. The second two were conducted in the general population of adults with a Facebook profile. This limits the generalizability of these studies: the effects of limiting social media use among children and adolescents may be different than the effects of limiting social media use among young adult college students or adults who use Facebook. The final study did focus on children, but that study was conducted outside the United States and analyzed limits on all screen leisure time, not solely social media use. However, while the effects of limiting solely social media use may be somewhat different than the effects of limiting screen leisure time, as noted above, youth social media use and youth screen leisure time are largely overlapping categories since research suggests the majority of all time youth spend on their smartphones is spent on social media.[36]

_____

[36] Radesky JS, Weeks HM, Schaller A, Robb MB, Mann S, Lenhart A. Constant Companion: A week in the life of a young person's smartphone use [Internet]. Common Sense Media; 2023. Available from: chrome-

(continued…)

Decl. of Kenneth A. Feder, Ph.D. (5:24-cv-07885-EJD)

50.     The key point is that the experimental findings above corroborate the results of the observational research that I have already described in the first section of this declaration, which was conducted in large, U.S.-based samples of children. Therefore, because it is true that 1) more social media use is associated with worse mental health outcomes in large representative studies; and because it is true that 2) reducing social media use causes mental health improvements in controlled experiments; and because it is true that 3) very high levels of social media use are common among U.S. children, it is reasonable to conclude that policies that effectively reduce time spent on social media by U.S. children should, all other things being equal, result in overall improvements in the mental health of those children.

51.     An additional important addendum to this summary is worth noting: While the experimental studies I reviewed are consistent in their conclusion that reducing time spent on social media improves mental health, they are also reasonably consistent in concluding that the size of these benefits is generally moderate, with somewhat larger benefits for youth who are already experiencing some form of emotional distress. (Which makes sense – your mental health cannot improve much if you are already doing well.) For example, Allcott and colleagues point out the effects they observe tend to be smaller than the effects of evidence-based psychotherapy (although a longer intervention might have more substantial effects).[37] However, because a) very high levels of social media use are so ubiquitous among youth, b) experiments show that this behavior appears to be unwanted, and c) this behavior can be changed (at least in the short term) through relatively straightforward technological and behavioral interventions, it is plausible that interventions targeting social media use hold promise to achieve these mental health benefits for many young people.

---

extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.commonsensemedia.org/sites/default/files/research/report/2023-cs-smartphone-research-report_final-for-web.pdf

[37] Allcott H, Braghieri L, Eichmeyer S, Gentzkow M. The Welfare Effects of Social Media. American Economic Review. 2020 Mar;110(3):629–76.

22

### III.  REASONS WHY SOCIAL MEDIA USE MAY BE LINKED TO CHILDREN'S MENTAL HEALTH

52.    I now consider why and how reducing time spent on social media may improve mental health of children (and, for that matter, adults). It is important to note that this is an active area of research.  Thus, while I will offer four hypotheses and present evidence supporting them, none of these explanations is conclusive. These hypotheses are based on my review of relevant studies and research, cited below.

53.    The first and most straightforward explanation offered by researchers who have examined the relationship between social media and mental health is the effect of social media use on sleep. Adequate sleep duration and quality plays a critical role in health brain development, and sleep disturbances are associated with "nearly all psychiatric and developmental disorders" in adolescents.[38] Research shows that child and adolescent "screen time" can come at the expense of sleep.[39] This is why organizations like the American Sleep Foundation and Mayo Clinic recommend keeping devices with screens out of children's bedrooms during sleep time entirely.[40, 41] As described above, more frequent adolescent social media use is consistently associated with less sleep,[42] particularly when social media use involves

---

[38] Tarokh L, Saletin JM, Carskadon MA. Sleep in adolescence: Physiology, cognition and mental health. Neuroscience & Biobehavioral Reviews. 2016 Nov 1;70:182–8.

[39] Hale L, Guan S. Screen Time and Sleep among School-Aged Children and Adolescents: A Systematic Literature Review. Sleep Med Rev. 2015 Jun;21:50–8.

[40] Suni E, Singh A. Sleep Foundation. 2020 [cited 2024 Nov 23]. Technology in the Bedroom. Available from: https://www.sleepfoundation.org/bedroom-environment/technology-in-the-bedroom

[41] Mayo Clinic Health System [Internet]. [cited 2024 Nov 23]. Children and too much screen time. Available from: https://www.mayoclinichealthsystem.org/hometown-health/speaking-of-health/children-and-screen-time

[42] Alonzo R, Hussain J, Stranges S, Anderson KK. Interplay between social media use,

(continued…)

23

screen time in the evening and at bedtime,[43, 44] and experimental research showed limiting social media use caused increased sleep time among youth with emotional distress. [45]

54.     A second important explanation offered by researchers is that constant comparison with idealized images of others could result in worse body image and self-esteem, particularly for adolescent girls. As described in the Surgeon General's Advisory: "A synthesis of 20 studies demonstrated a significant relationship between social media use and body image concerns and eating disorders, with social comparison as a potential contributing factor…."[46] When asked about the impact of social media on their body image, nearly half (46%) of adolescents aged 13–17 said social media makes them feel worse, 40% said it makes them feel neither better nor worse, and only 14% said it makes them feel better."[47]

_____

sleep quality, and mental health in youth: A systematic review. Sleep Medicine Reviews. 2021 Apr 1;56:101414.

[43] Hysing M, Pallesen S, Stormark KM, Jakobsen R, Lundervold AJ, Sivertsen B. Sleep and use of electronic devices in adolescence: results from a large population-based study. BMJ Open. 2015 Jan 1;5(1):e006748. 1.

[44] van den Eijnden RJJM, Geurts SM, ter Bogt TFM, van der Rijst VG, Koning IM. Social Media Use and Adolescents' Sleep: A Longitudinal Study on the Protective Role of Parental Rules Regarding Internet Use before Sleep. Int J Environ Res Public Health. 2021 Feb;18(3):1346.

[45] Davis CG, Goldfield GS. Limiting social media use decreases depression, anxiety, and fear of missing out in youth with emotional distress: A randomized controlled trial. Psychology of Popular Media. 2024.

[46] Holland G, Tiggemann M. A systematic review of the impact of the use of social networking sites on body image and disordered eating outcomes. Body Image. 2016 Jun 1;17:100–10.

[47] Bickham DS, Hunt E, Bediou B, Rich M. Adolescent media use: Attitudes, effects, and

(continued…)

24

55.　　A third explanation offered by researchers is that exposure to harmful content or activity such as harassment, violent images, glorification of self-harm or suicide, or predatory behavior. Of course, social media can also be an important source of information for beneficial content, such as education, entertainment, or socializing. This is a vast area of research that is outside my area of expertise, but it is addressed in the Surgeon General's Advisory.[48] Since SB 976 does not prohibit specific content or topics, and instead regulates the use of algorithms that select which media to display, I will make only two brief points. First, there is clear agreement among experts in youth media consumption and health that the content youth consume can vary enormously from person to person, and the choice of content matters. This is why AAP offers guidelines on "Healthy Media Use Habits"[49] and encourages the use of individualized family media plans that consider time spent, settings for use, and content choices.[50] Second, as recently as 2022, nearly half of all U.S. teens reported having experienced cyberbullying.[51] A 2015 review

---

online experiences. Boston, MA: Boston Children's Hospital Digital Wellness Lab. 2022. Retrieved from https://digitalwellnesslab.org/wpcontent/uploads/Pulse-Survey_Adolescent-Attitudes-Effectsand-Experiences.pdf.

[48] Murthy V. Social Media and Youth Mental Health: The US Surgeon General's Advisory; 2023.

[49] HealthyChildren.org [Internet]. 2019 [cited 2024 Nov 23]. Beyond Screen Time: Help Your Kids Build Healthy Media Use Habits. Available from: https://www.healthychildren.org/English/family-life/Media/Pages/healthy-digital-media-use-habits-for-babies-toddlers-preschoolers.aspx.

[50] COUNCIL ON COMMUNICATIONS AND MEDIA. Media Use in School-Aged Children and Adolescents. Pediatrics. 2016 Nov 1;138(5):e20162592.

[51] Vogels EA. Teens and Cyberbullying 2022 [Internet]. Pew Research Center. 2022 [cited 2024 Nov 23]. Available from: https://www.pewresearch.org/internet/2022/12/15/teens-and-cyberbullying-2022/.

article found a consistent relationship between cyberbullying and depression among children.[52] That 2015 review estimated fewer than a quarter of youth have experienced cyberbullying, suggesting that the problem of harassment online in particular may have become more severe in recent years.[53]

56.     Finally, it may be that when youth reduce their social media use, their mental health improves because social media use was "crowding out" other activities that promote psychological wellbeing. As noted above, Allcott and colleagues estimated that close to a third of all time that adults spent on social media was attributable to self-control problems,[54] and found that deactivating social media led to more time spent on other activities such as socializing with friends and family.[55] Pedersen and colleagues found that restricting children's access to screen leisure time resulted in an additional 45 minutes per day on average spent on non-sedentary leisure activities.[56] Increased physical activity is associated with better mental health outcomes

---

[52] Hamm MP, Newton AS, Chisholm A, Shulhan J, Milne A, Sundar P, et al. Prevalence and Effect of Cyberbullying on Children and Young People: A Scoping Review of Social Media Studies. JAMA Pediatrics. 2015 Aug 1;169(8):770–7.

[53] Hamm MP, Newton AS, Chisholm A, Shulhan J, Milne A, Sundar P, et al. Prevalence and Effect of Cyberbullying on Children and Young People: A Scoping Review of Social Media Studies. JAMA Pediatrics. 2015 Aug 1;169(8):770–7.

[54] Allcott H, Gentzkow M, Song L. Digital Addiction. American Economic Review. 2022 Jul;112(7):2424–63.

[55] Allcott H, Braghieri L, Eichmeyer S, Gentzkow M. The Welfare Effects of Social Media. American Economic Review. 2020 Mar;110(3):629–76.

[56] Pedersen J, Rasmussen MGB, Sørensen SO, Mortensen SR, Olesen LG, Brønd JC, et al. Effects of Limiting Recreational Screen Media Use on Physical Activity and Sleep in Families With Children: A Cluster Randomized Clinical Trial. JAMA Pediatrics. 2022 Aug 1;176(8):741–9.

among children.[57] Finally, a key activity for children is spending time in school and academic

engagement more generally. In a recent nationally representative survey, 7 in 10 high school

teachers said that students being distracted by their cellphones is a major problem in their

classroom; this was the most frequently endorsed problem by teachers, exceeding even the

proportion concerned about students "showing little to no interest in learning."[58] More frequent

smartphone use is negatively correlated with academic achievement.[59] In summary, if children's

social media use is attributable to unwanted habits or self-control problems, then social media use

could interfere with other activities that foster positive mental health and healthy development

such socializing, physical activity, academic engagement, and (as noted above) sleep.

**IV.   PUSH NOTIFICATIONS AND PERSONALIZED FEEDS**

57.     I am aware that SB 976 prohibits social media applications from sending push

notifications to children during sleep or school hours. It also prohibits, absent verifiable parental

consent, the use of "personalized" social media feeds when choosing which content to display to

children (see "Opinions" above for definition of "personalized feeds"). While my own research

does not examine these specific tools, for reasons described below, my understanding from

published research is that it is plausible these requirements will result in improvements in

children's mental health in California by reducing the amount of time children spend on social

media.

---

[57] Biddle SJH, Ciaccioni S, Thomas G, Vergeer I. Physical activity and mental health in

children and adolescents: An updated review of reviews and an analysis of causality. Psychology

of Sport and Exercise. 2019 May 1;42:146–55.

[58] Horowitz LL Kim Parker and Juliana Menasce. What's It Like To Be a Teacher in

America Today? [Internet]. Pew Research Center. 2024 [cited 2024 Nov 23]. Available from:

https://www.pewresearch.org/social-trends/2024/04/04/whats-it-like-to-be-a-teacher-in-america-

today/.

[59] Amez S, Baert S. Smartphone use and academic performance: A literature review.

International Journal of Educational Research. 2020 Jan 1;103:101618.

58.     First, as noted, a substantial proportion of time spent on social media appears to be attributable to habit formation, not optimal or intentional allocation of time.[60] It is therefore generally plausible that changes to features that increase user engagement and shape user behavior could have substantial effects on the total time a minor spends on social media sites or applications.

59.     In the case of personalized feeds, randomized experiments by a team of researchers conducted in partnership with Meta showed that when personalized Facebook and Instagram feeds were replaced with reverse-chronological feeds (where content is simply displayed with most recent posts at the top of the feed), time spent on the application declines dramatically.[61]

60.     In the case of push notifications, while I could not find any published studies on push notifications sent by social media platforms specifically, published studies of mobile phone applications developed by researchers in order to promote healthy behavior in adults showed that push notifications increased engagement with and time spent on those applications.[62, 63] A small randomized trial of adults found that turning off push notifications across all applications during

_____

[60] Allcott H, Gentzkow M, Song L. Digital Addiction. American Economic Review. 2022 Jul;112(7):2424–63.

[61] Guess AM, Malhotra N, Pan J, Barberá P, Allcott H, Brown T, et al. How do social media feed algorithms affect attitudes and behavior in an election campaign? Science. 2023 Jul 28;381(6656):398–404.

[62] Bidargaddi N, Almirall D, Murphy S, Nahum-Shani I, Kovalcik M, Pituch T, et al. To Prompt or Not to Prompt? A Microrandomized Trial of Time-Varying Push Notifications to Increase Proximal Engagement With a Mobile Health App. JMIR mHealth and uHealth. 2018 Nov 29;6(11):e10123.

[63] Bell L, Garnett C, Bao Y, Cheng Z, Qian T, Perski O, et al. How Notifications Affect Engagement With a Behavior Change App: Results From a Micro-Randomized Trial. JMIR mHealth and uHealth. 2023 Jun 9;11(1):e38342.

28

1    work hours reduced work interruptions and increased self-reported perceived productivity,

2    consistent with past research on distractions.[64] Small randomized trials suggest that "batching"

3    notifications – when notifications are sent in batches at regularly scheduled intervals instead of

4    immediately throughout the day – generally improves self-reported attentiveness, productivity,

5    mood, and sense of control over one's phone,[65] but that eliminating notifications entirely does not

6    have these same benefits and may result in increased anxiety and fear of missing out. [66, 67]

7        61.    A limitation of the research described above on personalized feeds and push

8    notifications is that those studies were conducted on adults. However, there is no reason to think

9    the ability of these tools to increase time spent on social media would be substantially different in

10   children, particularly since frontal brain regions that play a key role in planned decision making

11   and self-control typically develop fully only after adolescence.[68]  In short, the collection of

12   findings above are consistent with the hypothesis that limiting the use of personalized feeds and

13   push notifications on children could reduce the amount of time children spend on social media.

14   And the research described in sections I-III of this declaration suggests that, if children reduce the

15   _____

16       [64] Ohly S, Bastin L. Effects of task interruptions caused by notifications from

17   communication applications on strain and performance. J Occup Health. 2023 Jun

18   6;65(1):e12408.

19       [65] Fitz N, Kushlev K, Jagannathan R, Lewis T, Paliwal D, Ariely D. Batching smartphone

20   notifications can improve well-being. Computers in Human Behavior. 2019 Dec 1;101:84–94.

21       [66] Fitz N, Kushlev K, Jagannathan R, Lewis T, Paliwal D, Ariely D. Batching smartphone

22   notifications can improve well-being. Computers in Human Behavior. 2019 Dec 1;101:84–94.

23       [67] Dekker CA, Baumgartner SE, Sumter SR, Ohme J. Beyond the Buzz: Investigating the

24   Effects of a Notification-Disabling Intervention on Smartphone Behavior and Digital Well-Being.

25   Media Psychology. 0(0):1–27.

26       [68] Johnson SB, Blum RW, Giedd JN. Adolescent Maturity and the Brain: The Promise and

27   Pitfalls of Neuroscience Research in Adolescent Health Policy. J Adolesc. Health. 2009

28   Sep;45(3):216–21.

29

1    amount of time they spend on social media, their mental health will improve.

2                                    **CONCLUSIONS**

3          62.    My own research, as well as the review of published research by others presented

4    above, supports the hypothesis that a law limiting minors' engagement with social media is a

5    public health intervention that could result in improvements in the mental health of children in

6    California. I reach this conclusion for the following reasons.

7          63.    First, children and youth who spend more time on social media experience worse

8    mental health outcomes across multiple domains of mental health. In particular, frequent social

9    media use is associated with negative sleep, depression, anxiety, and self-image and body self-

10   esteem outcomes. Further, very high levels of social media use are common among U.S. youth.

11   This suggests that interventions that reduce the amount of time children spend on social media

12   use could have benefits for many children.

13         64.    Second, multiple randomized trials—conducted with different age groups and

14   across different settings, and published in peer reviewed scientific journals—found that

15   temporarily limiting or restricting access to social media improved participants' subjective

16   wellbeing, self-image and body image, depression and anxiety symptoms, and sleep quality,

17   although precise findings vary from study to study. Randomized trials also show that, when

18   participants received interventions to help them reduce their social media use, those who were the

19   subjected to the interventions kept reducing their social media use even after interventions ended.

20   Thus, the existing experimental evidence corroborates the notion that a substantial portion of time

21   spent on social media is due to habit formation, not goal-directed or utility-maximizing behavior,

22   and that reducing time spent on social media improves mental health.

23         65.    Third, research suggests a number of plausible explanations for why using more

24   social media could lead to worse mental health among children. First, frequent social media use is

25   associated with reduced sleep time and worse sleep quality. Sleep duration and quality are both

26   essential to adolescent psychological well-being and brain development. Second, use of social

27   media may create a forum where youth constantly compare themselves to idealized images of

28   others. This may foster low self-esteem and negative self-image, particularly in adolescent girls.

Third, children may be exposed to harassment or harmful content on social media, and survey studies suggest that cyberbullying is a common experience among youth today (although that bullying may or may not take place on social media). Fourth, because research shows that a substantial proportion of time spent on social media appears to be due to habit formation and self-control problems, time spent on social media use may crowd out time that would otherwise be spent on activities that promote positive mental health such as socializing, physical activity, or academic engagement.

66.     Fourth, there is evidence that push notifications and personalized social media feeds are tools that can increase user engagement with social media applications. By limiting the use of push notifications during sleep hours and school hours, SB 976 has not only adopted a strategy that seems likely to reduce overall time spent on social media, but it has also adopted an approach that specifically targets critical windows when social media may particularly impair the completion of essential activities that may affect minors' mental health and wellbeing—sleep and school. Further, randomized trials conducted using direct changes to Facebook and Instagram algorithms showed that switching from personalized feeds to reverse-chronological feeds greatly reduced time spent on social media applications, suggesting this is an appropriate target for policies seeking to reduce children's social media use.

67.     Therefore, my professional opinion is that the preponderance of existing evidence to date supports the hypothesis that the provisions in SB 976 will be an effective public health measure that can improve pediatric mental health and wellbeing in California by reducing the amount of time children spend on social media, particularly during critical periods like sleep and school hours.

31

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Executed on December 02, 2024, at Baltimore, Maryland.

4

5    _____

6    Kenneth A. Feder, Ph.D.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. of Kenneth A. Feder, Ph.D. (5:24-cv-07885-EJD)

# EXHIBIT A

Feder page 1
*02/03/2024*

# CURRICULUM VITAE

## Kenneth Aaron Feder, PhD

**PROFESSIONAL DATA**

Assistant Research Professor
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health
624 N Broadway, Baltimore, MD 21205
Kfeder1@jh.edu

**EDUCATION AND TRAINING**

| 2019 | PhD | Johns Hopkins Bloomberg School of Public Health | Mental Health |
| 2012 | BA | Wesleyan University | Physics |
| 2012 | BA | Wesleyan University | Psychology |

**PROFESSIONAL EXPERIENCE**

2023-Present    Assistant Research Professor
                Department of Mental Health
                Johns Hopkins Bloomberg School of Public Health

2021-2023       Assistant Scientist
                Department of Mental Health
                Johns Hopkins Bloomberg School of Public Health

2019-2021       Epidemic Intelligence Service (EIS) Officer
                Centers for Disease Control and Prevention (CDC)
                Assigned to: Maryland Department of Health

2012-2015       Policy Fellow, Connecticut Voices for Children

**HONORS AND AWARDS**

2024    Bloomberg School of Public Health Student Assembly Advising Mentoring and
        Teaching Recognition Award
2020    Arc of Montgomery County Annual Public Service Award
2019    *Delta Omega,* inducted
2019    Morton Kramer Fund for the Application of Biostatistics and Epidemiology in
        Research on the Prevention and Control of Mental Disorders, Department of
        Mental Health, Johns Hopkins Bloomberg School of Public Health
2017    Paul V. Lemkau Scholarship Fund, Department of Mental Health, Johns Hopkins
        Bloomberg School of Public Health

Feder page 2
*02/03/2024*

2015    Mental Health Scholar Award, Department of Mental Health, Johns Hopkins Bloomberg School of Public Health
2014    Connecticut Health Foundation Health Leadership Fellowship
2012    *Phi Beta Kappa,* inducted

## EDITORIAL AND OTHER PEER REVIEW ACTIVITIES

*Journal Peer Review Activities*

*Ad hoc* reviewer for: Drug and Alcohol Dependence, JAMA Psychiatry, Journal of Comparative Effectiveness Research, Journal of Medical Internet Research, Journal of Substance Use and Addiction Treatment, Pediatrics, Psychiatry Research, Prevention Science, Psychological Medicine, Substance Abuse, Substance Use and Misuse, Health Affairs

## PUBLICATIONS

*Journal Articles*

Sosnowski DW, Rabinowitz JA, Feder KA, Strickland JC, Hancock DB, Uhl, GR, Ialongo NS, & Maher BS. Polygenic Risk for Substance Use Disorders as Predictors of Substance Use Initiations Among African American Youth. *Journal of Studies on Alcohol and Drugs*. In press.

**Feder KA**, Li Y, Burke KN, Byrne L, Desai IK, Saloner B, Krawczyk N. Client and Program-Level Factors Associated with Planned Use of Medications for Opioid Use Disorder in Specialty Substance Use Treatment Programs: Evidence from Linked Administrative Data and Survey Data. Journal of Substance Use and Addiction Treatment. In press.

Sonsowski DW, **Feder KA,** Genberg BL, Mehta SH, Kirk GD. Association of Primary Care Engagement with Initiation and Continuation of Medication Treatment for Opioid Use Disorder Among Persons with a History of Injection Drug Use. *Drug and Alcohol Dependence*. 2024 Sep 1;262:111383. https://doi.org/10.1016/j.drugalcdep.2024.111383.

Burke, KN, Krawczyk N, Li Y, Byrne L, Desai IK, Bandara SN, **Feder KA**. Barriers and facilitators to use of buprenorphine in state-licensed specialty substance use treatment programs: A survey of program leadership. *Journal of Substance Use and Addiction Treatment. 2024* Jul:162:209351. doi: 10.1016/j.josat.2024.209351

Baker P, Cepeda JA, Schluth C, Astemborski J, **Feder KA**, Rudolph J, et al. Time-to-completion of COVID-19 vaccination primary series varies by HIV viral

load status among people who inject drugs in Baltimore, Maryland. *Preventive Medicine Reports*. 2023 Dec 1;36:102448.

**Feder KA**, Byrne L, Miller SM, Sodder S, Saloner B. Beliefs and Attitudes about Vermont's Buprenorphine Decriminalization Law among Clinicians Who Prescribe Buprenorphine. *Substance Use & Misuse*. 2024 Jan 2;59(1):150–3.

**Feder KA**, Patel EU, Buresh M, Kirk GD, Mehta SH, Genberg BL. Trends in Self-Reported Non-Fatal Overdose and Patterns of Substance Use Before and During the COVID-19 Pandemic in a Prospective Cohort of Adults who Have Injected Drugs --- Baltimore, Maryland, 2014-2022. *Drug and Alcohol Dependence*. 2023 Sep 4;110954.

**Feder KA** (co-first author), Harris SJ (co-first author), Byrne L, Miller SM, Sodder S, Berman V, et al. Attitudes and beliefs about Vermont's 2021 buprenorphine decriminalization law among residents who use illicit opioids. *Drug and Alcohol Dependence*. 2023 Jul 6;110879.

Treitler P, Nowels M, **Feder KA**, Saloner B, Reeves R, DeBilio L, Crystal S. Hospital Use and Mortality Among Decarcerated Individuals with Substance Use Disorder After a Large-Scale COVID-19 Emergency Prison Release Program. JAMA Health Forum. 2023;4(6):e231200. doi:10.1001/jamahealthforum.2023.1200.

Solomon KT, O'Connor J, Gibbons JB, Kilaru AS, **Feder KA**, Xue L, et al. Association Between Hospital Adoption of an Emergency Department Treatment Pathway for Opioid Use Disorder and Patient Initiation of Buprenorphine After Discharge. JAMA Health Forum. 2023 Mar 24;4(3):e230245.

Patel EU, Astemborski J, **Feder KA**, Rudolph JE, Winiker A, Sosnowski DW, Kirk GD, Mehta SH, Genberg BL. Temporal association of pre-pandemic perceived social support with psychological resilience and mental health symptoms during the COVID-19 pandemic among people with a history of injection drug use. *Drug and Alcohol Dependence*. 2023 Mar 1. https://doi.org/10.1016/j.drugalcdep.2023.109802

**Feder KA**, Sun J, Rudolph JE, Cepeda J, Astemborski J, Baker PA, et al. Mortality by Cause of Death during Year 1 of the COVID-19 Pandemic in a Cohort of Older Adults from Baltimore Maryland who Have Injected Drugs. *Int J Drug Policy*. 2022 Aug 23;103842.

**Feder KA**, Choi J, Schluth CG, Hayashi K, DeBeck K, Milloy MJ, et al. Factors associated with self-reported avoidance of harm reduction services during the COVID-19 pandemic by people who use drugs in five cities in the United States and Canada. *Drug and Alcohol Dependence*. 2022 Jun 24;109544. https://doi.org/10.1016/j.drugalcdep.2022.1095441.

Cepeda JA, **Feder KA**, Astemborski J, Schluth C, Kirk GD, Mehta SH, Genberg BL. COVID-19 Vaccine Hesitancy and Vaccination Status in a Community-Based Cohort of People Who Inject Drugs in Baltimore, Maryland, March–June 2021. Public Health Reports. 2022 Sep;137(5):1031-40.

Sosnowski DW (co-first author), **Feder KA** (co-first author), Astemborski J, Letourneau EJ, Musci RJ, Mojtabai R, McCall L, Hollander E, Loving L, Maher B.S, Kirk GD, Mehta SH, Sun J. Adverse childhood experiences and comorbidity in a cohort of people who have injected drugs. BMC Public Health 2022;22(1):986. DOI: 10.1186/s12889-022-13369-5

Bullinger LR, Wang V, **Feder KA**. Effects of Opioid Treatment Programs on Child Well-Being. The ANNALS of the American Academy of Political and Social Science. 2022 Sep 1;703(1):79–105.

**Feder KA**, Patel A, Vepachedu VR, Dominguez C, Keller EN, Klein L, Kim C, Blood T, Hyun J, Williams TW, Feldman KA, Mostafa HH, Morris CP, Ravel J, Duwell M, Blythe D, & Myers R. Association of E484K spike protein mutation with SARS-CoV-2 infection in vaccinated persons—Maryland, January – May 2021. *Clinical Infectious Diseases*. 2021;ciab762.
https://doi.org/10.1093/cid/ciab762

Reagan-Steiner S, Gary J, Matkovic E, Ritter JM, Shieh W-J, Martines RB, Werner AK, Lynfield R, Holzbauer S, Bullock H, Denison AM, Bhatnagar J, Bollweg BC, Patel M, Evans ME, King BA, Rose DA, Baldwin GT, Jones CM, Krishnasamy V, Briss PA, Weissman DN, Meaney-Delman D, Zaki SR, Jatlaoui T, Koumans E, Kiernan E, Petersen E, Karwowski MP, Valentin-Blasini L, Blount BC, Cummings KJ, Ghinai I, **Feder K**, Wells EV, Turabelidze G, Byers P, Tanz LJ, Navarette KA, Ramadugu K, Dewart C, Miller J, Squires K, Marsden L, Fields CA. Pathological findings in suspected cases of e-cigarette, or vaping, product use-associated lung injury (Evali): a case series. *The Lancet Respiratory Medicine*. 2020;8(12):1219-1232. doi:10.1016/S2213-2600(20)30321-0

**Feder KA**, Ali MM, Sherman LJ, Letourneau E, Barry CL, Stuart EA, Mutter R. Elevated prevalence of antisocial behavior in adolescent children whose mothers misuse opioids. *Drug and Alcohol Dependence*. 2020;215:108153. doi:10.1016/j.drugalcdep.2020.108153

**Feder KA**, Mojtabai R, Stuart EA, Musci R, Letourneau EJ. Florida's opioid crackdown and mortality from drug overdose, motor vehicle crashes, and suicide: a bayesian interrupted time-series analysis. *American Journal of Epidemiology*. 2020;189(9):885-893. doi:10.1093/aje/kwaa015

Mutter R, **Feder KA**, Ali MM. Characteristics of individuals who receive pharmacotherapy while in treatment for opioid use disorder in the united states.

Feder page 5
*02/03/2024*

*Addictive Disorders & Their Treatment*. 2020;19(2):77-83.
doi:10.1097/ADT.0000000000000185

Zajac L, Prendergast S, **Feder KA**, Cho B, Kuhns C, Dozier M. Trajectories of
sleep in Child Protective Services (Cps)-referred children predict externalizing
and internalizing symptoms in early childhood. *Child Abuse & Neglect*.
2020;103:104433. doi:10.1016/j.chiabu.2020.104433

Tormohlen KN, Krawczyk N, **Feder KA**, Riehm KE, Crum RM, Mojtabai R.
Evaluating the role of Section 1115 waivers on Medicaid coverage and utilization
of opioid agonist therapy among substance use treatment admissions. *Health
Services Research*. 2020;55(2):232-238. doi:https://doi.org/10.1111/1475-
6773.13250

Riehm KE, **Feder KA**, Tormohlen KN, Crum RM, Young AS, Green KM, Pacek
LR, La Flair LN, Mojtabai R. Associations between time spent using social media
and internalizing and externalizing problems among us youth. *JAMA Psychiatry*.
2019;76(12):1266-1273. doi:10.1001/jamapsychiatry.2019.2325

Riehm KE, Rojo-Wissar DM, **Feder KA**, Mojtabai R, Spira AP, Thrul J, Crum
RM. E-cigarette use and sleep-related complaints among youth. *Journal of
Adolescence*. 2019;76:48-54. doi:10.1016/j.adolescence.2019.08.009

Boggis JS, **Feder K**. Trends in and correlates of tranquilizer misuse among adults
who misuse opioids in the United States, 2002–2014. *Drug and Alcohol
Dependence*. 2019;198:158-161. doi:10.1016/j.drugalcdep.2019.01.014

**Feder KA**, Heatherington L, Mojtabai R, Eaton WW. Perceived marital support
and incident mental illness: evidence from the national comorbidity survey.
*Journal of Marital and Family Therapy*. 2019;45(4):668-683.
doi:https://doi.org/10.1111/jmft.12343

Riehm KE, Young AS, **Feder KA**, Krawczyk N, Tormohlen KN, Pacek LR,
Mojtabai R, Crum RM. Mental health problems and initiation of e-cigarette and
combustible cigarette use. *Pediatrics*. 2019;144(1). doi:10.1542/peds.2018-2935

Novak P, **Feder KA**, Ali MM, Chen J. Behavioral health treatment utilization
among individuals with co-occurring opioid use disorder and mental illness:
Evidence from a national survey. *Journal of Substance Abuse Treatment*.
2019;98:47-52. doi:10.1016/j.jsat.2018.12.006

**Feder KA**, Krawczyk N, Mojtabai R, Crum RM, Kirk G, Mehta SH. Health
insurance coverage is associated with access to substance use treatment among
individuals with injection drug use: Evidence from a 12-year prospective study.
*Journal of Substance Abuse Treatment*. 2019;96:75-81.
doi:10.1016/j.jsat.2018.08.012

**Feder KA**, Mojtabai R, Musci RJ, Letourneau EJ. U.S. adults with opioid use disorder living with children: Treatment use and barriers to care. *Journal of Substance Abuse Treatment*. 2018;93:31-37. doi:10.1016/j.jsat.2018.07.011

Holingue C, Owusu JT, **Feder KA**, Spira AP. Sleep duration and C-reactive protein: Associations among pregnant and non-pregnant women. *Journal of Reproductive Immunology*. 2018;128:9-15. doi:10.1016/j.jri.2018.05.003

Mojtabai R, **Feder KA**, Kealhofer M, Krawczyk N, Storr C, Tormohlen KN, Young AS, Olfson M, Crum RM. State variations in Medicaid enrollment and utilization of substance use services: Results from a National Longitudinal Study. *Journal of Substance Abuse Treatment*. 2018;89:75-86. doi:10.1016/j.jsat.2018.04.002

**Feder KA**, McCart MR, Kahn G, Mauro PM, Sheidow AJ, Letourneau EJ. Association of mental health symptoms and peer behaviors with risk for substance use and condomless sex among youths in juvenile drug court. *Journal of Child & Adolescent Substance Abuse*. 2018;27(3):133-145. doi:10.1080/1067828X.2018.1430642

Krawczyk N, Picher CE, **Feder KA**, Saloner B. Only one in twenty justice-referred adults in specialty treatment for opioid use receive methadone or buprenorphine. *Health Affairs*. 2017;36(12):2046-2053. doi:10.1377/hlthaff.2017.0890

**Feder KA**, Mojtabai R, Krawczyk N, Young AS, Kealhofer M, Tormohlen KN, Crum RM. Trends in insurance coverage and treatment among persons with opioid use disorders following the Affordable Care Act. *Drug and Alcohol Dependence*. 2017;179:271-274. doi:10.1016/j.drugalcdep.2017.07.015

Krawczyk N, **Feder KA**, Fingerhood MI, Saloner B. Racial and ethnic differences in opioid agonist treatment for opioid use disorder in a U.S. national sample. *Drug and Alcohol Dependence*. 2017;178:512-518. doi:10.1016/j.drugalcdep.2017.06.009

Krawczyk N, **Feder KA**, Saloner B, Crum RM, Kealhofer M, Mojtabai R. The association of psychiatric comorbidity with treatment completion among clients admitted to substance use treatment programs in a U.S. national sample. *Drug and Alcohol Dependence*. 2017;175:157-163. doi:10.1016/j.drugalcdep.2017.02.006

**Feder KA**, Krawczyk N, Saloner B. Medication-assisted treatment for adolescents in specialty treatment for opioid use disorder. *Journal of Adolescent Health*. 2017;60(6):747-750. doi:10.1016/j.jadohealth.2016.12.023

*Chapters*

Shields RT, **Feder KA**. The public health approach to preventing sexual violence. In: Jeglic EL, Calkins C, eds. *Sexual Violence: Evidence Based Policy and Prevention*. Springer International Publishing; 2016:129-144. doi:10.1007/978-3-319-44504-5_9

*Articles, Editorials and Other Publications Not Peer Reviewed*

**Feder KA**, Mojtabai R, Stuart EA. Feder et al. Respond to "opioids, economic factors, and misclassification." *American Journal of Epidemiology*. 2020;189(9):898-899. doi:10.1093/aje/kwaa014

**Feder KA**, Riehm KE, Mojtabai R. Is there an association between social media use and mental health? The timing of confounding measurement matters—reply. *JAMA Psychiatry*. 2020;77(4):438-438. doi:10.1001/jamapsychiatry.2019.4503

**Feder KA**. Children in the united states opioid epidemic. Published online April 8, 2019. Accessed February 28, 2021. https://dspace-prod.mse.jhu.edu/handle/1774.2/61589

**Feder KA**, Letourneau EJ, Brook J. Children in the opioid epidemic: addressing the next generation's public health crisis. *Pediatrics*. 2019;143(1). doi:10.1542/peds.2018-1656

Saloner B, **Feder KA**, Krawczyk N. Closing the medication-assisted treatment gap for youth with opioid use disorder. *JAMA Pediatrics*. 2017;171(8):729-731. doi:10.1001/jamapediatrics.2017.1269

## PRACTICE ACTIVITIES

*Morbidity and Mortality Weekly Report (MMWR)*

**Feder KA**, Pearlowitz M, Goode A, et al. Linked Clusters of SARS-CoV-2 Variant B.1.351 — Maryland, January–February 2021. MMWR Morb Mortal Wkly Rep 2021;70(17):627–31.

Godfred-Cato S, Bryant B, Leung J, Oster ME, Conklin L, Abrams J, Roguski K, Wallace B, Prezzato E, Koumans EH, Lee EH, Geevarughese A, Lash MK, Reilly KH, Pulver WP, Thomas D, **Feder KA**, Hsu KK, Plipat N, Richardson G, Reid H, Lim S, Schmitz A, Pierce T, Hrapcak S, Datta D, Morris SB, Clarke K, Belay E. Covid-19–associated multisystem inflammatory syndrome in children — united states, march–july 2020. MMWR Morb Mortal Wkly Rep. 2020;69(32):1074-1080. doi:10.15585/mmwr.mm6932e2

*Practice Related Reports*

> **Feder KA**, Byrne L, Miller SM, Sodder S, Berman V, Livingston A, Edwards, J, Hartman S, Harris SJ, Sugarman OK, Shah H, Xu J, Raikes J, Gattine S, Saloner B. Evaluation of a Vermont law eliminating state criminal penalties for possessing 224 milligrams or less of buprenorphine: A report prepared by the Johns Hopkins Evaluation Team of the Bloomberg Overdose Prevention Initiative for Monica Hutt, Chief Prevention Officer, State of Vermont. In press.

*Legislative Testimony*

> **Feder KA.** Invited testimony regarding H222: An act related to reducing overdoses. Testimony to Vermont House Committee on Human Services. 2023. https://legislature.vermont.gov/committee/document/2024/16/Date/2-22-2023#documents-section

*Presentations to Policymakers, Communities, and Other Stakeholders*

> Desai IK, Krawczyk N, **Feder KA.** Medication assisted treatment in New Jersey Drug Treatment Programs. Presentation to New Jersey Office of the Governor.

> Desai IK, Krawczyk N, **Feder KA.** Medication assisted treatment in New Jersey Drug Treatment Programs: a qualitative study. Presentation to New Jersey Division of Mental Health and Addiction Services.

> Burke KN, **Feder KA**, Krawczyk N**.** Medication assisted treatment in New Jersey Drug Treatment Programs: a survey study. Presentation to New Jersey Division of Mental Health and Addiction Services.

> **Feder KA.** Evaluation of buprenorphine decriminalization in Vermont. Presentation to Vermont State Epidemiology Outcomes Workgroup. 2022

> **Feder KA.** Evaluation of buprenorphine decriminalization in Vermont. Presentation to substance use treatment providers in Vermont. 2022

> **Feder KA.** Evaluation of buprenorphine decriminalization in Vermont. Presentation to Vermont Chief Prevention Officer. 2022

> **Feder KA**, Ryff KF, Schaar, D, Rao CY. COVID-19 in Hispanic & Latino Communities in Montgomery and Prince George's County Maryland: Preliminary Findings. Briefing following CDC deployment presented for Maryland, Montgomery, and Prince George's County health departments. 2020

Feder page 9
*02/03/2024*

**Feder KA**. Surveillance for Acute Flaccid Paralysis in East Shewa Zone of Oromia Region of Ethiopia. Briefing following CDC deployment to Ethiopia for Global Polio Eradication Initiative (GPEI). 2020

**Feder KA**. Preventing and Responding to COVID-19 Outbreaks in Group Homes for Persons with Intellectual and Developmental Disabilities. Maryland Department of Health briefing for directors of Maryland disability services providers.  2020

*Media Dissemination*

**Feder KA.** Eliminating criminal penalties for buprenorphine may ease overdose crisis. *VT Digger.* 2023; https://vtdigger.org/2023/05/25/kenneth-feder-eliminating-criminal-penalties-for-buprenorphine-may-ease-overdose-crisis/

**Feder KA**, Krawczyk N. Four facts every journalist should know when covering the opioid epidemic. *Columbia Journalism Review*. 2017; https://www.cjr.org/local_news/opioid-journalist-advice.php.

Feder page 10
*02/03/2024*

# PART II

**TEACHING**

*Doctoral Advisees*

    2024-Present  Himani Byregowda

*Capstone Advisees*

    2024-2025  Chau Huynh
                  Master of Public Health

    2024-2025  Erin Smith
                  Master of Public Health

    2024-2025  Marissa Gunnarsson
                  Master of Public Health

    2023-2024  Jorden Arbour
                  Master of Public Health
                  Thesis: A Scoping Review of Naloxone Distribution from the Emergency Department

    2023-2024  Jennifer Harlow
                  Master of Public Health
                  Thesis: Hospital-based harm reduction practices for patients with opioid use disorder: a literature review

    2023-2024  Iyesatu Barrie-Mason
                  Master of Public Health
                  Thesis: Mortality among adults with major depressive disorder: a literature review

    2023-2024  Ana Katsafanas
                  Master of Public Health
                  Thesis: Mortality among adults who use illicit opioids: a literature review

    2023-2024  Mark Lucia
                  Master of Public Health
                  Thesis: Association of drug route of administration with self-reported non-fatal overdose before and after the onset of the COVID-19 pandemic

Feder page 11
*02/03/2024*

2022-2023    Nicole Fong, MA
Public Health Biology
Thesis: Assessing changes in the emergency department and
hospital utilization of people who have injected drugs, from the
pre-pandemic period (Jan 1, 2017– Feb 29, 2020) to the COVID-
19 pandemic period (Mar 1, 2020–Jan 15, 2023)

2022-2023    Dalya AlJuboori, MHS
Mental Health
Thesis: The factors associated with mental health service initiation
among people who have injected drugs with suicidal ideation.

2021-2022    Noah Burton, MHS
Mental Health
Thesis: Serious mental illness affecting substance use treatment
dropout and relapse in people who inject drugs

2021-2022    Shereen Sodder, MPH
Thesis: Evaluating the impact of buprenorphine decriminalization
in Vermont

*Practicum Advisees*

2022-2023    Kathryn Burke, MPH
Master of Public Health

*External Mentees*

2023-2024    Yuzhong Li
NYU School of Global Public Health
Master of Science in Biostatistics
Summer internship co-mentor

*Preliminary Oral Exam Participation*

2024    Casey Hughes
DrPH, Johns Hopkins Bloomberg School of Public Health
Thesis: Exploring the Influence of Weight Management Hope on
Weight-Related Cognitions, Behaviors, and Outcomes Among
People with Obesity
Baltimore, Maryland

2024    Michael Ramirez
PhD, Department of Mental Health Oral Exam

Thesis: From Predictors to Prediction: Uncovering Vulnerability to Overdose Mortality Among People Who Inject Drugs in Baltimore, Maryland

2024 Victoria Green
Department of Mental Health
Thesis: Examining the impact of psychiatric rehabilitation programs among adults with serious mental illness in Maryland: A mixed methods study

2023 Justin Rose
Department of Health Policy and Management
Thesis: Local land use policies and geographic access to substance use disorder treatment

*Final Oral Exam Participation*

2023 Savannah G. Brenneke
Department of Mental Health (Alternate)
Thesis: Applications of traditional epidemiologic and novel infodemiologic approaches to monitoring cannabis and patterns of its use in the us population: Findings from the national household survey on drug use and health (NSDUH) and Reddit

*Classroom Instruction*

2023 Statistics for Psychosocial Measurement: Measurement Models
330.657.01 (in person)
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health
Instructor

2023 Statistics for Psychosocial Measurement: Measurement Models
330.657.81 (asynchronous online)
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health
Instructor

2018 Psychiatric Epidemiology
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health
Teaching Assistant (Instructors: William Eaton and Heather Volk)

2017 Public Mental Health
Department of Mental Health
Johns Hopkins Bloomberg School of Public Health

Feder page 13
*02/03/2024*

Teaching Assistant (Instructor: M. Daniele Fallin)

*Guest Lectures*

The United States' Shadow Behavioral Health System
Mental Health Services and Systems
Rutgers School of Public Health

# RESEARCH GRANT PARTICIPATON

2023-    Measuring 40 years of excess mortality among persons with mental and behavioral disorders in Baltimore: A genetically-informed multi-cohort analysis
Johns Hopkins University Discovery Award ($100,000)
Principal Investigator: Kenneth A. Feder

2023-    The short- and long-term dynamics of opioid-stimulant use: Mixed methods to inform overdose prevention and treatment related to polysubstance use ($2,158,107)
R01-DA-057673-01
Principal Investigator: Becky Genberg
Role: Co-investigator

2022-    Association of non-prescribed use of buprenorphine and methadone with HIV transmission and progression risk behaviors among adults who have injected drugs ($50,000)
Center for AIDS Research
Johns Hopkins University
Principal Investigator: Kenneth A Feder

2021-    Primary care engagement, chronic disease risk, and overdose prevention: A multi-decade cohort study ($30,000)
Center for Injury Research and Policy
Johns Hopkins Bloomberg School of Public Health
Principal Investigator: Kenneth A Feder

2021-    When pandemics collide: The intersection of the opioid crisis, COVID-19 and HIV pandemics among people who inject drugs in the United States
National Institute on Drug Abuse
R01-DA-053136 ($637,354)
Principal Investigator: Becky Genberg
Role: Co-investigator

2021-    Evaluation and Technical Assistance of State Opioid Strategies

Feder page 14
*02/03/2024*

Bloomberg Philanthropies ($1,100,000)
Principal Investigator: Joshua Sharfstein
Role: Co-investigator

2017-2019   Collateral consequences of the United States opioid epidemic for children.
National Institute on Drug Abuse
F31 DA044699 ($88,000)
Principal Investigator: Kenneth A Feder

2017-2019   Childhood Adversity in the United States Opioid Epidemic
Doris Duke Foundation
Fellowship for the Promotion of Child Wellbeing ($60,000)
Principal Investigator: Kenneth A Feder


## PRESENTATIONS

*Scientific Meetings*

**Desai IK,** Burke K, Raikes J, Xu J, Li Y, Saloner B, Bandara S, Feder KA, Krawczyk N. Barriers and Facilitators of MOUD Implementation in Specialty Treatment Programs in New Jersey: A Qualitative Study. College on Problems of Drug Dependence. June 2024.

Moon KJ, **Feder KA**, Kirk GD, Mehta SH, Genberg BL. 1 in 14 prevalence of supplementing methadone or buprenorphine treatment with non-prescribed methadone or buprenorphine in a cohort of people who have injected drugs. College on Problems of Drug Dependence. June 2024.

Bandara S, Ganestsky V, **Feder KA**, Saloner B. (2023) Characterizing implementation of state and hospital policies on plans of safe care and the reporting of "substance exposed newborns" to child welfare agencies. Academy Health Annual Dissemination and Implementation Conference. December 2023.

Baker P, Cepeda J, Schluth C, Astemborski J, **Feder KA**, Rudolph J, Kirk GD, Mehta SH, Genberg BL. HIV viral load and time-to-COVID-19 vaccination among people who inject drugs. Poster presented at the Conference on Retroviruses and Opportunistic Infections, Annual Meeting, Seattle, WA. 2023.

**Feder KA.** Meeting the Needs of Children Affected by the U.S. Opioid Epidemic. Lecture presented at the Moore Center for the Prevention of Child Sexual Abuse Annual Symposium, Baltimore, MD, 2019.

**Feder KA**. Children and Families in the Opioid Epidemic. Lecture presented at the American Professional Society on the Abuse of Children Annual Colloquium, New Orleans, LA. 2019

(109 of 159), Page 109 of 159    Case: 25-146    01/13/2025, DktEntry: 8.2, Page 109 of 159
Case 5:24-cv-07885-EJD    Document 18-2    Filed 12/03/24    Page 49 of 49

Feder page 15
*02/03/2024*

**Feder KA**, Krawczyk N, Mojtabai R., Crum RM, Kirk GD, Mehta SH. Acquiring Insurance Coverage is Associated with Accessing Substance Use Treatment among People who Inject Drugs. Poster presented at the College on Problems for Drug Dependence Annual Meeting, San Diego, CA. 2018

**Feder KA**. Descriptive Epidemiology of Families Affected by the United States' Opioid Epidemic. Poster presented at the Moore Center for the Prevention of Child Sexual Abuse Annual Symposium, Johns Hopkins University, Baltimore, MD. 2018

**Feder KA**. DSM-IV diagnoses associated with perpetrating child maltreatment in a nationally representative sample. Poster presented at the Moore Center for the Prevention of Child Sexual Abuse Annual Symposium, Johns Hopkins University, Baltimore, MD. 2018

Krawczyk N, **Feder KA**. Racial and Ethnic Disparities in Opioid Agonist Treatment for Opioid Use Disorder in a U.S. National Sample. Poster presented at the annual meeting of the College on Problems of Drug Dependence, Montreal, Canada. 2018

*Invited Seminars*

**Feder KA.** Protecting children during public health crises: from the opioid epidemic to COVID-19. Public job talk presented to Johns Hopkins Bloomberg School of Public Health, Baltimore, MD. 2021.

**Feder KA**. COVID-19 in a Network of Group Homes for Adults with Intellectual and Developmental Disabilities – Maryland, 2020. Lecture presented at the EIS presentation series, Atlanta, GA. 2021.

**Feder KA**, Krawczyk N. Unseen Populations and Unmet Need in the United States Opioid Epidemic. Lecture presented at the Johns Hopkins Bloomberg School of Public Health, Department of Mental Health Weekly Seminar, Baltimore, MD. 2018

# EXHIBIT 3:
# DECLARATION OF SERGE EGELMAN, PH.D

1   Rob Bonta
    Attorney General of California
2   Lara Haddad, State Bar No. 319630
    Supervising Deputy Attorney General
3   Jennifer E. Rosenberg, State Bar No. 275496
    Shiwon Choe, State Bar No. 320041
4   Christopher J. Kissel, State Bar No. 333937
    Deputy Attorneys General
5     300 South Spring Street, Suite 1702
      Los Angeles, CA  90013-1230
6     Telephone:  (213) 269-6388
      Fax:  (916) 731-2124
7     E-mail:  Christopher.Kissel@doj.ca.gov
    *Attorneys for Defendant Rob Bonta, in his official*
8   *capacity as Attorney General of California*

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

    | | |
    |---|---|
    | **NETCHOICE,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 5:24-cv-07885-EJD<br><br>**DECLARATION OF SERGE EGELMAN, PH.D., IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          December 17, 2024<br>Time:          9 a.m.<br>Courtroom:   4, 5th Floor<br>Judge:         Honorable Edward J. Davila<br>Trial Date:    None Set<br>Action Filed:  November 12, 2024 |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SERGE EGELMAN, PH.D.**

I, Serge Egelman, Ph.D., declare and state as follows:

1.    I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction.

**BACKGROUND & QUALIFICATIONS**

2.    I am the Research Director of the Usable Security & Privacy Group at the International Computer Science Institute (ICSI), which is a non-profit research institute affiliated with the University of California, Berkeley. I also hold a position as a research scientist within the Electrical Engineering and Computer Sciences (EECS) Department at the University of California, Berkeley. I received my Ph.D. from Carnegie Mellon University's School of Computer Science. My research has been cited over 13,000 times, and my h-index—the most common metric for scientific impact[1]—is over 50.[2]

3.    I have been performing research into online privacy for over twenty years. My research focuses on the interplay of online privacy, computer security, and human factors. In short, I study: consumer privacy and security decision making; consumer privacy preferences; privacy and security expectations; and how those expectations comport with reality (e.g., by performing technical analyses of online services and other software to examine privacy and security practices). This research involves both technical knowledge to build tools for use in measurement studies (e.g., observational studies of how user data is collected and shared in practice), as well as a deep understanding of how to apply social science methodologies (e.g., human subjects research, surveys, interviews, randomized controlled trials, etc.). I have served as an invited expert for several web standards efforts that pertained to privacy and security, and have received over a dozen awards from the research community (including: privacy research awards from two European data protection authorities, AEPD in Spain and CNIL in France; the USENIX

---

[1] J.E. Hirsch, An index to quantify an individual's scientific research output, Proc. Natl. Acad. Sci. U.S.A. 102 (46) 16569-16572, https://doi.org/10.1073/pnas.0507655102 (2005).

[2] https://scholar.google.com/citations?user=WN9t4n0AAAAJ&hl=en.

1  Security Symposium Distinguished Paper Award, from one of the top academic computer

2  security conferences; the Caspar Bowden Award for Outstanding Research in Privacy Enhancing

3  Technologies; and seven paper awards from the ACM Special Interest Group on Computer-

4  Human Interaction [SIGCHI], the top human-computer interaction conference). I have also been

5  repeatedly invited to speak at the FTC's annual "PrivacyCon" event based on my laboratory's

6  research.

7        4.     Over the past decade, my laboratory has been studying the mobile application

8  ("app") ecosystem, which has included building tools to detect when personal information is

9  accessed by mobile apps and the third parties with whom they share it. We have used these tools

10  in peer-reviewed published research studies about consumer privacy, including examining mobile

11  apps' compliance with various privacy regulations and platform policies.

12        5.     One research study performed by my laboratory demonstrated that a majority of

13  child-directed Android apps appeared to be violating the federal Children's Online Privacy

14  Protection Act of 1998 ("COPPA") in various ways,[3] which led to major policy shifts by both

15  Google and Apple, makers of the two leading mobile platforms. I have since been invited to give

16  keynotes at several international conferences on child development and technology as an expert

17  on online privacy as it pertains to children. I have also testified before the U.S. Senate on how

18  COPPA can be improved to match the realities of modern technology, and have been asked to

19  provide feedback on draft legislation from members of both houses of Congress.

20        6.     My *curriculum vitae*, which sets forth my experience and credentials more fully, is

21  attached as Exhibit A.

22        7.     I have testified as an expert in the following cases:

23  • *Garner v. Amazon.com, Inc.*, No. 2:21-cv-00750 (W.D. Wa.)
   • *Lopez et al. v. Apple, Inc.*, No. 4:19-cv-04577-JSW (N.D. Cal.)
24  

25     [3] Irwin Reyes, Primal Wijesekera, Joel Reardon, Amit Elazari Bar On, Abbas

26  Razaghpanah, Narseo Vallina-Rodriguez, and Serge Egelman. *"Won't Somebody Think of the*

27  *Children?" Examining COPPA Compliance at Scale.* Proceedings on Privacy Enhancing

28  Technologies (PoPETS), 2018(3):63–83.

2

- *Martinez et al. v. D2C, LLC d/b/a UNIVISION NOW*, No. 1:23-cv-21394-RNS (S.D. Fla.).
- *Bloom v. Zuffa LLC*, No. 2:22-cv-00412-RFB-BNW (D. Nev.)
- *Clark, et. al. v. Yodlee, Inc.*, No: 3:20-cv-05991-SK (N.D. Cal.).
- *Czarnionka v. The Epoch Times Association, Inc.*, No. 1:22-cv-6348 (S.D.N.Y.)
- *Frasco v. Flo Health, et al.*, No. 3:21-cv-00757 (N.D. Cal.).
- *Hart v. TWC Prod. & Tech. LLC*, No. 20-cv-03842-JST (N.D. Cal.)
- *In re Vizio, Inc., Consumer Privacy Litig.*, No. 8:16-ml-02693-JLS-KES (C.D. Cal.)
- *In re Linkedin User Privacy Litigation*, No. 5:12-cv-03088 EJD (N.D. Cal.)
- *In re Netflix Privacy Litigation*, Case No.: 5:11-cv-00379 EJD (N.D. Cal.)
- *District of Columbia v. Town Sports International, LLC*, No. 2020 CA 003691 B (D.C. Sup. Ct. 2020)

8.     I am being compensated in the above-entitled case at an hourly rate of $400/hour for preparing this declaration. My compensation is not in any way dependent on the outcome of this or any related proceeding.

9.     The opinions in this declaration are my expert opinions, which are based on my education and training, my peer-reviewed published research and the research of others, my knowledge of relevant technologies (including my reading of public technical documents offered by NetChoice's members about their capabilities), as well as my reading of the legislation.

10.     Portions of this declaration are taken from a declaration I authored for the California Attorney General's Office in another matter, *NetChoice v. Bonta* (N.D. Cal., Case No. 5:22-cv-08861-BLF).  I include those portions here in case they aid the Court in understanding how social media sites and applications are designed to increase engagement by minors and adults.

11.     If called to testify, I could and would testify competently to the truth of the matters discussed in this declaration.

## OPINIONS

12.     I have reviewed SB 976, California's Protecting Our Kids from Social Media Addiction Act ("the Act").

13.     I understand that SB 976 includes several features aimed at curbing excessive use of social media among children and adolescents, including by, among other things, (1) prohibiting Internet-based services or applications that provide user-generated content from providing addictive content feeds to minors absent verifiable consent; (2) prohibiting such services or

3

1 applications from sending "push notifications"[4] to minor users during the school day and between

2 the hours of 12 a.m. to 6 a.m. absent verifiable parental consent; and (3) requiring that such

3 service or applications adhere to certain default settings (including requiring that the default feed

4 provided to a child not be selected or prioritized for display based on information provided by the

5 user or associated with the user's device, other than the user's age or status as a minor).

6      14.     In my expert opinion, there is widespread use by social media companies and other

7 online service providers of algorithmic content curation designed to encourage children to spend

8 more time or money engaging with online services or otherwise acting against their best interests.

9 The Act's provisions aimed at limiting minors' excessive use of social media are reasonable and

10 technically feasible to adopt.

11 **I. DRIVING ONLINE USER ENGAGEMENT**

12      15.     In this section I provide background on how online services are monetized through

13 the collection of users' personal information, how this incentivizes "engagement," and how

14 algorithms are used to engage users and/or manipulate them into acting against their interests.

15     **A. Collection and Use of Personal Information Online**

16      16.     The "free" Internet is subsidized through the collection of users' personal

17 information for both advertising and analytics purposes. In the case of advertising, this means

18 showing Internet users ads that are specifically tailored to their inferred interests. In the case of

19 analytics, this means observing how users interact with the service in order to maximize its

20 profitability (e.g., strategically placing in-app purchase opportunities based on users' in-app

21 behaviors, identifying the users most likely to buy expensive items based on their inferred

22 demographics, manipulating users into spending more time using a service, etc.). In other cases,

23 _____

24    [4] "Push notifications" refer to notification messages that appear on consumers' devices as

25 a result of apps attempting to get the user's attention. They generally appear in the device's

26 "notification center," "status bar," or other dedicated area of the screen, and are used to encourage

27 the user to take a specific action when using the notifying app (e.g., reading a new message,

28 viewing a special offer, etc.).

1  this may mean selling the user data to third parties so that they may perform these activities and

2  other yet-unknown use cases.

3        17.     Because so much of the Internet is supported by advertisements, one key metric

4  that online services use is known as "engagement," which refers to the amount of time that

5  consumers spend using a service or the frequency of interactions that consumers have with that

6  service. That is, the more time consumers spend using a service that displays ads, the more ads

7  that consumers are likely to be shown, and therefore the more revenue that the service can derive

8  by charging advertisers to show those ads. Similarly, the more personal information that

9  consumers share with a service, the more likely those consumers are to see "relevant" ads, and

10  therefore the more likely they are to click those ads.

11        18.     Thus, many services collect analytics data to measure engagement and then use

12  this data to optimize and develop features that are likely to lead to greater levels of engagement

13  (i.e., more time spent using the service or more monetizable personal information divulged to the

14  service).[5] More engagement results in more advertisements being viewed (due to more time

15  spent using the service), resulting in more revenue.

16        19.     Advertisements are targeted at users based on inferences about those users'

17  interests. Individual users' interests are inferred based on data automatically collected from them:

18  the services they use, how they use them, from where they use them, and so forth. In short, online

19  and offline activities are tracked, which allows companies to maintain detailed profiles of

20  individual user behavior, which in turn is used to predict users' interests, preferences, and even

21  demographics. The collected information may be used to predict a consumer's religion, health

22  conditions, sexual orientation, or political affiliation; some of this information may be revealed by

23  the device's location alone (e.g., where they live, who they live with, where they work, etc.), or

24  _____

25      [5] Filippo Menczer, "How 'Engagement' Makes You Vulnerable to Manipulation and

26  Misinformation on Social Media." *The Conversation,* September 20, 2021,

27  https://theconversation.com/how-engagement-makes-you-vulnerable-to-manipulation-and-

28  misinformation-on-social-media-145375. Accessed: October 22, 2024.

1 even by just the name of the app that is being used (e.g., revealing sexual orientation, religion,

2 age, or socioeconomic status).

3       20.     For example, Meta, a NetChoice member, uses the personally identifiable

4 information that it collects to build dossiers about users' interests, preferences, activities (both

5 online and offline), location trails, and even social relations. These dossiers are then used to

6 determine which advertisements to show to which users, when an advertiser pays Meta to show

7 its advertisements to their users.[6] For example, when I accessed the "Ads Manager" interface to

8 go through the steps of posting a targeted advertisement on Facebook (as any advertiser would), I

9 was given the option to target an advertisement based on demographics, interests, and prior

10 observed behaviors (Figures 1–3).



Figure 1: Facebook Ads Manager showing demographic targeting criteria.
Source: https://adsmanager.facebook.com/.

―――――――――――――

[6] Meta. "Audience Ad Targeting." *Meta Ads,* https://www.facebook.com/business/ads/ad-targeting. Accessed: October 22, 2024.

6

1

2

3

4

5

6

7

8

9

10

11

12



13

Figure 2: Facebook Ads Manager showing behavioral targeting criteria.
Source: https://adsmanager.facebook.com/.

14

15

16

17

18



19

20

21

22

23

24

25

26

27

Figure 3: Facebook Ads Manager showing interest-based targeting criteria.
Source: https://adsmanager.facebook.com/.

28

7

21.     Specifically, expanding these options shows very fine-grained ad targeting criteria that Meta's advertisers can use to target ads at specific Facebook users.[7] While some of these data points are based on information that Facebook users have posted to Facebook, many others are based on information gleaned from third parties or from metadata gleaned from users' usage behaviors. These fine-grained ad-targeting criteria include sensitive personal information such as:

    a.  Demographics

        i.   Age

        ii.   Gender

        iii.  Geographic location

        iv.  Education level

        v.   Field of study (e.g., major)

        vi.  School

        vii.  When someone went to college

        viii.  Income

        ix.  Life events (e.g., anniversary, travel, birthday, new job, new relationship, recent engagement, newlyweds, recently moved, etc.)

        x.   Parental status (including ages of children)

        xi.  Relationship status

        xii.  Employer

        xiii.  Field of employment

        xiv.  Job title

    b.  Interests

        i.   Specific businesses and industries

        ii.  Entertainment interests (e.g., games played, movies and television watched, music interests, reading preferences, etc.)

---

[7] Meta. "Facebook Ads Manager." https://adsmanager.facebook.com/. Accessed: October 22, 2024.

       iii.   Family interests (e.g., parenting, marriage, etc.)

       iv.   Fitness interests (e.g., bodybuilding, exercise preferences, yoga, etc.)

       v.   Food and drink preferences (including restaurant preferences)

       vi.   Hobbies (e.g., arts and music, current events, politics, home and garden, pets, travel, vehicles, etc.)

       vii.   Shopping and fashion

       viii.   Sports and outdoors

       ix.   Technology

   c.   Behaviors

       i.   Recent purchases

       ii.   Device usage/ownership

       iii.   Specific software used

       iv.   Online activities

       v.   Travel history

       vi.   Transit behaviors (e.g., commuters, users of public transit, etc.)

22.     Online services are able to offer advertisers such fine-grained ad targeting options due to the breadth of the data they collect from individual Internet users. For example, when people create Facebook profiles and use Facebook, they share a wealth of personal information with Meta: their names, addresses, contact information, gender, preferences (e.g., via use of the "like" button and membership in affinity groups), relationship information, birthdates, and many other types of information. To quote Mark Zuckerberg on peoples' willingness to provide Facebook sensitive information unquestioningly, "[p]eople just submitted it. I don't know why. They 'trust me.'"[8]

**23.**     Tracking of users' online behaviors is made possible by "persistent identifiers."

---

[8] Laura Raphael. "Mark Zuckerberg Called People Who Handed Over Their Data 'Dumb F****'." *Esquire*, March 19, 2018, https://www.esquire.com/uk/latest-news/a19490586/mark-zuckerberg-called-people-who-handed-over-their-data-dumb-f/. Accessed: October 22, 2024.

An identifier is any piece of information that allows an individual—or device—to be uniquely identified. "Persistent" identifiers are identifiers that tend to not change over time.[9] For example, motor vehicles have persistent identifiers in the form of license plates: a license plate uniquely identifies a vehicle, and vehicles tend to have the same license plates over time. If someone records all the license plates at a particular place over time, they can determine how many times in that period any individual vehicle was there (and thus infer their operators' activities). Similarly, if license plates are recorded at many different locations and that data is combined, one could reconstruct the movements of individual vehicles. Thus, combining a persistent identifier with information about where that identifier was observed (e.g., a website or mobile app) allows a data recipient to reconstruct an individual's activities. Using this knowledge, one could infer information about a person's routines, preferences, demographics, and even relations and social connections by tracking their persistent identifier. It is for this reason that persistent identifiers, including ones that identify personal devices—because such devices tend to be used by one individual—are categorized as personal information under various privacy laws (e.g., the California Consumer Privacy Act ("CCPA"),[10] COPPA,[11] the federal Health Insurance Portability and Accountability Act ("HIPAA"),[12] the European Union's General Data Protection Regulation ("GDPR"),[13] the Gramm-Leach-Bliley Act ("GLBA")[14]).[15]

      24.    While consumers are overwhelmingly opposed to this type of tracking and the profiling and resale of their information that it supports (one study of U.S. consumers found that

---

[9] https://www.nnlm.gov/guides/data-glossary/persistent-unique-identifier.

[10] Cal. Civ. Code § 1798.140(15).

[11] 15 U.S.C § 6501(8)(F).

[12] 45 C.F.R. § 164.514(b)(2)(i).

[13] GDPR Art. 4 (1).

[14] 16 C.F.R. § 313.3.

[15] See, e.g., https://www.federalregister.gov/documents/2021/12/09/2021-25736/standards-for-safeguarding-customer-information.

10

1    up to 86% do not want ads that are tailored based on their online activities),[16] consumers

2    nonetheless continue to engage with services that appear to conflict with their stated privacy

3    preferences. This is known as the "privacy paradox." Some stakeholders like to point out this

4    disconnect and use it to disingenuously claim that it means that consumers do not "really" care

5    about privacy. But the published research on the privacy paradox demonstrates that this argument

6    is incorrect, and that there are several rational explanations for the privacy paradox, which

7    include lack of awareness of data collection methods, poor usability, mismatched incentives, and

8    perceived lack of agency.

9          25.    In many cases, consumers simply do not understand when they are making

10    decisions that will impact their privacy. For example, in a series of studies that I co-authored,[17]

11    we presented subjects with different search engine interfaces, including one that annotated search

12    results with privacy information; subjects were instructed to use the search engine to buy items

13    from merchants of their choice. While all subjects expressed strong privacy preferences in a

14    survey administered prior to the study (i.e., subjects were specifically screened for strong privacy

15    preferences, so that we could explicitly test whether interface design impacted their ability to act

16    on those preferences), we observed that without information about privacy practices presented in

17    _____

18          [16] J. Turow, J. King, C. J. Hoofnagle, A. Bleakley, and M. Hennessy (2009). "Americans

19    Reject Tailored Advertising and Three Activities That Enable It."

20    https://doi.org/10.2139/ssrn.1478214.

21          [17] Janice Y. Tsai Serge Egelman, Lorrie Cranor, and Alessandro Acquisti. "The effect of

22    online privacy information on purchasing behavior: An experimental study." *Information systems*

23    *research* 22, no. 2 (2011): 254-268; Serge Egelman, Janice Tsai, Lorrie Faith Cranor, and

24    Alessandro Acquisti. "Timing is everything? The effects of timing and placement of online

25    privacy indicators." In *Proceedings of the SIGCHI Conference on Human Factors in Computing*

26    *Systems*, pp. 319-328. 2009; Julia Gideon, Lorrie Cranor, Serge Egelman, and Alessandro

27    Acquisti. "Power strips, prophylactics, and privacy, oh my!" In *Proceedings of the Second*

28    *Symposium on Usable privacy and security*, pp. 133-144. 2006.

1    an easily-accessible manner, subjects made purchases from the cheapest merchants (with the

2    worst privacy practices). Whereas when search results were annotated with privacy ratings,

3    subjects were significantly more likely to make purchases from merchants with more agreeable

4    privacy policies (i.e., better aligned with participants' stated privacy preferences), even paying

5    more money to do so. These and other studies demonstrate that people often act in ways that seem

6    contrary to their stated privacy preferences when they are not fully aware of a business's privacy

7    practices (e.g., due to the well-documented problems with the "notice and consent" framework,

8    i.e., expecting consumers to read and understand privacy policies, which I describe in subsequent

9    sections).

10           26.    In other cases, convoluted user interfaces make it difficult for consumers to

11   understand how to make privacy-protective decisions. This poor usability often results in

12   consumers sharing personal information without ever being aware of it. For example, while

13   studies have shown that consumers have concerns about sharing personal information with the

14   wrong audiences on social media, they nonetheless continue to overshare,[18] which has been

15   shown to be the result of difficult-to-use privacy settings interfaces (or mismatches between the

16   design of those interfaces and users' mental models).[19] One early study on the use of Facebook

17   found that while participants expressed strong privacy preferences, they nonetheless shared

18   sensitive information because more than one-in-five did not understand what Facebook's privacy

19   settings did or how to use them, and therefore did not change them from the overly-permissive

20   _____

21           [18] Maritza Johnson, Serge Egelman, and Steven M. Bellovin. 2012. Facebook and privacy:

22   it's complicated. In Proceedings of the Eighth Symposium on Usable Privacy and Security

23   (SOUPS '12). Association for Computing Machinery, New York, NY, USA, Article 9, 1–15.

24   https://doi.org/10.1145/2335356.2335369.

25           [19] Jennifer King, Airi Lampinen, and Alex Smolen. 2011. Privacy: is there an app for that?

26   In Proceedings of the Seventh Symposium on Usable Privacy and Security (SOUPS '11).

27   Association for Computing Machinery, New York, NY, USA, Article 12, 1–20.

28   https://doi.org/10.1145/2078827.2078843.

12

defaults.[20] In a study of file-sharing software, researchers discovered that due to convoluted

privacy settings interfaces, many users were inadvertently sharing their entire hard drives.[21] In a

study of tools provided by the advertising industry to opt out of behavioral advertising on

websites, the researchers observed:

> "Participants found many tools difficult to configure, and tools' default settings
> were often minimally protective. Ineffective communication, confusing interfaces,
> and a lack of feedback led many participants to conclude that a tool was blocking
> [online behavioral advertising] when they had not properly configured it to do so.
> Without being familiar with many advertising companies and tracking
> technologies, it was difficult for participants to use the tools effectively."[22]

27.     Incentives are also important when studying privacy tradeoffs. Privacy decisions

are not made in a vacuum: that consumers engage with services that violate their privacy

preferences is often an indictment of the lack of market choice rather than an indication that

consumers are behaving hypocritically. Similarly, privacy is often not the only consideration: if

the costs of protecting one's privacy are unreasonably high (e.g., time invested learning to

correctly use privacy settings, monetary costs, abstaining from social life, etc.), many consumers

will engage with privacy-violative services because they cannot afford the alternatives. For

example, I value my free time, but that I still show up to work does not make me a hypocrite.

---

[20] Alessandro Acquisti and Ralph Gross. "Imagined communities: Awareness, information

sharing, and privacy on the Facebook." In *Privacy Enhancing Technologies: 6th International*

*Workshop*, PET 2006, Cambridge, UK, June 28-30, 2006, Revised Selected Papers 6, pp. 36-58.

Springer Berlin Heidelberg, 2006.

[21] Nathaniel S. Good and Aaron Krekelberg. 2003. "Usability and privacy: a study of

Kazaa P2P file-sharing." In *Proceedings of the SIGCHI Conference on Human Factors in*

*Computing Systems (CHI '03)*. Association for Computing Machinery, New York, NY, USA,

137–144. https://doi.org/10.1145/642611.642636.

[22] Pedro Leon, Blase Ur, Richard Shay, Yang Wang, Rebecca Balebako, and Lorrie

Cranor. "Why Johnny can't opt out: a usability evaluation of tools to limit online behavioral

advertising." In *Proceedings of the SIGCHI conference on human factors in computing system*s,

pp. 589-598. 2012.

13

28.     Similarly, when faced with the choice between protecting their privacy or engaging with their peers online, many younger people will choose the latter, despite the known privacy risks. Many studies have shown that despite the known privacy risks, many young people continue to use social media due to the fear of missing out.[23]

29.     Finally, many consumers simply do not believe they have agency when it comes to making online privacy decisions: because many believe that their privacy preferences will not be honored no matter the actions that they take, many choose to engage with privacy-violative services to extract benefits, believing that they will end up paying the privacy costs regardless. A 2015 consumer survey concluded the following:

> "[A] majority of Americans are resigned to giving up their data—and that is why many appear to be engaging in tradeoffs. Resignation occurs when a person believes an undesirable outcome is inevitable and feels powerless to stop it. Rather than feeling able to make choices, Americans believe it is futile to manage what companies can learn about them. Our study reveals that more than half do not want to lose control over their information but also believe this loss of control has already happened."[24]

---

[23] Vittoria Franchina, Mariek Vanden Abeele, Antonius J. Van Rooij, Gianluca Lo Coco, and Lieven De Marez. "Fear of missing out as a predictor of problematic social media use and phubbing behavior among Flemish adolescents." *International journal of environmental research and public health* 15, no. 10 (2018): 2319; Dmitri Rozgonjuk, Cornelia Sindermann, Jon D. Elhai, and Christian Montag. "Fear of Missing Out (FoMO) and social media's impact on daily-life and productivity at work: Do WhatsApp, Facebook, Instagram, and Snapchat Use Disorders mediate that association?." *Addictive Behaviors* 110 (2020): 106487; Ine Beyens, Eline Frison, and Steven Eggermont. "'I don't want to miss a thing': Adolescents' fear of missing out and its relationship to adolescents' social needs, Facebook use, and Facebook related stress." *Computers in Human Behavior* 64 (2016): 1-8.

[24] Joseph Turow, Michael Hennessy, and Nora Draper. "The tradeoff fallacy: How marketers are misrepresenting American consumers and opening them up to exploitation." *Available at SSRN 2820060* (2015).

14

30.     A study specifically on young people and the privacy paradox observed:

"Based on focus group interviews, we considered how young adults' attitudes about privacy can be reconciled with their online behavior. The "privacy paradox" suggests that young people claim to care about privacy while simultaneously providing a great deal of personal information through social media. Our interviews revealed that young adults do understand and care about the potential risks associated with disclosing information online and engage in at least some privacy-protective behaviors on social media. However, they feel that once information is shared, it is ultimately out of their control. They attribute this to the opaque practices of institutions, the technological affordances of social media, and the concept of networked privacy, which acknowledges that individuals exist in social contexts where others can and do violate their privacy."[25]

31.     Similarly, users continue to use apps that they find "creepy" due to a sense of learned helplessness: they do not believe that they have the power to control who receives their personal information when they participate in the digital economy.[26] Sometimes, online services are specifically designed to manipulate users into continuing to use them through the use of specially designed algorithms.

**B.     Algorithms**

32.     An algorithm is simply a sequence of operations: there is often an input, calculations are performed on that input, and then the results of those calculations are provided as output. Within the context of online services, algorithms are used for everything from recommending content to users to inferring a user's preferences and traits for purposes such as targeted advertising. There is no such thing as a "neutral" algorithm: algorithms are designed for specific purposes. One algorithm might be designed to show ads that maximize ad revenue, whereas another might be designed to optimize engagement through content recommendations;

---

[25] Eszter Hargittai, and Alice Marwick. "'What can I really do?' Explaining the privacy paradox with online apathy." *International journal of communication* 10 (2016): 21.

[26] Irina Shklovski, Scott D. Mainwaring, Halla Hrund Skúladóttir, and Höskuldur Borgthorsson. 2014. Leakiness and creepiness in app space: perceptions of privacy and mobile app use. In *Proceedings of the SIGCHI Conference on Human Factors in Computing Systems (CHI '14)*. Association for Computing Machinery, New York, NY, USA, 2347–2356. https://doi.org/10.1145/2556288.2557421.

15

1   other algorithms might be used for more mundane tasks, such as sorting items chronologically or

2   alphabetically. That is, the logic used to display content to users will always rely on an algorithm,

3   even if that algorithm is as simple as displaying items chronologically. Though in practice, the

4   algorithms used by social media companies are generally much more complex, because they are

5   designed to drive engagement. For example, in determining the tweets that appear in a user's feed

6   (of the hundreds of millions sent per day), X, the social media service formerly known as Twitter,

7   weighs factors such as the number of likes, retweets, social relations, recency, perceived topic

8   relevance, and use of embedded media, among other factors.[27]

9       33.   While some algorithms might make objective decisions (e.g., correctly sorting a

10  list of items by date), others are subjective and therefore less straightforward to audit for

11  correctness (e.g., recommending content and choosing advertisements to display).[28] Algorithms

12  are increasingly being used to make decisions about individuals that can have profound

13  consequences, such as extending credit, housing, insurance, employment, or school admissions;

14  in many cases there is little transparency or recourse surrounding these decisions, as they are

15  made automatically and opaquely, and may also use incorrect or biased data.[29] Most adults do not

16  understand if, when, and how these decisions are being made, children less so.

17       34.   One class of algorithms, known as "recommender systems," are specifically

20    [27] Josiah Hughes, "How the Twitter Algorithm Works [2023 Guide]." Hootsuite,

21  December 14, 2022. https://blog.hootsuite.com/twitter-algorithm/.

22    [28] Zeynep Tufekci, "Algorithmic Harms beyond Facebook and Google: Emergent

23  Challenges of Computational Agency," Colorado Technology Law Journal 13, no. 2 (2015): 203-

24  218.

25    [29] Danielle Keats Citron and Pasquale, Frank A., "The Scored Society: Due Process for

26  Automated Predictions" (2014). Washington Law Review, Vol. 89, 2014, p. 1-, U of Maryland

27  Legal Studies Research Paper No. 2014-8, Available at SSRN:

28  https://ssrn.com/abstract=2376209.

Decl. of Serge Egelman, Ph.D. (5:24-cv-07885-EJD)

1  designed to choose what content to show to which users.[30] In many cases, these algorithms are

2  designed to optimize for user engagement: factoring in the content that a user previously engaged

3  with to determine what new content to show the user to get them to continue engaging with the

4  service. Obviously, the personal information collected from consumers (described earlier) is of

5  great utility in determining what content consumers are likely to find engaging.

6      35.    Algorithms that are optimized for increasing user engagement can also result in

7  harm to consumers. For example, there was public outrage when the public learned that Facebook

8  was using its content recommendation algorithms to intentionally cause emotional distress among

9  its users. (Facebook researchers found that emotionally charged posts were more likely to lead to

10  user engagement; Facebook thus has an incentive to use its algorithms to prioritize showing users

11  posts that are likely to evoke emotional responses.)[31] Recent research has shown that

12  misinformation leads to greater levels of engagement for social media platforms: "(i)

13  misinformation sources evoke more outrage than do trustworthy sources; (ii) outrage facilitates

14  the sharing of misinformation at least as strongly as sharing of trustworthy news; and (iii) users

15  are more willing to share outrage-evoking misinformation without reading it first."[32]

16      36.    In my own research, I have observed that very few Internet users understand that

17  their social media feeds are being curated based on complex algorithms designed to optimize for

18  engagement. Indeed, many consumers erroneously assume that these feeds are chronological.

19  Children may be even less likely to understand that their content feeds are being algorithmically

---

[30] Konstan JA, Riedl J (2012). "Recommender systems: from algorithms to user experience" (PDF). User Modeling and User-Adapted Interaction. 22 (1–2): 1–23. doi:10.1007/s11257-011-9112-x. S2CID 8996665.

[31] Kashmir Hill, "Facebook Manipulated 689,003 Users' Emotions For Science." Forbes, June 28, 2014. https://www.forbes.com/sites/kashmirhill/2014/06/28/facebook-manipulated-689003-users-emotions-for-science/.

[32] Killian L. McLoughlin et al., "Misinformation exploits outrage to spread online." Science 386,991-996(2024). doi:10.1126/science.adl2829.

17

1    curated, and that the manner in which they are being curated are designed to manipulate them.

2    **C.    Other Drivers of Engagement**

3    37.    In addition to curating content or choosing which ads to display, there are other

4    drivers of engagement that online services regularly use. For example, app notifications may be

5    used to remind the user that they have not used a specific app in a long time or to communicate a

6    personalized promotion. Gamification, through the use of quantifiable rewards, is another way

7    that social media services drive engagement (e.g., enticing users to chase after more "likes" or

8    "followers"). Or, as another example, a video streaming website may automatically play the next

9    recommended video in order to entice the viewer to continue using the service.

10   **II.    SPECIAL CONCERNS REGARDING CHILDREN'S PRIVACY**

11   38.    Data monetization is even more concerning when the data comes from children,

12   who are unlikely to understand that this is happening, much less consent to it, but who could

13   potentially face enormous impacts due to future usage of this data. This data may be used for

14   manipulative marketing campaigns, but also may feed biased and unaccountable algorithms that

15   use it to make decisions about a child's future, not to mention outright malicious uses of the data

16   (e.g., non-custodial parents purchasing location data to geolocate a child).

17   39.    In 2016 my research team decided to look at how well mobile apps directed at

18   children appeared to be complying with COPPA, which has been in effect since 2000. We wrote

19   bespoke instrumentation for the Android platform that allows us to run mobile apps and monitor

20   exactly what personal information those apps access and with whom they share it.[33] We also used

21   _____

22   [33] P. Wijesekera, A. Baokar, A. Hosseini, S. Egelman, D. Wagner, and K. Beznosov.

23   "Android permissions remystified: A field study on contextual integrity." In *Proceedings of the*

24   *24th USENIX Security Symposium (USENIX Security 15)*, pages 499–514, Washington, D.C.,

25   Aug. 2015. USENIX Association; P. Wijesekera, A. Baokar, L. Tsai, J. Reardon, S. Egelman, D.

26   Wagner, and K. Beznosov. "The feasibility of dynamically granted permissions: aligning mobile

27   privacy with user preferences." In *Proceedings of the 2017 IEEE Symposium on Security and*

28                                                                              (continued…)

1     our instrumentation to determine whether transmissions containing personal information were

2     performed securely and confidentially.

3         40.      Starting in late 2016, we began downloading as many free apps in the "Designed

4     for Families" (DFF) program as we could find, which ended up being just under 6,000 apps.[34]

5     The DFF program is a section of the Play Store, Google's centralized Android app market, which

6     is exclusively for apps that are directed to children. Mobile app developers must participate in the

7     program when they upload their app and disclose to Google that it is directed at children. As part

8     of the program, they must affirm to Google that their app is in compliance with COPPA. Our goal

9     was to evaluate whether that appeared to be the case in practice.

10        41.      Of the child-directed apps that we tested, more than half appeared to be violating

11     COPPA in one way or another: 5% collected location or other contact information and 19%

12     collected personal information without verifiable parental consent and shared it with third parties

13     whose public disclosures indicated they would use them for prohibited purposes (e.g., behavioral

14     advertising); 40% transmitted personal information insecurely. Separately, 39% appeared to be

15     _____

16     *Privacy*, Oakland '17. IEEE Computer Society, 2017; P. Wijesekera, J. Reardon, I. Reyes, L.

17     Tsai, J.-W. Chen, N. Good, D. Wagner, K. Beznosov, and S. Egelman. "Contextualizing privacy

18     decisions for better prediction (and protection)." In *Proceedings of the 2018 CHI Conference on*

19     *Human Factors in Computing Systems,* CHI '18, pages 1–13, New York, NY, USA, 2018.

20     Association for Computing Machinery; J. Reardon, A. Feal, P. Wijesekera, A. E. B. On, N.

21     Vallina-Rodriguez, and S. Egelman. "50 Ways to Leak Your Data: An Exploration of Apps'

22     Circumvention of the Android Permissions System." In *Proceedings of the 24th USENIX Security*

23     *Symposium, USENIX Security '19,* Berkeley, CA, USA, 2019. USENIX Association. We wrote

24     our tools for Google's Android platform only because it is open source: having the source code

25     for the operating system allowed us to modify it for this purpose; at the time, we didn't look at

26     Apple's iOS simply because we didn't have the source code to add the same level of

27     instrumentation.

28        [34] Reyes *et al.*, *supra* note 3.

1    violating Google's platform policies (i.e., an example of industry self-regulation) surrounding the

2    collection of persistent identifiers for advertising and analytics purposes.[35]

3        42.    We also examined mobile apps that had been certified by the COPPA Safe Harbor

4    programs, meaning that the app developer claimed to participate in a private FTC-approved

5    compliance-certification program.[36] (We found it extraordinarily difficult to identify which

6    mobile apps had actually been certified; none of the programs we contacted were willing to share

7    lists of apps with us, and most of their websites did not provide this information.) Of the 237 apps

8    we found that claimed to be Safe Harbor certified, 64% appeared to violate Google's policies on

9    transmitting identifiers for advertising/analytics purposes, 33% transmitted personal information

10    to prohibited third parties, and 32% transmitted personal information insecurely. We concluded

11    that the apps that we examined, which claimed to be certified as COPPA-compliant by Safe

12    Harbor programs, were no more likely to protect children's personal information than apps that

13    had not been certified by these programs.[37] (This result is consistent with prior research on

14    adverse selection in industry self-regulatory certification programs.)[38]

15        43.    Thus, based on this research, I have come to the conclusion that voluntary industry

16    self-regulatory children's privacy programs are ineffective, and do not lead to better outcomes for

17    consumers.[39]

18        44.    Similarly, through this research, I identified several additional gaps in regulation

19    (beyond the inadequacy of the Safe Harbor programs), that I recommended be fixed in my U.S.

20

21    _____

22        [35] *Ibid.*

23        [36] 16 C.F.R. § 312.11.

24        [37] Reyes *et al.*, *supra* note 3.

25        [38] Benjamin Edelman. "Adverse selection in online 'trust' certifications." In *Proceedings*

26    *of the 11th International Conference on Electronic Commerce*, pp. 205-212. 2009.

27        [39] Egelman, S., 2023. "Informing Future Privacy Enforcement by Examining 20+ Years of

28    COPPA." Harvard Journal of Law & Technology, 37(3).

20

1    Senate testimony.[40] Particularly relevant here are COPPA's "internal operations" exemption[41]

2    and "actual knowledge" standard.[42]

3        45.    Generally, websites and other online services must obtain verifiable parental

4    consent before disclosing children's personal information to third parties, unless it is to support

5    the service's internal operations and is not used for any other purpose. However, from a technical

6    standpoint, most internal operations do not strictly require the collection of persistent identifiers

7    that can be used to track children's activities across different services. In fact, both major

8    platforms provide guidelines on how software developers can perform these activities *without*

9    collecting advertising identifiers or non-resettable device identifiers.[43] For example, by definition,

10   "contextual advertising" involves showing consumers ads *without* using data previously collected

11   about them, and therefore no personal information is needed to show contextual ads. To prevent

12   one user from being shown the same ad repeatedly (known as "frequency capping"), a session-

13   based or installation-based identifier should be used, such that the collected data cannot be used

14   to track the user across other services.

15       46.    Nonetheless, in the course of my research, I have noticed that many privacy

16   policies associated with child-directed services use the phrase "internal operations," when

17   describing the flow of children's personal information to third parties. In many of these cases,

   _____

19       [40] U.S. Congress. Hearing of the Subcommittee on Consumer Protection, Product Safety,

20   and Data Security of the Committee on Commerce, Scient, and Transportation. Hearing on

21   "Protecting Kids Online: Internet Privacy and Manipulative Marketing." Testimony of Serge

22   Egelman, 2021. https://www.commerce.senate.gov/services/files/0DC78E9D-88B2-4D54-8F4A-

23   AE7B4C7D0EF6.

24       [41] 15 U.S.C. § 6501(4)(A).

25       [42] 15 U.S.C. § 6501(4)(B).

26       [43] Google, "Best Practices for Unique Identifiers." April 6, 2023.

27   https://developer.android.com/training/articles/user-data-ids; Apple, "User Privacy and Data

28   Use." 2023. https://developer.apple.com/app-store/user-privacy-and-data-use/.

1    these third parties are advertisers whose public disclosures indicate that they may use the data for

2    COPPA-prohibited purposes. Thus, I have concluded that for many developers, the phrase

3    "internal operations" appears to be a shibboleth used to justify privacy-invasive practices.

4        47.    Secondly, COPPA's "actual knowledge" standard, by which it must be shown that

5    an individual within these third-party organizations knew that they received data from children

6    under age 13,  incentivizes data recipients to simply look the other way if and when they receive

7    children's personal information, even when those third-party transmissions also include the

8    names of the apps or websites that are transmitting them the data. Many of these data recipients

9    are advertising and/or analytics companies that publicly advertise their abilities to target ads

10   based on inferring the demographics of users of the services sending them data. Furthermore,

11   there are many commercial services that purport to provide the target demographics of a given

12   mobile app or a website, and thus determining whether or not a service is directed at children is

13   readily ascertainable.

14       48.    For example, ironSource is a targeted advertising company that we observed

15   receiving personal information from child-directed apps.[44] Their privacy policy stated they did

16   not knowingly receive personal information from children under 13, a point which was reiterated

17   to my laboratory in a letter from their general counsel.[45] In my response, I pointed out that all

18   developers wishing to use ironSource's services must provide a company name at sign-up, and we

19   observed companies with the following names sending them personal information: "Arial &

20   Babies," "Androbaby," "Babies Funny World," "BabyBus Kids Games," "For Little Kids,"

21   "GameForKids," and "KidsUnityApps." From these developer names provided to ironSource, the

22   resulting data was likely coming from children. However, ironSource can deny actual knowledge,

23   so long as no human within the company looks at the data that they are soliciting from developers

24   who use their services.

25   _____

26       [44] Reyes *et al.*, *supra* note 3.

27       [45] Serge Egelman, "We get letters." The AppCensus Blog, May 10, 2018.

28   https://web.archive.org/web/20240415123554/https:/blog.appcensus.io/2018/05/10/we-get-letters.

22

49.     In addition, dark patterns—the strategic use of user interface designs to manipulate consumers into acting against their interests—are deployed across many commercial websites and other online services, and are often used to encourage consumers to spend additional money or time online, or to give up privacy.[46]  Research shows that these techniques are prevalent in child-directed online services,[47] and that children are likely to be more susceptible to manipulations than adults.[48]

### III.  CALIFORNIA'S PROTECTING OUR KIDS FROM SOCIAL MEDIA ADDICTION ACT

50.     From my understanding of California's Protecting Our Kids from Social Media Addiction Act, I believe that the Act's requirements are technologically feasible and not onerous based on technology that is already in widespread use (including by NetChoice members).

51.     The Act's requirement that content feeds not be based on information "associated with the user or the user's device"[49] is feasible to implement, because it involves simply modifying the algorithms that are already being used to curate content. These algorithms already exist and as noted earlier in this report, are often designed to consider personal information stored about the current user to make decisions. My understanding is that the Act would require that for minor users, these algorithms be replaced with ones that do not use information provided by the minor or from the minor's device. For example, instead of prioritizing the order of social media

---

[46] Fagan P. Clicks and tricks: The dark art of online persuasion. Curr Opin Psychol. 2024 Aug;58:101844. doi: 10.1016/j.copsyc.2024.101844. Epub 2024 Jul 10. PMID: 39029271.

[47] J. Radesky, A. Hiniker, C. McLaren, E. Akgun, A. Schaller, H. M. Weeks, S. Campbell, & A. N. Gearhardt (2022). "Prevalence and Characteristics of Manipulative Design in Mobile Applications Used by Children." JAMA network open, 5(6), e2217641.
https://doi.org/10.1001/jamanetworkopen.2022.17641.

[48] Dale Kunkel, Brian L. Wilcox, Joanne Cantor, Edward Palmer, Susan Linn, and Peter Dowrick. "Report of the APA task force on advertising and children." *Washington, DC: American Psychological Association* 30 (2004): 60.

[49] Cal. Health & Saf. Code §§ 27000.5, 27001.

23

1   posts shown to a user based on engagement metrics, a social media feed's algorithm could display

2   posts chronologically. This should not be particularly onerous for social media providers to

3   implement; indeed, some social media networks already offer users the choice over how to

4   algorithmically curate their feeds. Bluesky, for example, allows users to choose from many

5   different algorithms, as well as create their own,[50] and X, the social network formerly known as

6   Twitter, offers users a choice between algorithmic recommendations from across the service or

7   limiting content to followed accounts.[51]

8       52.     The Act's requirement that push notifications not be shown to children during

9   certain hours is similarly feasible and not onerous to implement.[52] Any device that supports push

10  notifications also has a system clock and functionality for apps to check the local time without

11  requiring any special permissions. That is, the user's local time is readily available to apps and

12  other online services, and is already routinely collected by online services. When visiting

13  websites, users' web browsers routinely transmit their users' time zones along with various other

14  metadata. Similarly, on mobile devices, mobile apps routinely include the device's local time

15  zone in their regular transmissions to their remote servers (as well as the servers of third parties).

16  Thus, online services already have enough information at their disposal to determine a given

17  user's local time zone; that logic can then be invoked in determining whether or not to display a

18  push notification to a given user.

19      53.     I believe that the Act's other requirements that pertain to certain controls and

20  defaults are also technically feasible to implement. For example, many mobile devices and

21  services already offer parental controls, including allowing parents to regulate hours of usage,[53]

22

23

24  _____

25      [50] https://docs.bsky.app/docs/starter-templates/custom-feeds..

26      [51] https://help.x.com/en/using-x/x-timeline.

27      [52] Cal. Health & Saf. Code § 27002(a)(1).

28      [53] *Id.* § 27002(b)(1).

1    choose the feed algorithm,[54] the design of the user interface,[55] prohibit profiling of child users,[56]

2    and configure basic privacy controls.[57] For example, Google—another NetChoice member—tells

3    the developers of child-directed Android apps that they are prohibited from collecting location

4    data or performing behavioral advertising.[58]

5        54.    In many cases, the Act's requirements appear to overlap with requirements to

6    which NetChoice's members are already subject to under COPPA. For example, COPPA requires

7    that children's online services "must obtain verifiable parental consent before collecting any

8    personal information from a child, unless the collection fits into one of the Rule's exceptions."[59]

9    Thus, regulated entities under the Act may look to the FTC's guidance on how to obtain

10    "verifiable parental consent" under COPPA.[60]

11        55.    I understand that in certain cases, regulated entities under the Act will need to

12    "reasonably determine" whether or not a user is a minor. This, too, is technically feasible and is a

13    requirement in other jurisdictions in which NetChoice's members operate. For example, the

14    European Parliament has put out guidance on how online services can perform age verification to

15    comply with the Digital Services Act (DSA) and other EU regulations.[61] Online age verification

16    need not be done in a manner that compromises users' privacy, either: CNIL, the French data

17

18    [54] *Id.* § 27002(b)(2).

19    [55] *Id.* § 27002b)(3).

20    [56] *Id.* § 27002(b)(4); COPPA already prohibits the use of a child's personal information

21    for profiling (or targeted advertising) purposes.

22    [57] *Id.* § 27002(b)(5).

23    [58] https://support.google.com/googleplay/android-developer/answer/9893335?hl=en

24    [59] https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-

25    questions#I.%20Verifiable%20Parental%20Consent.

26    [60] *Id.*

27    [61] https://www.europarl.europa.eu/RegData/etudes/ATAG/2023/739350/EPRS_ATA

28    (2023)739350_EN.pdf.

1  protection agency, released a report two years ago documenting the different ways that age

2  verification can be performed in a privacy-preserving manner.[62] Moreover, services need not

3  worry about age verification if they simply adopt privacy-preserving default settings.

4      56.    Overall, based on my knowledge and experience, I think that the Act's

5  requirements are both technically feasible and not overly onerous; as I point out, many of

6  NetChoice's members are already required to comply with substantially similar provisions in

7  other jurisdictions.

8  **IV.   TOOLS FOR LIMITING COLLECTION & USE OF PERSONAL INFORMATION**

9      57.    While some Internet web sites and social media companies impose voluntary

10  online standards that purport to give consumers more control over their privacy, I have come to

11  the conclusion that such voluntary measures are largely futile.

12      58.    **Privacy Policies.** Internet users have few tools to control their online privacy.

13  Since the dawn of the Internet age, the primary framework for managing online privacy has been

14  the "notice and consent" framework, whereby online services post privacy policies ("notice") and

15  consumers can choose whether to engage with services based on their understanding of those

16  policies ("consent"). Unfortunately, this framework is fundamentally detached from reality:

17  decades of research have demonstrated that consumers do not read these privacy policies, do not

18  understand what they mean (when they do read them), and worse, privacy policies often do not

19  accurately describe their services' behaviors.

20      59.    In one study in which participants were asked to explicitly confirm that they read

21  and agreed to a website's privacy policy, 80% clicked a box to affirm that they had done so

22  despite not actually accessing or reading the policy.[63] This number likely represents a lower

23  bound, given the presence of "demand characteristics" (i.e., participants were in a laboratory

---

25     [62] https://www.cnil.fr/en/online-age-verification-balancing-privacy-and-protection-minors.

26     [63] Nili Steinfeld. "'I agree to the terms and conditions': (How) do users read privacy

27  policies online? An eye-tracking experiment." *Computers in Human Behavior* 55 (2016): 992-

28  1000.

setting and therefore were likely to pay more attention to the instructions than they likely would have in the real world), as well as the fact that most online services do not present users with interstitial messages demanding that they read and agree to their privacy policies: most privacy policies are accessed through discreet links outside the user's field of focus. Another study found that privacy-concerned users were influenced by the mere presence of a privacy policy link, despite few reading the policies.[64] This suggests that the mere presence of a privacy policy erroneously signals "good" privacy practices.

60.    Nonetheless, if users do opt to read privacy policies, it is often a significant time investment. In 2008, McDonald and Cranor showed that if users read the privacy policies for every website they accessed, they would need to spend up to 300 hours per year doing so annually (based on average policy lengths, number of websites visited, and reading speeds).[65] Of course, their estimate is based on data from 2008 that showed the average Internet user visits around 1,500 unique websites annually; 15 years later, the number of websites has proliferated, as has the amount of time that consumers spend online, which suggests that the time investment to read and understand privacy policies has only increased.

61.    It is also not clear that the time investment to read privacy policies is worthwhile for most consumers: several studies have shown that the privacy policies found on popular websites are written at the college level and therefore may not be understood by a significant proportion of the population (much less children).[66]

_____

[64] Jensen, Carlos, Colin Potts, and Christian Jensen. "Privacy practices of Internet users: Self-reports versus observed behavior." *International Journal of Human-Computer Studies* 63, no. 1-2 (2005): 203-227.

[65] Aleecia M. McDonald and Lorrie Faith Cranor. "The cost of reading privacy policies." *I/S: A Journal of Law and Policy for the Information Society*, 4 (2008): 543.

[66] Yuanxiang Li *et al*. "Online privacy policy of the thirty Dow Jones corporations: Compliance with FTC Fair Information Practice Principles and readability assessment."

(continued…)

27

62.    Even when policies are noticed, read, and understood, they generally do not explain a service's data practices in sufficient detail for consumers to make informed decisions. For example, despite CCPA and the California Online Privacy Protection Act requiring that services post privacy policies, there are no requirements that force those services to name the specific third parties with whom they share data—they are only required to specify the broad categories of data recipients. Even though those third parties may have their own data practices that are documented in their own privacy policies, it is nearly impossible for consumers to inform themselves about those practices if they are unable to locate those additional privacy policies because they do not know the identities of the companies. Similarly, it is nearly impossible for consumers to understand the privacy practices of large companies that offer multiple services, as their privacy policies are often written in a manner that aggregates their practices across all of their offered services (e.g., Google's privacy policy[67] describes their data collection practices across all of their services and does not convey what data may be collected by Google Maps vs. Gmail vs. Docs vs. Search).

63.    **Blocking Cookies and Fingerprinting.** In addition to reading privacy policies, there are some technologies that consumers can use in futile attempts to better protect their privacy. "Cookies" are data that websites store in consumers' web browsers, which are then transmitted back to websites when visited in the future. This allows a website to recognize a user over time, without having to log in again (as well as allowing the website to "remember" other settings, such as a default language). Because cookies have been historically abused for invasive

---

*Communications of the IIMA* 12.3 (2012): 5; Carlos Jensen and Colin Potts. "Privacy policies as decision-making tools: an evaluation of online privacy notices." *Proceedings of the SIGCHI Conference on Human Factors in Computing Systems.* 2004; George R. Milne, Mary J. Culnan, and Henry Greene. "A longitudinal assessment of online privacy notice readability." *Journal of Public Policy & Marketing* 25.2 (2006): 238-249.

[67] https://policies.google.com/privacy?hl=en-US.

Decl. of Serge Egelman, Ph.D. (5:24-cv-07885-EJD)

1    tracking and profiling,[68] modern web browser software allows users to delete stored cookies or to

2    block cookies set by third-party trackers altogether.

3         64.      However, deleting or blocking cookies is no longer an effective strategy, as

4    tracking now occurs using other means that consumers cannot control.[69] For example, unique

5    "fingerprints"—the aggregation of several data points to create a unique identifier—can be

6    constructed based on seemingly-benign information that is automatically transmitted to online

7    services without user consent: software versions (e.g., the web browser and operating system),

8    language settings, time zones, screen resolution, battery levels, etc.[70] Even what fonts are

9    installed on a computer, which are available to websites, can be used to uniquely identify a

10    website visitor.[71] Apps on mobile devices have additional data points available for constructing

11

_____

12       [68] J. R. Mayer and J. C. Mitchell, "Third-Party Web Tracking: Policy and Technology,"

13    *2012 IEEE Symposium on Security and Privacy*, San Francisco, CA, USA, 2012, pp. 413-427,

14    doi: 10.1109/SP.2012.47.

15       [69] N. Nikiforakis, A. Kapravelos, W. Joosen, C. Kruegel, F. Piessens and G. Vigna,

16    "Cookieless Monster: Exploring the Ecosystem of Web-Based Device Fingerprinting," *2013*

17    *IEEE Symposium on Security and Privacy,* Berkeley, CA, USA, 2013, pp. 541-555, doi:

18    10.1109/SP.2013.43; R. Upathilake, Y. Li, and A. Matrawy, "A classification of web browser

19    fingerprinting techniques," *2015 7th International Conference on New Technologies, Mobility*

20    *and Security (NTMS)*, Paris, France, 2015, pp. 1-5, doi: 10.1109/NTMS.2015.7266460.

21       [70] See, e.g., https://amiunique.org/; Peter Eckersley. "How unique is your web browser?"

22    in *Privacy Enhancing Technologies: 10th International Symposium, PETS 2010, Berlin,*

23    *Germany, July 21-23, 2010. Proceedings 10*, pp. 1-18. Springer Berlin Heidelberg, 2010; Alex

24    Hern. "Your battery status is being used to track you online." *The Guardian*, August 2, 2016,

25    https://www.theguardian.com/technology/2016/aug/02/battery-status-indicators-tracking-online.

26    Accessed: December 2, 2024.

27       [71] David Fifield and Serge Egelman. "Fingerprinting web users through font metrics."

28                                                 (continued…)

1  unique fingerprints to identify their users, all without the use of cookies, and with few actions that

2  users can take to prevent this from occurring. Perversely, whether a user has configured privacy

3  settings away from the defaults is often used as a data point for further tracking (i.e., while some

4  web browsers can transmit a user-configurable "do not track" signal to websites, many websites

5  choose not to honor this and instead use it as another source of entropy to identify and track

6  users).[72]

7      65.    Every device connected to the Internet has an Internet Protocol (IP) address, which

8  is used to route information to and from it. While IP addresses must be transmitted to send and

9  receive data, they can also be used to track users over time. Since devices behind a firewall (e.g.,

10  a household WiFi router) will appear to the outside world to share the same IP address, the

11  collection of IP addresses is often used as a way of performing "cross-device tracking," which

12  allows data recipients to infer when the same individual has moved from using a mobile device to

13  a desktop computer to a smart TV; it also allows data recipients to infer when multiple

14  individuals reside within the same household. For example, Meta's privacy policy states that they

15  collect "information about the network you connect your device to, including your IP address" to

16  target advertisements and provide "business services" to unnamed partners.[73] There is little that

17  consumers can do to prevent this, without substantially degrading their online experiences.

18  Worse, there is no way for consumers to know when this type of tracking is even occurring.

19  _____

20  *Financial Cryptography and Data Security: 19th International Conference, FC 2015*, San Juan,

21  Puerto Rico, January 26-30, 2015, Revised Selected Papers 19. Springer Berlin Heidelberg, 2015.

22      [72] Geoffrey A. Fowler, "Think you're anonymous online? A third of popular websites are

23  'fingerprinting' you." *The Washington Post*, October 31, 2019.

24  https://www.washingtonpost.com/technology/2019/10/31/think-youre-anonymous-online-third-

25  popular-websites-are-fingerprinting-you/; Michael Simon, "Apple is removing the Do Not Track

26  toggle from Safari, but for a good reason." *Macworld*, February 6, 2019.

27  https://www.macworld.com/article/232426/apple-safari-removing-do-not-track.html.

28      [73] https://www.facebook.com/privacy/policy/.

66.      **Machine-Readable Privacy Policies.** Over 20 years ago, due to the privacy concerns regarding cookies, online tracking, and the acknowledgement that natural language privacy policies are woefully inadequate, several proposals were put forth to create machine-readable privacy policies. The idea behind these proposals was that consumers could use an interface to save their privacy preferences within their web browsers (or other software under their control), websites could post machine-readable policies, and then web browsers could act on consumers' behalf to either alert them when encountering a website with a disagreeable privacy policy (determined by the browser's automatic parsing of a website's machine-readable policy), or take some other action (e.g., automatically negotiating a better policy, blocking cookies or other transmissions, etc.). One of these proposals became a web standard: the Platform for Privacy Preferences Project (P3P),[74] was a web standard developed by the World Wide Web Consortium. (I served on the standards committee as an invited expert.)

67.      The P3P standard gained traction, with many industry stakeholders adopting it by posting "P3P policies" on their websites so that web browsers could automatically parse them and alert users when they encountered websites that violated those users' stated privacy preferences. Microsoft's Internet Explorer (IE) browser was the first major web browser to adopt P3P, and by default, IE would block third-party tracking cookies unless the website posted a P3P policy (and then would block third-party cookies in accordance with the user's stated privacy preferences). In response, many companies (e.g., Amazon, Facebook, and Google) posted P3P policies that did not actually describe their privacy practices, but nonetheless tricked the IE browser into accepting their tracking cookies, due to the presence of a valid P3P header.[75] One study of over 33,000 websites observed that more than one third were transmitting P3P policies that appeared to be designed to circumvent IE's cookie blocking (and did not accurately describe their sites' actual

---

[74] https://en.wikipedia.org/wiki/P3P.

[75] Lorrie Faith Cranor, "Necessary but not sufficient: Standardized mechanisms for privacy notice and choice." *J. on Telecomm. & High Tech. L.* 10 (2012): 273.

31

privacy practices).[76] (The same study found that many of these websites were certified participants in TRUSTe's[77] EU Safe Harbor industry self-regulation program, and concluded that such certified sites were no more likely to comply with the P3P standard than websites not certified.) Some of these P3P policies can still be found today when accessing the websites that include trackers from NetChoice members.[78] For example, as of March 28, 2023, Google Ads[79] transmits a P3P policy header, but the body of the policy is as follows:  CP="This is not a P3P policy! See g.co/p3phelp for more info."

## CONCLUSIONS

68.    For the reasons I set out in this declaration, I believe that the Act's provisions address a serious problem: the excessive use of social media by minors. It is also my professional opinion that the Act's requirements are technically feasible to implement. The technologies needed to comply with the Act's requirements already exist and, in many cases, are already in widespread use. Thus, complying with the Act will not create a new, onerous burden on regulated entities.

---

[76] Pedro Giovanni Leon, Lorrie Faith Cranor, Aleecia M. McDonald, and Robert McGuire. 2010. Token attempt: the misrepresentation of website privacy policies through the misuse of p3p compact policy tokens. In *Proceedings of the 9th annual ACM workshop on Privacy in the electronic society (WPES '10).* Association for Computing Machinery, New York, NY, USA, 93–104. https://doi.org/10.1145/1866919.1866932.

[77] TRUSTe is now known as "TrustArc."

[78] Lorrie Faith Cranor, "Internet Explorer privacy protections also being circumvented by Google, Facebook, and many more." *Technology Academics Policy,* February 18, 2021. https://www.techpolicy.com/Cranor_InternetExplorerPrivacyProtectionsBeingCircumvented-by-Google.aspx.

[79] https://adservice.google.com/adsid/google/ui.

32

1      I declare under penalty of perjury under the laws of the United States of America that the

2 foregoing is true and correct.

3      Executed on December 3, 2024, at Berkeley, California.

4

5                            Serge Egelman, Ph.D.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

33

# EXHIBIT A

# Serge Egelman

## contact

2150 Shattuck Avenue
Suite 250
Berkeley, CA 94704
USA

egelman@cs.berkeley.edu

## education

| | | |
|---|---|---|
| 2009 | **PhD** in Computation, Organizations, and Society<br>School of Computer Science | Carnegie Mellon University |
| 2004 | **BS** in Computer Engineering<br>School of Engineering and Applied Science | University of Virginia |

## experience

| | | |
|---|---|---|
| | **AppCensus, Inc.** | San Francisco, CA |
| 2022–Now | Chief Scientist / Co-Founder | |
| 2019–2022 | CTO / Co-Founder | |
| | **International Computer Science Institute** | Berkeley, California |
| 2016–Now | Research Director, Usable Security & Privacy Group | |
| 2013–2016 | Senior Researcher, Networking and Security Group | |
| | **University of California, Berkeley** | Berkeley, California |
| 2011–Now | Research Scientist, Electrical Engineering and Computer Sciences | |
| | **National Institute of Standards and Technology** | Gaithersburg, Maryland |
| 2010–2011 | Research Scientist, Visualization and Usability Group | |
| | **Brown University** | Providence, Rhode Island |
| 2009-2010 | Postdoctoral Researcher, Computer Science Department | |
| | **Microsoft Research** | Redmond, Washington |
| 2008 | Research Intern, Security and Privacy Group | |
| 2008 | Research Intern, VIBE Group | |
| | **PARC** | Palo Alto, California |
| 2006 | Research Intern, Computer Science Laboratory | |

## publications*

**refereed journal publications**

"Protect Me Tomorrow": Commitment Nudges to Remedy Compromised Passwords
*Peer, E., Frik, A., Gilsenan, C., and Egelman, S.* ACM Trans. Comput.-Hum. Interact. *(Aug. 2024). Association for Computing Machinery.*

The Medium is the Message:
How Secure Messaging Apps Leak Sensitive Data to Push Notification Services
*Samarin, N., Sanchez, A., Chung, T., Juleemun, A. D. B., Gilsenan, C., Merrill, N., Reardon, J., and Egelman, S.* Proceedings on Privacy Enhancing Technologies (PoPETS) *2024.4 (2024) pp. 967–982.*

---

*Over 13,000 citations and h-index=52: https://scholar.google.com/citations?hl=en&user=WN9t4n0AAAAJ

A Model of Contextual Factors Affecting Older Adults'
Information-Sharing Decisions in the U.S.
*Frik, A., Bernd, J., and Egelman, S.* ACM Transactions on Computer-Human Interaction *30.1 (Apr. 2023). Association for Computing Machinery.*

Lessons in VCR Repair:
Compliance of Android App Developers with the California Consumer Privacy Act (CCPA)
*Samarin, N., Kothari, S., Siyed, Z., Bjorkman, O., Yuan, R., Wijesekera, P., Alomar, N., Fischer, J., Hoofnagle, C., and Egelman, S.* Proceedings on Privacy Enhancing Technologies (PoPETS) *3 (2023).*

Developers Say the Darnedest Things: Privacy Compliance Processes Followed by Developers of Child-Directed Apps
*Alomar, N., and Egelman, S.* Proceedings on Privacy Enhancing Technologies (PoPETS) *4 (2022) pp. 250–273.*

Data Collection Practices of Mobile Applications Played by Preschool-Aged Children
*Zhao, F., Egelman, S., Weeks, H. M., Kaciroti, N., Miller, A. L., and Radesky, J. S.* JAMA Pediatrics *174.12 (Dec. 2020).*

Nudge Me Right: Personalizing Online Security Nudges to People's Decision-Making Styles
*Peer, E., Egelman, S., Harbach, M., Malkin, N., Mathur, A., and Frik, A.* Computers in Human Behavior *109 (Aug. 2020).*

Disaster Privacy/Privacy Disaster
*Sanfilippo, M. R., Shvartzshnaider, Y., Reyes, I., Nissenbaum, H., and Egelman, S.* Journal of the Association for Information Science and Technology *(Mar. 2020).*

Can You Pay For Privacy? Consumer Expectations and the Behavior of Free and Paid Apps
*Bamberger, K. A., Egelman, S., Han, C., Elazari, A., and Reyes, I.* Berkeley Technology Law Journal *35 (2020).*

The Price is (Not) Right: Comparing Privacy in Free and Paid Apps
*Han, C., Reyes, I., Feal, Á., Reardon, J., Wijesekera, P., Vallina-Rodriguez, N., Elazari, A., Bamberger, K. A., and Egelman, S.* Proceedings on Privacy Enhancing Technologies (PoPETS) *3 (2020).*

Investigating Users' Preferences and Expectations for Always-Listening Voice Assistants
*Tabassum, M., Kosiński, T., Frik, A., Malkin, N., Wijesekera, P., Egelman, S., and Lipford, H. R.* Proceedings of the ACM on Interactive, Mobile, Wearable and Ubiquitous Technologies (IMWUT) *3.4 (Dec. 2019). Association for Computing Machinery.*

Privacy Attitudes of Smart Speaker Users
*Malkin, N., Deatrick, J., Tong, A., Wijesekera, P., Wagner, D., and Egelman, S.* Proceedings on Privacy Enhancing Technologies *2019.4 (2019).*

"Won't Somebody Think of the Children?" Examining COPPA Compliance at Scale
*Reyes, I., Wijesekera, P., Reardon, J., On, A. E. B., Razaghpanah, A., Vallina-Rodriguez, N., and Egelman, S.* Proceedings on Privacy Enhancing Technologies *2018.3 (2018) pp. 63–83.* **Caspar Bowden PET Award**

A Usability Evaluation of Tor Launcher
*Lee, L., Fifield, D., Malkin, N., Iyer, G., Egelman, S., and Wagner, D.* Proceedings on Privacy Enhancing Technologies *2017.3 (2017) pp. 87–106.*

The Effect of Online Privacy Information on Purchasing Behavior: An Experimental Study
*Tsai, J., Egelman, S., Cranor, L., and Acquisti, A.* Information Systems Research *22.2 (2011) pp. 254–268.* **AIS Best Publication of 2011 Award / INFORMS Best Published Paper Award (2012)**

P3P Deployment on Websites
*Cranor, L. F., Egelman, S., Sheng, S., McDonald, A. M., and Chowdhury, A.* Electronic Commerce Research and Applications *7.3 (2008) pp. 274–293.*

The Real ID Act: Fixing Identity Documents with Duct Tape
*Egelman, S., and Cranor, L. F.* I/S: A Journal of Law and Policy for the Information Society *2.1 (2006) pp. 149–183.*

## refereed conference publications

Security and Privacy Failures in Popular 2FA Apps
*Gilsenan, C., Shakir, F., Alomar, N., and Egelman, S.* Proceedings of the 32nd USENIX Security Symposium *(USENIX Security '23), 2023.*

In the Room Where It Happens: Characterizing Local Communication and Threats in Smart Homes
*Girish, A., Hu, T., Prakash, V., Dubois, D. J., Matic, S., Huang, D. Y., Egelman, S., Reardon, J., Tapiador, J., Choffnes, D., and Vallina-Rodriguez, N.* Proceedings of the 2023 ACM on Internet Measurement Conference *(IMC '23), 2023, New York, NY, USA.*

Log: It's Big, It's Heavy, It's Filled with Personal Data!
Measuring the Logging of Sensitive Information in the Android Ecosystem
*Lyons, A., Gamba, J., Shawaga, A., Reardon, J., Tapiador, J., Egelman, S., and Vallina-Rodriguez, N.* Proceedings of the 32nd USENIX Security Symposium *(USENIX Security '23), 2023.*

Can Humans Detect Malicious Always-Listening Assistants?
A Framework for Crowdsourcing Test Drives
*Malkin, N., Wagner, D., and Egelman, S.* Proceedings of the ACM Conference On Computer-Supported Cooperative Work And Social Computing *(CSCW '22), 2022, New York, NY, USA.*

Runtime Permissions for Privacy in Proactive Intelligent Assistants
*Malkin, N., Wagner, D., and Egelman, S.* Eighteenth Symposium on Usable Privacy and Security *(SOUPS 2022), 2022.*

"You've Got Your Nice List of Bugs, Now What?" Vulnerability Discovery and Management Processes in the Wild
*Alomar, N., Wijesekera, P., Qiu, E., and Egelman, S.* Proceedings of the Sixteenth Symposium on Usable Privacy and Security *(SOUPS 2020), 2020.*

Actions Speak Louder than Words: Entity-Sensitive Privacy Policy and Data Flow Analysis with PoliCheck
*Andow, B., Mahmud, S. Y., Whitaker, J., Enck, W., Reaves, B., Singh, K., and Egelman, S.* 29th USENIX Security Symposium *(USENIX Security '20), 2020, Boston, MA.*

Don't Accept Candies from Strangers: An Analysis of Third-Party Mobile SDKs
*Feal, Á., Gamba, J., Tapiador, J., Wijesekera, P., Reardon, J., Egelman, S., and Vallina-Rodriguez, N.* International Conference on Computers, Privacy and Data Protection *(CPDP '20), 2020.*

A Qualitative Model of Older Adults' Contextual Decision-Making About Information Sharing
*Frik, A., Bernd, J., Alomar, N., and Egelman, S.* Workshop on the Economics of Information Security *(WEIS '20), 2020.*

Empirical Measurement of Systemic 2FA Usability
*Reynolds, J., Samarin, N., Barnes, J., Judd, T., Mason, J., Bailey, M., and Egelman, S.* Proceedings of the 29th USENIX Security Symposium *(USENIX Security '20), 2020.*

A Promise Is A Promise: The Effect of Commitment Devices on Computer Security Intentions
*Frik, A., Malkin, N., Harbach, M., Peer, E., and Egelman, S.* Proceedings of the SIGCHI Conference on Human Factors in Computing Systems *(CHI '19), 2019.*

Privacy and Security Threat Models and Mitigation Strategies of Older Adults
*Frik, A., Nurgalieva, L., Bernd, J., Lee, J. S., Schaub, F., and Egelman, S.* Proceedings of the 15th Symposium on Usable Privacy and Security *(SOUPS '19), 2019, Berkeley, CA, USA.*

Information Design in An Aged Care Context
*Nurgalieva, L., Frik, A., Ceschel, F., Egelman, S., and Marchese, M.* Proceedings of the 13th International Conference on Pervasive Computing Technologies for Healthcare *(PervasiveHealth '19), 2019, New York, NY, USA.*

50 Ways to Leak Your Data:
An Exploration of Apps' Circumvention of the Android Permissions System
*Reardon, J., Feal, A., Wijesekera, P., On, A. E. B., Vallina-Rodriguez, N., and Egelman, S.* Proceedings of the 24th USENIX Security Symposium *(USENIX Security '19), 2019, Berkeley, CA, USA.* **USENIX**

**Security Distinguished Paper Award / AEPD Emilio Aced Personal Data Protection Research Award / CNIL-INRIA Privacy Award**

An Experience Sampling Study of User Reactions to Browser Warnings in the Field
*Reeder, R. W., Felt, A. P., Consolvo, S., Malkin, N., Thompson, C., and Egelman, S.* Proceedings of the SIGCHI Conference on Human Factors in Computing Systems *(CHI '18)*, 2018.

Contextualizing Privacy Decisions for Better Prediction (and Protection)
*Wijesekera, P., Reardon, J., Reyes, I., Tsai, L., Chen, J.-W., Good, N., Wagner, D., Beznosov, K., and Egelman, S.* Proceedings of the SIGCHI Conference on Human Factors in Computing Systems *(CHI '18)*, 2018. **SIGCHI Honorable Mention Award**

Let's go in for a closer look: Observing passwords in their natural habitat
*Pearman, S., Thomas, J., Naeini, P. E., Habib, H., Bauer, L., Christin, N., Cranor, L. F., Egelman, S., and Forget, A.* Proc. of the ACM SIGSAC Conference on Computer & Communications Security *(CCS '17)*, 2017, New York, NY, USA.

Turtle Guard: Helping Android Users Apply Contextual Privacy Preferences
*Tsai, L., Wijesekera, P., Reardon, J., Reyes, I., Egelman, S., Wagner, D., Good, N., and Chen, J.-W.* Proceedings of the 13th Symposium on Usable Privacy and Security *(SOUPS '17)*, 2017.

The Feasibility of Dynamically Granted Permissions:
Aligning Mobile Privacy with User Preferences
*Wijesekera, P., Baokar, A., Tsai, L., Reardon, J., Egelman, S., Wagner, D., and Beznosov, K.* Proceedings of the 2017 IEEE Symposium on Security and Privacy *(Oakland '17)*, 2017.

Do or Do Not, There Is No Try: User Engagement May Not Improve Security Outcomes
*Forget, A., Pearman, S., Thomas, J., Acquisti, A., Christin, N., Cranor, L. F., Egelman, S., Harbach, M., and Telang, R.* Proc. of the 12th Symposium on Usable Privacy and Security *(SOUPS '16)*, 2016.

Behavior Ever Follows Intention? A Validation of the Security Behavior Intentions Scale (SeBIS)
*Egelman, S., Harbach, M., and Peer, E.* Proceedings of the SIGCHI Conference on Human Factors in Computing Systems *(CHI '16)*, 2016. **SIGCHI Honorable Mention Award**

The Anatomy of Smartphone Unlocking: A Field Study of Android Lock Screens
*Harbach, M., Luca, A. D., and Egelman, S.* Proceedings of the SIGCHI Conference on Human Factors in Computing Systems *(CHI '16)*, 2016. **SIGCHI Honorable Mention Award**

Keep on Lockin' in the Free World: A Transnational Comparison of Smartphone Locking
*Harbach, M., Luca, A. D., Malkin, N., and Egelman, S.* Proceedings of the SIGCHI Conference on Human Factors in Computing Systems *(CHI '16)*, 2016. **SIGCHI Honorable Mention Award**

The Teaching Privacy Curriculum
*Egelman, S., Bernd, J., Friedland, G., and Garcia, D.* Proceedings of the 47th ACM technical symposium on Computer Science Education *(SIGCSE '16)*, 2016.

Android Permissions Remystified: A Field Study on Contextual Integrity
*Wijesekera, P., Baokar, A., Hosseini, A., Egelman, S., Wagner, D., and Beznosov, K.* 24th USENIX Security Symposium *(USENIX Security 15)*, 2015, Washington, D.C.

Is This Thing On? Communicating Privacy on Ubiquitous Sensing Platforms
*Egelman, S., Kannavara, R., and Chow, R.* Proceedings of the SIGCHI Conference on Human Factors in Computing Systems *(CHI '15)*, 2015, New York, NY, USA.

Scaling the Security Wall: Developing a Security Behavior Intentions Scale (SeBIS)
*Egelman, S., and Peer, E.* Proceedings of the SIGCHI Conference on Human Factors in Computing Systems *(CHI '15)*, 2015, New York, NY, USA. **SIGCHI Honorable Mention Award**

Fingerprinting Web Users through Font Metrics
*Fifield, D., and Egelman, S.* Proceedings of the 19th international conference on Financial Cryptography and Data Security *(FC'15)*, 2015.

Somebody's Watching Me? Assessing the Effectiveness of Webcam Indicator Lights
*Portnoff, R., Lee, L., Egelman, S., Mishra, P., Leung, D., and Wagner, D.* Proceedings of the SIGCHI Conference on Human Factors in Computing Systems *(CHI '15)*, 2015, New York, NY, USA.

Are You Ready to Lock? Understanding User Motivations for Smartphone Locking Behaviors
*Egelman, S., Jain, S., Portnoff, R. S., Liao, K., Consolvo, S., and Wagner, D. Proc. of the ACM SIGSAC Conference on Computer & Communications Security (CCS '14), 2014, New York, NY, USA.*

The Effect of Developer-Specified Explanations for Permission Requests on Smartphone User Behavior
*Tan, J., Nguyen, K., Theodorides, M., Negron-Arroyo, H., Thompson, C., Egelman, S., and Wagner, D. Proceedings of the SIGCHI Conference on Human Factors in Computing Systems (CHI '14), 2014, Toronto, Canada.*

The Importance of Being Earnest [in Security Warnings]
*Egelman, S., and Schechter, S. Proceedings of the 17th international conference on Financial Cryptography and Data Security (FC'13), 2013, Okinawa, Japan.*

My Profile Is My Password, Verify Me! The Privacy/Convenience Tradeoff of Facebook Connect
*Egelman, S. Proceedings of the SIGCHI Conference on Human Factors in Computing Systems (CHI '13), 2013, Paris, France.*

Does My Password Go up to Eleven? The Impact of Password Meters on Password Selection
*Egelman, S., Sotirakopoulos, A., Muslukhov, I., Beznosov, K., and Herley, C. Proceedings of the SIGCHI Conference on Human Factors in Computing Systems (CHI '13), 2013, Paris, France.*

When It's Better to Ask Forgiveness than Get Permission: Attribution Mechanisms for Smartphone Resources
*Thompson, C., Johnson, M., Egelman, S., Wagner, D., and King, J. Proceedings of the Ninth Symposium on Usable Privacy and Security (SOUPS '13), 2013, Newcastle, United Kingdom.*

Android permissions: user attention, comprehension, and behavior
*Felt, A. P., Ha, E., Egelman, S., Haney, A., Chin, E., and Wagner, D. Proceedings of the Eighth Symposium on Usable Privacy and Security (SOUPS '12), 2012, Washington, D.C.* **SOUPS Best Paper Award (2012) / SOUPS Impact Award (2017)**

Facebook and privacy: it's complicated
*Johnson, M., Egelman, S., and Bellovin, S. M. Proceedings of the Eighth Symposium on Usable Privacy and Security (SOUPS '12), 2012, Washington, D.C.*

It's all about the Benjamins: Incentivizing users to ignore security advice
*Christin, N., Egelman, S., Vidas, T., and Grossklags, J. Proceedings of the 15th international conference on Financial Cryptography and Data Security (FC'11), 2011, Gros Islet, St. Lucia.*

Oops, I did it again: mitigating repeated access control errors on facebook
*Egelman, S., Oates, A., and Krishnamurthi, S. Proceedings of the SIGCHI Conference on Human Factors in Computing Systems (CHI '11), 2011, Vancouver, BC, Canada.*

Of passwords and people: measuring the effect of password-composition policies
*Komanduri, S., Shay, R., Kelley, P. G., Mazurek, M. L., Bauer, L., Christin, N., Cranor, L. F., and Egelman, S. Proceedings of the SIGCHI Conference on Human Factors in Computing Systems (CHI '11), 2011, Vancouver, BC, Canada.* **SIGCHI Honorable Mention Award**

Timing is everything?: the effects of timing and placement of online privacy indicators
*Egelman, S., Tsai, J., Cranor, L. F., and Acquisti, A. Proceedings of the SIGCHI Conference on Human Factors in Computing Systems (CHI '09), 2009, Boston, MA, USA.*

It's No Secret: Measuring the Security and Reliability of Authentication via 'Secret' Questions
*Schechter, S., Brush, A. J. B., and Egelman, S. Proceedings of the 2009 IEEE Symposium on Security and Privacy (Oakland '09), 2009, Los Alamitos, CA, USA.*

It's not what you know, but who you know: a social approach to last-resort authentication
*Schechter, S., Egelman, S., and Reeder, R. W. Proceedings of the SIGCHI Conference on Human Factors in Computing Systems (CHI '09), 2009, Boston, MA, USA.*

Crying wolf: an empirical study of SSL warning effectiveness
*Sunshine, J., Egelman, S., Almuhimedi, H., Atri, N., and Cranor, L. F. Proceedings of the 18th USENIX Security Symposium (SSYM'09), 2009, Montreal, Canada.*

Family accounts: a new paradigm for user accounts within the home environment

*Egelman, S., Brush, A. J. B., and Inkpen, K. M.* Proceedings of the 2008 ACM Conference on Computer Supported Cooperative Work *(CSCW '08), 2008, San Diego, CA, USA.*

You've Been Warned: An empirical study of the effectiveness of browser phishing warnings
*Egelman, S., Cranor, L. F., and Hong, J.* CHI '08: Proceeding of The 26th SIGCHI Conference on Human Factors in Computing Systems *(CHI '08), 2008, Florence, Italy.* **SIGCHI Honorable Mention Award**

Phinding Phish: Evaluating Anti-Phishing Tools
*Zhang, Y., Egelman, S., Cranor, L. F., and Hong, J.* Proceedings of the 14th Annual Network & Distributed System Security Symposium *(NDSS '07), 2007, San Diego, CA.*

Power Strips, Prophylactics, and Privacy, Oh My!
*Gideon, J., Egelman, S., Cranor, L., and Acquisti, A.* Proceedings of the Second Symposium on Usable Privacy and Security *(SOUPS '06), 2006, Pittsburgh, PA.*

An analysis of P3P-enabled web sites among top-20 search results
*Egelman, S., Cranor, L. F., and Chowdhury, A.* Proceedings of the 8th international conference on Electronic commerce: The new e-commerce: innovations for conquering current barriers, obstacles and limitations to conducting successful business on the internet *(ICEC '06), 2006, Fredericton, New Brunswick, Canada.*

**refereed workshop publications**

Challenges in Inferring Privacy Properties of Smart Devices:
Towards Scalable Multi-Vantage Point Testing Methods
*Girish, A., Prakash, V., Egelman, S., Reardon, J., Tapiador, J., Huang, D. Y., Matic, S., and Vallina-Rodriguez, N.* Proceedings of the 3rd International CoNEXT Student Workshop *(CoNEXT-SW '22), 2022, Rome, Italy.*

Identifying and Classifying Third-Party Entities in Natural Language Privacy Policies
*Hosseini, M. B., Pragyan, K., Reyes, I., and Egelman, S.* Proceedings of the Second Workshop on Privacy in Natural Language Processing *(PrivateNLP '20), 2020.*

Do You Get What You Pay For? Comparing The Privacy Behaviors of Free vs. Paid Apps
*Han, C., Reyes, I., On, A. E. B., Reardon, J., Feal, A., Bamberger, K. A., Egelman, S., and Vallina-Rodriguez, N.* The Workshop on Technology and Consumer Protection *(ConPro '19), 2019.*

Privacy Controls for Always-Listening Devices
*Malkin, N., Egelman, S., and Wagner, D.* Proceedings of the New Security Paradigms Workshop *(NSPW '19), 2019, San Carlos, Costa Rica.*

On The Ridiculousness of Notice and Conset: Contradictions in App Privacy Policies
*Okoyomon, E., Samarin, N., Wijesekera, P., On, A. E. B., Vallina-Rodriguez, N., Reyes, I., Feal, A., and Egelman, S.* The Workshop on Technology and Consumer Protection *(ConPro '19), 2019.*

Better Late(r) than Never: Increasing Cyber-Security Compliance by Reducing Present Bias
*Frik, A., Egelman, S., Harbach, M., Malkin, N., and Peer, E.* Workshop on the Economics of Information Security *(WEIS '18), 2018.*

"What Can't Data Be Used For?" Privacy Expectations about Smart TVs in the U.S.
*Malkin, N., Bernd, J., Johnson, M., and Egelman, S.* Proceedings of the European Workshop on Usable Security *(EuroUSEC '18), 2018.*

Personalized Security Messaging: Nudges for Compliance with Browser Warnings
*Malkin, N., Mathur, A., Harbach, M., and Egelman, S.* Proceedings of the European Workshop on Usable Security *(EuroUSEC '17), 2017.*

"Is Our Children's Apps Learning?" Automatically Detecting COPPA Violations
*Reyes, I., Wijesekera, P., Razaghpanah, A., Reardon, J., Vallina-Rodriguez, N., Egelman, S., and Kreibich, C.* The Workshop on Technology and Consumer Protection *(ConPro '17), 2017.*

Information Disclosure Concerns in The Age of Wearable Computing
*Lee, L. N., Lee, J. H., Egelman, S., and Wagner, D.* Proceedings of the NDSS Workshop on Usable Security *(USEC '16), 2016.*

The Myth of the Average User:
Improving Privacy and Security Systems through Individualization
*Egelman, S., and Peer, E.* Proceedings of the 2015 Workshop on New Security Paradigms *(NSPW '15), 2015, Twente, The Netherlands.*

Teaching Privacy: What Every Student Needs to Know
*Friedland, G., Egelman, S., and Garcia, D.* Proceedings of the 46th SIGCSE technical symposium on computer science education *(Workshop), 2015.*

U-PriSM 2: The Second Usable Privacy and Security for Mobile Devices Workshop
*Chiasson, S., Crawford, H., Egelman, S., and Irani, P.* Proc. of the 15th International Conference on Human-computer Interaction with Mobile Devices and Services *(MobileHCI '13), 2013, Munich, Germany.*

Markets for Zero-day Exploits: Ethics and Implications
*Egelman, S., Herley, C., and Oorschot, P. C. van* Proceedings of the 2013 Workshop on New Security Paradigms Workshop *(NSPW '13), 2013, Banff, Alberta, Canada.*

Choice Architecture and Smartphone Privacy: There's A Price for That
*Egelman, S., Felt, A. P., and Wagner, D.* The 2012 Workshop on the Economics of Information Security *(WEIS '12), 2012, Berlin, Germany.*

How Good Is Good Enough? The sisyphean struggle for optimal privacy settings
*Egelman, S., and Johnson, M.* Proceedings of the Reconciling Privacy with Social Media Workshop *(CSCW '12 Workshop), 2012, Seattle, WA.*

It's Not Stealing if You Need It: A Panel on the Ethics of Performing Research Using Public Data of Illicit Origin
*Egelman, S., Bonneau, J., Chiasson, S., Dittrich, D., and Schechter, S.* Proceedings of the 16th International Conference on Financial Cryptography and Data Security *(FC'12), 2012.*

How to ask for permission
*Felt, A. P., Egelman, S., Finifter, M., Akhawe, D., and Wagner, D.* Proceedings of the 7th USENIX conference on Hot Topics in Security *(HotSec'12), 2012, Bellevue, WA.*

I've got 99 problems, but vibration ain't one: a survey of smartphone users' concerns
*Felt, A. P., Egelman, S., and Wagner, D.* Proceedings of the second ACM workshop on Security and privacy in smartphones and mobile devices *(SPSM '12), 2012, Raleigh, North Carolina, USA.*

Toward Privacy Standards Based on Empirical Studies
*Egelman, S., and McCallister, E.* The Workshop on Web Tracking and User Privacy *(W3C Workshop), 2011, Princeton, NJ.*

Please Continue to Hold: An Empirical Study on User Tolerance of Security Delays
*Egelman, S., Molnar, D., Christin, N., Acquisti, A., Herley, C., and Krishnamurthi, S.* Workshop on the Economics of Information Security (WEIS '10) *(WEIS '10), 2010, Cambridge, MA.*

Tell Me Lies: A Methodology for Scientifically Rigorous Security User Studies
*Egelman, S., Tsai, J., and Cranor, L. F.* Proceedings of the Workshop on Studying Online Behavior *(CHI '10 Workshop), 2010, Atlanta, GA.*

This is Your Data on Drugs: Lessons Computer Security Can Learn from the Drug War
*Molnar, D., Egelman, S., and Christin, N.* Proceedings of the 2010 Workshop on New Security Paradigms *(NSPW '10), 2010, Concord, Massachusetts, USA.*

Security user studies: methodologies and best practices
*Egelman, S., King, J., Miller, R. C., Ragouzis, N., and Shehan, E.* CHI '07 Extended Abstracts on Human Factors in Computing Systems *(CHI EA '07), 2007, San Jose, CA, USA.*

The Effect of Online Privacy Information on Purchasing Behavior: An Experimental Study
*Tsai, J., Egelman, S., Cranor, L., and Acquisti, A.* Proceedings of the 2007 Workshop on the Economics of Information Security *(WEIS '07), 2007, Pittsburgh, PA, USA.*

Studying the Impact of Privacy Information on Online Purchase Decisions
*Egelman, S., Tsai, J., Cranor, L. F., and Acquisti, A.* Proceedings of the Workshop on Privacy and HCI: Methodologies for Studying Privacy Issues *(CHI '06 Workshop), 2006, Montreal, Canada.*

**book chapters and magazine articles**

50 Ways to Leak Your Data: An Exploration of Apps' Circumvention of the Android Permissions System
Reardon, J., Feal, Á., Wijesekera, P., On, A. E. B., Vallina-Rodriguez, N., and Egelman, S. *;login:* 2019, USENIX Association.

Predicting Privacy and Security Attitudes
Egelman, S., and Peer, E. *Computers and Society*, 2015, ACM.

Crowdsourcing
Egelman, S., Chi, E., and Dow, S. *Ways of Knowing in HCI*, 2013, Springer.

Helping users create better passwords
Ur, B., Kelley, P. G., Komanduri, S., Lee, J., Maass, M., Mazurek, M., Passaro, T., Shay, R., Vidas, T., Bauer, L., Christin, N., Cranor, L. F., Egelman, S., and Lopez, J. *;login:* 2012, USENIX Association.

Suing Spammers for Fun and Profit
Egelman, S. *;login:* 2004, USENIX Association.

Installation
Egelman, S. *Peter Norton's Complete Guide to Linux*, 1999, Macmillan Computer Publishing.

User Administration
Egelman, S. *Peter Norton's Complete Guide to Linux*, 1999, Macmillan Computer Publishing.

## awards and recognition

| | |
|---|---|
| 2022 | **CNIL-INRIA Privacy Award**<br>*50 Ways to Leak Your Data: An Exploration of Apps' Circumvention of the Android Permissions System*, with J. Reardon, A. Feal, P. Wijesekera, A. Elazari Bar On, and N. Vallina-Rodriguez. |
| | **Emilio Aced Personal Data Protection Research Award**<br>*50 Ways to Leak Your Data: An Exploration of Apps' Circumvention of the Android Permissions System*, with J. Reardon, A. Feal, P. Wijesekera, A. Elazari Bar On, and N. Vallina-Rodriguez. |
| 2020 | **Caspar Bowden Award for Outstanding Research in Privacy Enhancing Technologies**<br>*"Won't Somebody Think of the Children?" Examining COPPA Compliance at Scale*, with I. Reyes, P. Wijesekera, J. Reardon, A. Elazari, A. Razaghpanah, and N. Vallina-Rodriguez. |
| 2019 | **USENIX Security Symposium Distinguished Paper Award**<br>*50 Ways to Leak Your Data: An Exploration of Apps' Circumvention of the Android Permissions System*, with J. Reardon, A. Feal, P. Wijesekera, A. Elazari Bar On, and N. Vallina-Rodriguez. |
| 2018 | **SIGCHI Honorable Mention Award (Best Paper Nominee)**<br>*Contextualizing Privacy Decisions for Better Prediction (and Protection)*, with P. Wijesekera, J. Reardon, I. Reyes, L. Tsai, J.-W. Chen, N. Good, D. Wagner, and K. Beznosov. |
| 2017 | **Symposium on Usable Privacy and Security (SOUPS) Impact Award**<br>*Android Permissions: User Attention, Comprehension, and Behavior*, with A. P. Felt, E. Ha, A. Haney, E. Chin, and D. Wagner. |
| | **Elected ACM Senior Member**  Association for Computing Machinery (ACM) |
| 2016 | **Symposium on Usable Privacy and Security (SOUPS) Distinguished Poster Award**<br>*Risk Compensation in Home-User Computer Security Behavior: A Mixed-Methods Exploratory Study*, with S. Pearman, A. Kumar, N. Munson, C. Sharma, L. Slyper, L. Bauer, and N. Christin. |

**SIGCHI Honorable Mention Award (Best Paper Nominee)**
*Behavior Ever Follows Intention? A Validation of the Security Behavior Intentions Scale (SeBIS)*, with M. Harbach and E. Peer.

**SIGCHI Honorable Mention Award (Best Paper Nominee)**
*The Anatomy of Smartphone Unlocking: A Field Study of Android Lock Screens*, with M. Harbach and A. De Luca.

**SIGCHI Honorable Mention Award (Best Paper Nominee)**
*Keep on Lockin' in the Free World: A Transnational Comparison of Smartphone Locking*, with M. Harbach, A. De Luca, and N. Malkin.

2015    **SIGCHI Honorable Mention Award (Best Paper Nominee)**
*Scaling the Security Wall: Developing a Security Behavior Intentions Scale*, with E. Peer.

2012    **AIS Best Publication of 2011**
*The Effect of Online Privacy Information on Purchasing Behavior: An Experimental Study*, with J. Tsai, L. Cranor, and A. Acquisti.

**ISR Best Published Paper**
*The Effect of Online Privacy Information on Purchasing Behavior: An Experimental Study*, with J. Tsai, L. Cranor, and A. Acquisti.

**SOUPS Best Paper Award**
*Android Permissions: User Attention, Comprehension, and Behavior*, with A. P. Felt, E. Ha, A. Haney, E. Chin, and D. Wagner.

2011    **SIGCHI Honorable Mention Award (Best Paper Nominee)**
*Of Passwords and People: Measuring the Effect of Password-Composition Policies*, with S. Komanduri, R. Shay, P. G. Kelley, M. Mazurek, L. Bauer, N. Christin, and L. F. Cranor.

2008    **SIGCHI Honorable Mention Award (Best Paper Nominee)**
*You've Been Warned: An Empirical Study on the Effectiveness of Web Browser Phishing Warnings*, with L. Cranor and J. Hong.

2006    **Tor Graphical User Interface Design Competition**
Phase 1 Overall Winner, with L. Cranor, J. Hong, P. Kumaraguru, C. Kuo, S. Romanosky, J. Tsai, and K. Vaniea.

**Publisher's Clearing House Finalist**
I *may* already be a winner.

# expert testimony and reports

2024    Expert witness for the plaintiffs in *Garner v. Amazon.com, Inc., No. 2:21-cv-00750 (W.D. Wash.)*. I provided a report and testimony explaining how in-home "virtual personal assistants" work, as well as explaining the associated privacy concerns based on the relevant research literature.

2024    Expert witness for the plaintiffs in *Lopez et al. v. Apple, Inc., No. 4:19-cv-04577-JSW (N.D. Cal.)*. I provided a report explaining how in-home "virtual personal assistants" work, as well as explaining the associated privacy concerns based on the relevant research literature.

2024    Expert witness for the plaintiffs in *Martinez et al. v. D2C, LLC d/b/a UNIVISION NOW, No. 1:23-cv-21394-RNS (S.D. Fla.)*. I provided a report and testimony explaining how the Meta Pixel functions and how it was used to transmit consumers' personally-identifiable information in violation of the Video Privacy Protection Act (VPPA).

2024    Expert witness for the plaintiffs in *Bloom v. Zuffa LLC, No. 2:22-cv-00412-RFB-BNW (D. Nev.)*. I provided a report and testimony explaining how the Meta Pixel functions and how it was used to transmit consumers' personally-identifiable information in violation of the Video Privacy Protection Act (VPPA).

2024    Expert witness for the plaintiffs in *Clark, et. al. v. Yodlee, Inc., No: 3:20-cv-05991-SK (N.D. Cal.)*. I provided a report and testimony explaining basic data protection concepts and consumer privacy expectations.

| | |
|---|---|
| 2024 | Independent expert witness appointed by the court in *Czarnionka v. The Epoch Times Association, Inc., No. 1:22-cv-6348 (S.D.N.Y.)*. I was asked to perform a technical analysis to confirm that the terms of the injunctive relief were being followed. |
| 2023-2024 | Expert witness for the plaintiffs in *Frasco v. Flo Health, et al., No. 3:21-cv-00757 (N.D. Cal.)*. I provided an expert report and testimony based on my forensic analysis of a mobile app's data collection behaviors (i.e., privacy analysis). I was deposed and also provided rebuttal reports of opposing experts. |
| 2023-2024 | Expert witness for the California Department of Justice in *NetChoice, LLC v. Bonta, No. 5:22-cv-08861*. I provided a declaration opposing the motion to dismiss. |
| 2022 | Expert witness for the plaintiffs in *Hart, et al. v. TWC Product and Technology LLC, No. 4:20-cv-3842-JST*. I provided a rebuttal report and testimony about mobile app data collection behaviors. |
| 2022 | Expert witness for the District of Columbia Office of the Attorney General in *District of Columbia v. Town Sports International LLC*. I provided a rebuttal report and testimony on proper surveying methodology. |
| 2021 | Expert witness testifying before the U.S. Senate (Committee on Commerce, Science, and Transportation), hearing on "Protecting Kids Online: Internet Privacy and Manipulative Marketing." Testimony available at: https://www.commerce.senate.gov/2021/5/protecting-kids-online-internet-privacy-and-manipulative-marketing |
| 2017-2019 | Expert witness for the plaintiffs in *Vizio, Inc., Consumer Privacy Litigation, No. 8:16-ml-02693-JLS-KES*, assisting with discovery strategy and providing explanations of relevant privacy research on users' willingness to pay for privacy in order to assist in quantifying damages. |
| 2016 | Expert witness for the FTC in *FTC v. Amazon.com, Inc., No. C14-1028-JCC*, providing testimony on human-computer interaction (HCI) evaluation methods and critiquing opposing expert's report. |
| 2014-2015 | Expert witness for the plaintiffs in *Doe vs. Twitter, Inc., No. CGC-10-503630*, providing explanations of relevant privacy research on users' willingness to pay for privacy in order to assist in quantifying damages. |
| 2014 | Expert witness for the plaintiffs in *Levy v. Universal Parking of Florida, LLC No. 13-cv-22122 (S.D. Fla.)*, providing written testimony on basic human-computer interaction concepts as they relate to smartphone usage. |
| 2013 | Expert witness for the plaintiffs in *LinkedIn User Privacy Litigation, No. 12-cv-03088-EJD (N.D. Cal.)*, providing explanations of information security concepts and providing original research on users' privacy expectations in order to demonstrate and quantify damages. |
| 2012 | Expert witness for the plaintiffs in *Netflix Privacy Litigation, No. 5:11-cv-00379-EJD (N.D. Cal.)*, providing explanations of relevant privacy research and the economics of information privacy in order to quantify damages. |

## grants awarded

| | |
|---|---|
| 2023–2026 | **NSA: Improving Security and Safety of Neural Networks through Robust Training, Noise Augmentation, and Safety Metrics (H98230-23-C-0275)** $750,000<br>Co-PI (PI: Michael Mahoney, International Computer Science Institute) |
| 2023–2026 | **NSF: Measuring, Validating and Improving upon App-Based Privacy Nutrition Labels (CNS-2247951/2247952/2247953)** $600,000<br>Principal Investigator (Collaborative with Adam Aviv, George Washington University; Chris Kanich, University of Illinois at Chicago) |

| 2022–2025 | **NSF: Developer Implementation of Privacy in Software Systems (CCF-2217771/2217772)** Principal Investigator (Collaborative with Primal Wijesekera, International Computer Science Institute; Jon Atwell and Julian Nyarko, Stanford University) | $750,000 |
|---|---|---|
| 2022–2026 | **KACST-UCB Center of Excellence for Secure Computing** Senior Personnel (PI: David Wagner, University of California, Berkeley) | $6,460,000 |
| 2021–2022 | **CITRIS: Auditing the Compliance of California Consumer Privacy Regulations at Scale** Principal Investigator (Collaborative with Zubair Shafiq, University of California, Davis) | $60,000 |
| 2019 | **Google: ASPIRE: SDK Traffic Identification at Scale** Principal Investigator | $75,000 |
| 2018-2022 | **NSF: Mobile Dynamic Privacy and Security Analysis at Scale (CNS-1817248)** Principal Investigator | $668,475 |
| 2018-2022 | **NSF: Contextual Integrity: From Theory to Practice (CNS-1801501/1801307/1801316)** Principal Investigator (Collaborative with Helen Nissenbaum, Cornell University; and Norman Sadeh, Carnegie Mellon University) | $1,199,462 |
| 2018-2022 | **NSF: Increasing Users' Cyber-Security Compliance by Reducing Present Bias (CNS-1817249)** Principal Investigator | $558,018 |
| 2018-2023 | **NSA: The Science of Privacy: Implications for Data Usage (H98230-18-D-0006)** Principal Investigator (Co-PI: Michael Tschantz, International Computer Science Institute) | $3,236,424 |
| 2018-2019 | **DHS: Scaling Contextual Privacy to MDM Environments (FA8750-18-2-0096)** Principal Investigator | $480,000 |
| 2018-2019 | **Rose Foundation: AppCensus: Mobile App Privacy Analysis at Scale** Principal Investigator (Co-PI: Irwin Reyes, International Computer Science Institute) | $40,000 |
| 2018 | **Cisco: Access Controls for an IoT World** Principal Investigator | $99,304 |
| 2018 | **CLTC: Privacy Analysis at Scale** Principal Investigator | $50,000 |
| 2018 | **CLTC: Secure Internet of Things for Senior Users** Co-PI (PI: Alisa Frik, International Computer Science Institute) | $60,590 |
| 2017 | **Mozilla: Towards Usable IoT Access Controls in the Home** Principal Investigator | $46,000 |
| 2017 | **Data Transparency Lab (DTL) / AT&T: Transparency via Automated Dynamic Analysis at Scale** Principal Investigator | $55,865 |
| 2017 | **CLTC: Secure & Usable Backup Authentication** Co-PI (PI: David Wagner, University of California, Berkeley) | $48,400 |
| 2016 - 2017 | **NSF: Teaching Security in CSP (CNS-1636590)** Co-PI (PI: Julia Bernd, ICSI) | $200,000 |
| 2016 - 2017 | **DHS: A Platform for Contextual Mobile Privacy (FA8750-16-C-0140)** Principal Investigator | $664,378 |
| 2016 - 2018 | **CLTC: The Security Behavior Observatory** Principal Investigator | $195,962 |
| 2016 | **CLTC: Using Individual Differences to Tailor Security Mitigations** Principal Investigator | $100,000 |
| 2015 - 2018 | **NSF/BSF: Using Individual Differences to Personalize Security Mitigations (CNS-1528070/BSF-2014626)** Principal Investigator (Collaborative with Eyal Peer, Bar-Ilan University) | $724,732 |

| 2015 - 2019 | **NSF: Security and Privacy for Wearable and Continuous Sensing Platforms (CNS-1514211/1514457/1513584)** | $1,200,000 |
| | Principal Investigator (Collaborative with David Wagner, University of California, Berkeley; and Franziska Roesner, University of Washington) | |
| 2014 - 2016 | **NSF: Teachers' Resources for Online Privacy Education (DGE-1419319)** | $300,000 |
| | Co-PI (PI: Gerald Friedland, ICSI) | |
| 2014 - 2017 | **NSA: User Security Behavior** | $200,000 |
| | Subcontract (PIs: Lorrie Cranor, Rahul Telang, Alessandro Acquisti, and Nicholas Christin; Carnegie Mellon University) | |
| 2014 | **Google: Improving Security Warnings by Examining User Intent** | $71,500 |
| | Principal Investigator | |
| 2013 - 2015 | **NSF: Designing Individualized Privacy and Security Systems (CNS-1343433/1343451)** | $132,620 |
| | Principal Investigator (Collaborative with Eyal Peer, Carnegie Mellon University) | |
| 2013 - 2016 | **NSF: A Choice Architecture for Mobile Privacy and Security (CNS-1318680)** | $500,000 |
| | Co-PI (PI: David Wagner, University of California, Berkeley) | |
| 2010 | **Google: Designing Usable Certificate Dialogs in Chrome** | $60,000 |
| | Principal Investigator | |

## patents awarded

| 2023 | Automatic identification of applications that circumvent permissions and/or obfuscate data flows (US Patent 11,689,551) |

## professional activities

### program committees

| 2024 | IEEE Security & Privacy; Workshop on Economics and Information Security (WEIS); Contextual Integrity (CI) Symposium |
| 2023 | Privacy Enhancing Technologies Symposium (PETS); IEEE Security & Privacy; Workshop on Economics and Information Security (WEIS) |
| 2022 | Contextual Integrity (CI) Symposium |
| 2021 | Workshop on Economics and Information Security (WEIS) |
| 2020 | ACM CCS; Workshop on Economics and Information Security (WEIS); Symposium on Usable Privacy and Security (SOUPS); USENIX Security |
| 2019 | Privacy Enhancing Technologies Symposium (PETS); Workshop on Economics and Information Security (WEIS); Symposium on Usable Privacy and Security (SOUPS) |
| 2018 | ACM SIGCHI (Human Factors in Computing Systems); Privacy Enhancing Technologies Symposium (PETS); Workshop on Economics and Information Security (WEIS); ACM Conference on Computer and Communications Security (CCS); Symposium on Usable Privacy and Security (SOUPS); IEEE Security & Privacy ("Oakland") |
| 2017 | ACM SIGCHI (Human Factors in Computing Systems); USENIX Security; Privacy Enhancing Technologies Symposium (PETS); New Security Paradigms Workshop (NSPW), **Co-Chair**; Workshop on Economics and Information Security (WEIS); ACM Conference on Computer and Communications Security (CCS); Symposium on Usable Privacy and Security (SOUPS) |

| | |
|---|---|
| 2016 | Workshop on the Economics of Information Security (WEIS), **Chair**; New Security Paradigms Workshop (NSPW), **Co-Chair**; ACM SIGCHI (Human Factors in Computing Systems); USENIX Security; Symposium on Usable Privacy and Security (SOUPS); ACM WWW; Financial Cryptography and Data Security; Privacy Enhancing Technologies Symposium (PETS) |
| 2015 | Symposium on Usable Privacy and Security (SOUPS); USENIX Security; ACM SIGCHI (Human Factors in Computing Systems); Privacy Enhancing Technologies Symposium (PETS); Workshop on the Economics of Information Security (WEIS); ACM WWW; Financial Cryptography and Data Security |
| 2014 | ACM SIGCHI (Human Factors in Computing Systems); Financial Cryptography and Data Security; ACM WWW; Privacy Enhancing Technologies Symposium (PETS) |
| 2013 | ACM SIGCHI (Human Factors in Computing Systems); Symposium on Usable Privacy and Security (SOUPS); New Security Paradigms Workshop (NSPW); Anti-Phishing Working Group eCrime Researchers Summit |
| 2012 | Symposium on Usable Privacy and Security (SOUPS); New Security Paradigms Workshop (NSPW) |
| 2011 | Symposium On Usable Privacy and Security (SOUPS); New Security Paradigms Workshop (NSPW); Computers, Freedom, and Privacy (CFP) Conference (poster session co-chair); Software and Usable Security Aligned for Good Engineering (SAUSAGE) Workshop, **Co-Chair** |
| 2010 | Symposium On Usable Privacy and Security (SOUPS) |
| 2008 | Conference on Information and Knowledge Management (CIKM) |
| 2007 | ACM SIGCHI Workshop - Security User Studies: Methodologies and Best Practices; Anti-Phishing Working Group eCrime Researchers Summit (poster session co-chair) |
| 2006 | Computers, Freedom, and Privacy (CFP) Conference |

### standards committees

| | |
|---|---|
| 2007-2008 | W3C Web Security Context (WSC) Working Group |
| 2004-2006 | W3C Platform for Privacy Preferences (P3P) 1.1 Working Group |

### leadership roles

| | |
|---|---|
| 2024-Now | Advisory Board Member, Electronic Privacy Information Center (EPIC) |
| 2012-Now | Director, Berkeley Laboratory for Usable and Experimental Security (BLUES) |
| 2021-2023 | Member, ICSI Scientific Leadership Council |
| 2006-2008 | Legislative Concerns Chair / Board of Directors, National Association of Graduate and Professional Students (NAGPS) |
| 2006-2008 | Vice President for External Affairs, Carnegie Mellon Graduate Student Assembly |

# teaching

| | |
|---|---|
| Fall 2019 | **Usable Privacy and Security** *University of California, Berkeley* <br> Designed and taught a course as part of the School of Information's Masters in Cybersecurity program. Duties included course design and development, grading assignment and exams, supervising class projects, and holding office hours. |
| Spring 2017, Spring 2018 | **Human Factors in Computer Security and Privacy** *Brown University* <br> Instructor for a module on "user interfaces for security" as part of the Executive Masters in Cybersecurity program. Duties included course design and development, grading assignments and exams, supervising thesis projects, and holding office hours. |

| | | |
|---|---|---|
| Fall 2007 | **Information Security & Privacy (46-861)** | Carnegie Mellon University |

Teaching assistant duties included developing course materials (topics for lectures, assignments, and exams), grading assignments and exams, holding office hours, and mentoring students about semester-long projects.

| | | |
|---|---|---|
| Spring 2006 | **Computers and Society (15-290)** | Carnegie Mellon University |

Teaching assistant duties included giving guest lectures, creating assignments and exams, grading assignments and exams, holding office hours, and mentoring students about semester-long projects.

| | | |
|---|---|---|
| Fall 2003 | **Information Security (CS 451)** | University of Virginia |

Teaching assistant duties included giving guest lectures, creating assignments and exams, grading assignments and exams, and holding office hours.

| | | |
|---|---|---|
| Fall 2003 | **Intellectual Property (TCC 200)** | University of Virginia |

Teaching assistant duties included grading assignments and holding office hours.

| | | |
|---|---|---|
| Spring 2003, Spring 2004 | **Advanced Software Development Methods (CS 340)** | University of Virginia |

Teaching assistant duties included grading and holding office hours.

| | | |
|---|---|---|
| Fall 2002 | **Engineering Software (CS 201J)** | University of Virginia |

Teaching assistant duties included grading assignments and holding office hours.